UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KALSHIEX, LLC,

    Plaintiff

v.

KIRK D. HENDRICK, et al.,

    Defendants

Case No.: 2:25-cv-00575-APG-BNW

**Order**

    Plaintiff Kalshiex, LLC moves for an "immediate" injunction to enjoin the Nevada Gaming Commission, the Nevada Gaming Control Board, and their members in their official capacities, from pursuing civil or criminal enforcement against Kalshiex for offering event contracts in Nevada. ECF No. 18. Kalshiex contends that its contracts are currently legal under federal law and that Nevada law is preempted due to the Commodity Futures Trading Commission's exclusive jurisdiction.

    Kalshiex represents that the defendants' counsel advised that it could initiate proceedings against Kalshiex as early as April 2, 2025. According to Kalshiex, the defendants also refused to agree to hold Kalshiex harmless during the time needed for this court to resolve Kalshiex's request for a preliminary injunction. I was assigned the case today (April 1). Kalshiex has not complied with Local Rule 7-4 regarding emergency motions. Nevertheless, I will treat the motion as an emergency, order Kalshiex to serve the defendants immediately, and set the matter for hearing.

    I THEREFORE order plaintiff Kalshiex, LLC to serve each of the defendants (either personally or through counsel with whom Kalshiex has previously communicated) by email or hand delivery with the complaint, the emergency motion for temporary restraining order

including all exhibits, and a copy of this order by **April 2, 2025 at 10:00 a.m.** This service does not substitute for service of process required under the Federal Rules of Civil Procedure, but is required solely to give the defendants notice of the emergency motion.

I FURTHER ORDER that by **5:00 p.m. on April 2, 2025**, plaintiff Kalshiex, LLC shall file proof of service identifying whether each defendant was served, how, and when.

I FURTHER ORDER that any response to the motion for injunctive relief shall be filed by **12:00 noon on Friday, April 4, 2025**.

I FURTHER ORDER that the motion for temporary restraining order (ECF No. 18) is set for hearing on **Tuesday, April 8, 2025 at 10:30 a.m.** in Las Vegas Courtroom 6C.

DATED this  day of April, 2025.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE