# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KALSHIEX, LLC, <br> Plaintiff(s) <br><br> v. <br><br> KIRK D. HENDRICK, et al., <br> Defendant(s). | Case No.: 2:25-cv-00575-APG-BNW <br><br> **NON-PARTY REQUEST FOR REMOTE ACCESS TO CIVIL PROCEEDING** |

I, __Torrey Samson__ (name of requestor), request permission for live remote public access to the civil proceeding set for __April 8, 2025__ (date) at __10:30 A.M.__ (time) before Judge __Andrew P. Gordon__ (name of judge).

I understand that I am prohibited from recording, photographing, or retransmitting any part of the proceeding.

Date of Request: 4/7/2025

Requestor's Full Name: Torrey Elena Samson

Mailing Address: Ralph L. Carr Colorado Judicial Center 1300 Broadway, 8th Floor

Denver, Colorado 80203

Telephone number: (720) 508-6344

E-mail address: Torrey.Samson@coag.gov

**SUBMIT THIS FORM IN PERSON, BY U.S. MAIL OR EMAIL TO:**
**The Clerk of Court**
333 Las Vegas Blvd. South, Las Vegas, NV 89101 or
400 S. Virginia Street, Reno, Nevada 89501
lv_public_docketing@nvd.uscourts.gov
reno_public_docketing@nvd.uscourts.gov