**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Kalshiex, LLC,
    Plaintiff(s)

v.

Hendrick, et a.,
    Defendant(s).

Case No.: 25-cv-00575

**NON-PARTY REQUEST FOR REMOTE ACCESS TO CIVIL PROCEEDING**

I, __Elliott Stein__ (name of requestor), request permission for live remote public access to the civil proceeding set for __April 30, 2025__ (date) at __10:30am__ (time) before Judge __Chief Judge Andrew P. Gordon__ (name of judge).

I understand that I am prohibited from recording, photographing, or retransmitting any part of the proceeding.

Date of Request: 4/21/2025

Requestor's Full Name: Elliott Z. Stein

Mailing Address: Bloomberg, LP; 731 Lexington Avenue; NY, NY 10022

Telephone number: 212-617-7742

E-mail address: estein26@bloomberg.net

SUBMIT THIS FORM IN PERSON, BY U.S. MAIL OR EMAIL TO:
The Clerk of Court
333 Las Vegas Blvd. South, Las Vegas, NV 89101 or
400 S. Virginia Street, Reno, Nevada 89501
lv_public_docketing@nvd.uscourts.gov
reno_public_docketing@nvd.uscourts.gov