# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KalshiEx, LLC,
    Plaintiff(s)

v.

Hendrick, et al.,
    Defendant(s).

Case No.: 25-cv-00575

**NON-PARTY REQUEST FOR REMOTE ACCESS TO CIVIL PROCEEDING**

I, __Daniel Wallach__ (name of requestor), request permission for live remote public access to the civil proceeding set for __April 30, 2025__ (date) at __10:30 am__ (time) before Judge __Chief Judge Andrew P. Gordon__ (name of judge).

I understand that I am prohibited from recording, photographing, or retransmitting any part of the proceeding.

Date of Request: 4/23/2025

Requestor's Full Name: Daniel Wallach

Mailing Address: 2030 S. Ocean Drive, #304, Hallandale Beach, FL 33009

Telephone number: 305-725-9688

E-mail address: wallachlegal@gmail.com

**SUBMIT THIS FORM IN PERSON, BY U.S. MAIL OR EMAIL TO:**
The Clerk of Court
333 Las Vegas Blvd. South, Las Vegas, NV 89101 or
400 S. Virginia Street, Reno, Nevada 89501
lv_public_docketing@nvd.uscourts.gov
reno_public_docketing@nvd.uscourts.gov