# EXHIBIT 1

DECLARATION OF ADAM HOSMER-HENNER

Adam Hosmer-Henner (NSBN 12779)
A.G. Burnett (NSBN 5895)
Jane Susskind (NSBN 15099)
Katrina Weil (NSBN 16152)
Cassin Brown (NSBN 15877)
**McDONALD CARANO LLP**
100 West Liberty Street, 10th Floor
Reno, NV 89501
Telephone: (775) 788-2000
ahosmerhenner@mcdonaldcarano.com
agburnett@mcdonaldcarano.com
jsusskind@mcdonaldcarano.com
kweil@mcdonaldcarano.com
cbrown@mcdonaldcarano.com

*Attorneys for Nevada Resort Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KALSHIEX, LLC,<br><br>Plaintiff,<br><br>v.<br><br>KIRK D. HENDRICK, in his official capacity as Chairman of the Nevada Gaming Control Board; GEORGE ASSAD, in his official capacity as a Member of the Nevada Gaming Control Board; CHANDENI K. SENDALL, in her official capacity as a Member of the Nevada Gaming Control Board; NEVADA GAMING CONTROL BOARD; JENNIFER TOGLIATTI, in her official capacity as Chair of the Nevada Gaming Commission; ROSA SOLIS-RAINEY, in her official capacity as a Member of the Nevada Gaming Commission; BRIAN KROLICKI, in his official capacity as a Member of the Nevada Gaming Commission; GEORGE MARKANTONIS, in his official capacity as a Member of the Nevada Gaming Commission; NEVADA GAMING COMMISSION; AARON D. FORD, in his official capacity as Attorney General of Nevada,<br><br>Defendants.<br>vs.<br><br>NEVADA RESORT ASSOCIATION, proposed Intervenor-Defendant. | Case No.: 2:25-CV-00575-APG-BNW<br><br>**DECLARATION OF ADAM HOSMER-HENNER** |

I, Adam Hosmer-Henner, declare as follows:

1. I am over the age of 18 years and a resident of Washoe County, Nevada. I make this declaration based upon personal knowledge, except where stated to be upon information and belief, and as to that information, I believe it to be true. If called upon to testify as to the contents of this declaration, I am legally competent to testify to the contents of this declaration in a court of law.

2. I am an attorney duly licensed to practice law in the State of Nevada with McDonald Carano LLP, counsel of record for Nevada Resort Association ("NRA").

3. I submit this Declaration in support of NRA's Emergency Motion to Intervene ("Motion").

4. Pursuant to LR 7-4, I state as follows:

   a. <u>Nature of the emergency</u>: Plaintiff KalshiEX, LLC ("Kalshi") filed a Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 18) on an expedited basis. This Court granted Kalshi's Motion for Preliminary Injunction (ECF No. 45) and recently set a status hearing for May 15, 2025 (ECF No. 54). Given that Kalshi's lawsuit directly affects the NRA and its members' interests, the NRA seeks to be heard in this matter, including at the status hearing. If intervention is granted, the NRA intends to file a limited joinder to the State Defendants' Motion to Dismiss (ECF No. 50).

   b. <u>Addresses and telephone numbers of all other counsel</u>:

      i. Plaintiff's counsel:

         D. Lee Roberts, Jr.
         WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC
         6385 South Rainbow Blvd., Suite 400
         Las Vegas, Nevada 89118
         702-938-3838

         Neil Kumar Katyal
         Joshua B. Sterling
         William E. Havemann
         MILBANK LLP
         1850 K Street, Suite 1100

Washington, D.C. 20006
(202) 835-7505

Mackenzie Austin
MILBANK LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
(424) 386-4000

    ii.  Defendant's counsel:

Jessica E. Whelan
Sabrena K. Clinton
Devin A. Oliver
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
(702) 486-3420

c. <u>Statement regarding meet and confer:</u> Due to the upcoming status hearing, which could affect the NRA and its members' interests, I notified all counsel, via email on May 14, 2025, of the NRA's intent to file this Motion on May 14, 2025. The NRA has not yet received a response as to whether the parties consent or object to intervention and has not been able to meet-and-confer on this issue at the time of filing.

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

Executed on: May 14, 2025,

By: */s/ Adam Hosmer-Henner*
      Adam Hosmer-Henner