# EXHIBIT 3

[PROPOSED] NEVADA RESORT ASSOCIATION'S JOINDER TO DEFENDANTS' MOTION TO DISMISS (ECF No. 50)

Adam Hosmer-Henner (NSBN 12779)
A.G. Burnett (NSBN 5895)
Jane Susskind (NSBN 15099)
Katrina Weil (NSBN 16152)
Cassin Brown (NSBN 15877)
**McDONALD CARANO LLP**
100 West Liberty Street, 10th Floor
Reno, NV 89501
Telephone: (775) 788-2000
ahosmerhenner@mcdonaldcarano.com
agburnett@mcdonaldcarano.com
jsusskind@mcdonaldcarano.com
kweil@mcdonaldcarano.com
cbrown@mcdonaldcarano.com

*Attorneys for Nevada Resort Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KALSHIEX, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>KIRK D. HENDRICK, in his official capacity as Chairman of the Nevada Gaming Control Board; GEORGE ASSAD, in his official capacity as a Member of the Nevada Gaming Control Board; CHANDENI K. SENDALL, in her official capacity as a Member of the Nevada Gaming Control Board; NEVADA GAMING CONTROL BOARD; JENNIFER TOGLIATTI, in her official capacity as Chair of the Nevada Gaming Commission; ROSA SOLIS-RAINEY, in her official capacity as a Member of the Nevada Gaming Commission; BRIAN KROLICKI, in his official capacity as a Member of the Nevada Gaming Commission; GEORGE MARKANTONIS, in his official capacity as a Member of the Nevada Gaming Commission; NEVADA GAMING COMMISSION; AARON D. FORD, in his official capacity as Attorney General of Nevada,<br><br>        Defendants.<br>   vs.<br><br>NEVADA RESORT ASSOCIATION, proposed Intervenor-Defendant. | Case No.:  2:25-CV-00575-APG-BNW<br><br>**[PROPOSED] NEVADA RESORT ASSOCIATION'S JOINDER TO DEFENDANTS' MOTION TO DISMISS (ECF No. 50)** |

Proposed Intervenor-Defendant Nevada Resort Association ("NRA"), by and through its attorneys of record, joins in Defendants' Motion to Dismiss Complaint for Permanent Injunction and Declaratory Relief Pursuant to FRCP 12(b)(1), 12(b)(5) and 12(b)(6) (ECF No. 50), filed April 23, 2025, to the extent the arguments therein are applicable to the NRA.

Dated: May 14, 2025.

          McDONALD CARANO LLP

          By: /s/Adam Hosmer-Henner
              Adam Hosmer-Henner (NSBN 12779)
              A.G. Burnett (NSBN 5895)
              Jane Susskind (NSBN 15099)
              Katrina Weil (NSBN 16152)
              Cassin Brown (NSBN 15877)
              100 West Liberty Street, 10th Floor
              Reno, NV 89501

          *Attorneys for Nevada Resort Association*