1  DENNIS L. KENNEDY
   Nevada Bar No. 1462
2  PAUL C. WILLIAMS
   Nevada Bar No. 12524
3  **BAILEY❖KENNEDY**
   8984 Spanish Ridge Avenue
4  Las Vegas, Nevada 89148-1302
   Telephone:  702.562.8820
5  Facsimile:  702.562.8821
   DKennedy@BaileyKennedy.com
6  PWilliams@BaileyKennedy.com

7  NEAL KUMAR KATYAL
   (Admitted *pro hac vice*)
8  JOSHUA B. STERLING
   (Admitted *pro hac vice*)
9  WILLIAM E. HAVEMANN
   (Admitted *pro hac vice*)
10 **MILBANK LLP**
   1850 K Street, Suite 1100
11 Washington, D.C. 20006
   Telephone:  202.835.7505
12 Facsimile:  213.629.5063

13 MACKENZIE AUSTIN
   (Admitted *pro hac vice*)
14 **MILBANK LLP**
   2029 Century Park East, 33rd Floor
15 Los Angeles, CA 90067
   Telephone:  424.386.4000
16 Facsimile:  213.629.5063

17 *Attorneys for Plaintiff KalshiEX, LLC*

18

19                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
20

| | |
|---|---|
| 21  KALSHIEX, LLC, | Case No.  2:25-cv-00575-APG-BNW |
| 22                  Plaintiff, | |
| 23          vs. | **SUBSTITUTION OF COUNSEL FOR KALSHIEX, LLC** |
| 24  KIRK D. HENRICK, in his official capacity as Chairman of the Nevada Gaming Control Board; GEIRGE ASSAD, in his official capacity as a Member of the Nevada Gaming Control Board; CHANDENI K. SENDALL, in her official capacity as a Member of the Nevada Gaming Control Board; NEVADA GAMING CONTROL BOARD; JENNIFER TOGLIATTI, in her official capacity as Chair of the Nevada Gaming | |

Commission; ROSA SOLIS-RAINEY, in her official capacity as a Member of the Nevada Gaming Commission; BRIAN KROLICKI, in his official capacity as a Member of the Nevada Gaming Commission; GEORGE MARKANTONIS, in his official capacity as a Member of the Nevada Gaming Commission; ABBI SILVER, in her official capacity as a Member of the Nevada Gaming Commission; NEVADA GAMING COMMISSION; AARON D. FORD, in his official capacity as Attorney General of Nevada,

Defendants.

IT IS HEREBY STIPULATED AND AGREED that Bailey❖Kennedy, specifically Dennis L. Kennedy, Esq. and Paul C. Williams, Esq., be substituted in place and stead of D. Lee Roberts, Jr., Esq. of Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC, as counsel for KalshiEX, LLC.

DATED this 22nd day of May, 2025.

BAILEY❖KENNEDY

By: */s/ Dennis L. Kennedy*
DENNIS L. KENNEDY
Nevada Bar No. 1462
PAUL C. WILLIAMS
Nevada Bar No. 12524
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone: 702.562.8820
Facsimile: 702.562.8821
DKennedy@BaileyKennedy.com
PWilliams@BaileyKennedy.com
*Attorneys for Plaintiff KalshiEX, LLC*

///
///
///
///
///
///
///

The undersigned attorney and law firm do hereby consent to withdraw from this matter and to be substituted as the attorney for KalshiEX, LLC, to be replaced by Dennis L. Kennedy and Paul C. Williams of Bailey❖Kennedy.

DATED this 22nd day of May, 2025.

> WEINBERG, WHEELER, HUDGINS,
> GUNN & DIAL, LLC
>
> By: */s/ D. Lee Roberts, Jr.*
> D. LEE ROBERTS, JR.
> Nevada Bar No. 8877
> 6385 South Rainbow Blvd., Suite 400
> Las Vegas, Nevada 89118
> Telephone:  (702) 938-3838
> Facsimile:  (702) 938-3864
> lroberts@wwhgd.com

The undersigned hereby consents to the withdrawal of D. Lee Roberts, Jr. of Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC as counsel of record and further consents to the substitution of Bailey❖Kennedy, specifically Dennis L. Kennedy and Paul C. Williams, as new counsel of record for Kalshiex, LLC.

DATED this 22nd day of May, 2025.

> KalshiEX, LLC
>
> By: */s/ Rick Heaslip*
> RICK HEASLIP
>
> Its: General Counsel

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

Case No. 2:25-cv-00575-APG-BNW
*KalshiEX, LLC vs. Hendrick, et al.*

## ORDER

**IT IS HEREBY ORDERED** that the withdrawal of D. Lee Roberts, Jr. of Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC as attorney of record for KalshiEX, LLC in the above-entitled action is **ACCEPTED** and **IT IS FURTHER ORDERED** that KalshiEX, LLC will be represented in this matter by Dennis L. Kennedy and Paul C. Williams of Bailey❖Kennedy.

Dated: _____May 23___, 2025

_____
UNITED STATES MAGISTRATE JUDGE

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

**CERTIFICATE OF SERVICE**

I certify that I am an employee of BAILEY❖KENNEDY and that on the 22nd day of May, 2025, a true and correct copy of SUBSTITUTION OF COUNSEL FOR KALSHIEX, LLC was served by electronically filing with the Clerk of the Court using the Odyssey eFileNV system and serving all parties with an email-address on record, pursuant to Administrative Order 14-2 and Rule 9 of the N.E.F.C.R.

 _/s/ Sharon L. Murnane_
Employee of BAILEY❖KENNEDY