AARON D. FORD
  Attorney General
Jessica E. Whelan (Bar No. 14781)
  Chief Deputy Solicitor General – Litigation
Sabrena K. Clinton (Bar No. 6499)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
(702) 486-3420 (phone)
(702) 486-3773 (fax)
jwhelan@ag.nv.gov
sclinton@ag.nv.gov

*Attorneys for State Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KALSHIEX, LLC, | Case No. 2:25-cv-00575-APG-BNW |
| Plaintiff, | |
| vs. | **JOINT STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE ANSWER (FIRST REQUEST)** |
| KIRK D. HENDRICK, in his official capacity as Chairman of the Nevada Gaming Control Board; GEORGE ASSAD, in his official capacity as a Member of the Nevada Gaming Control Board; CHANDENI K. SENDALL, in her official capacity as a Member of the Nevada Gaming Control Board; NEVADA GAMING CONTROL BOARD; JENNIFER TOGLIATTI, in her official capacity as Chair of the Nevada Gaming Commission; ROSA SOLIS-RAINEY, in her official capacity as a Member of the Nevada Gaming Commission; BRIAN KROLICKI, in his official capacity as a Member of the Nevada Gaming Commission; GEORGE MARKANTONIS, in his official capacity as a Member of the Nevada Gaming Commission; ABBI SILVER, in her official capacity as a Member of the Nevada Gaming Commission; NEVADA GAMING COMMISSION; AARON D. FORD, in his official capacity as Attorney General of Nevada, | |
| Defendant(s). | |

Plaintiff, Defendants and Intervenor Defendant, by and through the undersigned counsel, stipulate and request that the Court extend the deadline for Defendants' Answer to Complaint by two weeks from June 17, 2025 to July 1, 2025. This request is not made for any improper purpose or to unnecessarily delay the proceeding.

1. The parties have been actively engaged in this litigation since its commencement on March 28, 2025 (ECF No. 1).

2. On March 28, 2025, Plaintiff filed a motion for temporary restraining order and preliminary injunction (ECF No. 18), Defendants responded (ECF No. 34), and Plaintiff replied (ECF No. 40).

3. The Court heard oral arguments and on April 9, 2025 entered an order denying Plaintiff's request for a TRO and granting their request for preliminary injunctive relief (ECF No. 45).

4. On April 23, 2025, Defendants filed a motion to dismiss (ECF No. 50), Plaintiff responded (ECF No. 55), and Defendants replied (ECF No. 56).

5. While the motion was pending adjudication, the Nevada Resorts Association (NRA), filed an emergency motion to intervene as a defendant (ECF No. 57).

6. On May 15, 2025, the Court held a status conference and provisionally granted NRA's motion to intervene so that it could appear at the status hearing (ECF No. 62). Defendants filed a joinder to NRA's motion (ECF No. 63). Plaintiffs filed an opposition to NRA's motion (ECF No. 65) and NRA replied (ECF No. 67).

7. On May 30, 2025, the Court entered an order granting the parties' joint stipulation to extend the deadline to file a discovery plan until 30 days after the Court resolves NRA's motion to intervene. (ECF No. 71).

8. On June 2, 2025, the Court entered an order granting NRA's motion to intervene (ECF No. 70). Pursuant to the joint stipulation and order, a discovery plan is due on July 2, 2025.

9. On June 3, 2025, the Court entered an order denying Defendants' motion to dismiss (ECF No. 72).

10. The parties agree that the granting of this extension will not affect the current July 2, 2025 discovery plan deadline.

11. This request comes before the expiration of the deadline to file an answer.

12. The parties have been actively engaged in litigating this matter since its commencement and agree that a two week extension to file an answer will not prejudice the parties.

/ / /

/ / /

/ / /

13. Based on the preceding considerations, the parties request that the Court grant the stipulation to extend the deadline for Defendants to file an answer to the complaint to July 1, 2025.

**IT IS SO STIPULATED.**

DATED this 17th day of June, 2025.

AARON D. FORD
Attorney General

*/s/ Sabrena K. Clinton*
Jessica E. Whelan (Bar No. 14781)
  Chief Deputy Solicitor General
Sabrena K. Clinton (Bar No. 6499)
  Senior Deputy Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
jwhelan@ag.nv.gov
sclinton@ag.nv.gov

*Attorneys for State Defendants*

DATED this ____ day of June, 2025.

McDONALD CARANO LLP

*/s/*
Adam Hosmer-Henner (Bar No. 12779)
Jane Susskind (Bar No. 15099)
100 West Liberty Street, 10th Floor
Reno, NV 89501
ahosmerhenner@mcdonaldcarano.com
jsusskind@mcdonaldcarano.com

*Attorneys for Nevada Resort Association*

DATED this 17th day of June, 2025.

BAILEY KENNEDY

MILBANK LLP

Dennis L. Kennedy (Bar No. 1462)
Paul C. Williams (Bar No. 12524)
8984 Spanish Ridge Avenue
Las Vegas, NV 89148
dkennedy@baileykennedy.com
pwilliams@baileykennedy.com

*/s/   William Havemann*
William E. Havemann (Pro Hac Vice)
1850 K Street, Suite 1100
Washington D.C. 20006
whavemann@milbank.com

*Attorneys for Plaintiff*

**ORDER**

**IT IS SO ORDERED.**

DATED this  23  day of June, 2025.

_____
U.S. Magistrate Judge