BAILEY ❖ KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

**INDEX OF EXHIBITS TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

| Ex. No. | Document Description |
|---|---|
| A | Declaration of Paul C. Williams |
| A-1 | Order of Designation, *In the Matter of the Application of KalshiEX LLC for Designation as a Contract Market*, CFTC (November 3, 2020) |
| A-2 | KalshiEX LLC – CFTC Regulation 40.2(a) Notification Regarding the Initial Listing of the "Will <chamber of Congress> be controlled by <party> for <term>?" Contract (June 12, 2023) |
| A-3 | Re: Notification of Commodity Futures Trading Commission ("Commission") Commencement of 90-day Review of "Will <chamber of Congress> be controlled by <party> for <term>?" Contracts |
| A-4 | In the Matter of the Certification by KalshiEX LLC of Derivatives Contracts with Respect to Political Control of the United States Senate and United States House of Representatives, CFTC (Sept. 22, 2023) |
| A-5 | KalshiEX LLC – CFTC Regulation 40.2(a) Notification Regarding the Initial Listing of the "Will <team> win <title>?" Contract (Jan. 22, 2025) |
| A-6 | Re: Notification of Commodity Futures Trading Commission ("Commission") Commencement of 90-day Review of Certain Contract Certifications Submitted on December 19, 2024, CFTC (Jan. 14, 2025) |
| A-7 | KalshiEX LLC – CFTC Regulation 40.2(a) Notification Regarding the Initial Listing of the "Will the high temperature in <cities> be <greater than/less than/between> <degrees> on <date>?" Contract (December 3, 2024) |
| A-8 | KalshiEX LLC – CFTC Regulation 40.2(a) Notification Regarding the Initial Listing of the "Will OpenAI claim to have achieved AGI by <date>?" Contract (January 5, 2024) |
| A-9 | KalshiEX LLC – CFTC Regulation 40.2(a) Notification Regarding the Initial Listing of the "Will last week's top song still top the Billboard Hot 100?" Contract (February 2, 2022) |
| A-10 | KalshiEX LLC – CFTC Regulation 40.2(a) Notification Regarding the Initial Listing of the "Will the average price of gas in <area> be <above/below/between> <price> on <date>?"Contract (September 13, 2023) |