# Exhibit A

# Declaration of Paul C. Williams

DENNIS L. KENNEDY
Nevada Bar No. 1462
PAUL C. WILLIAMS
Nevada Bar No. 12524
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone: 702.562.8820
Facsimile: 702.562.8821
DKennedy@BaileyKennedy.com
PWilliams@BaileyKennedy.com

NEAL KUMAR KATYAL
(Admitted *pro hac vice*)
JOSHUA B. STERLING
(Admitted *pro hac vice*)
WILLIAM E. HAVEMANN
(Admitted *pro hac vice)*
**MILBANK LLP**
1850 K Street, Suite 1100
Washington, D.C. 20006
Telephone: 202.835.7500
Facsimile: 202.263.7586

GRANT R. MAINLAND
(Admitted *pro hac vice*)
NOLA B. HELLER
(Admitted *pro hac vice*)
**MILBANK LLP**
55 Hudson Yards
New York, NY 10001
Telephone: 212.530.5000
Facsimile: 212.530.5219

*Attorneys for Plaintiff KalshiEX, LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

KALSHIEX, LLC,

Plaintiff,

vs.

KIRK D. HENDRICK, in his official capacity as Chairman of the Nevada Gaming Control Board, et al.,

Defendants,

vs.

NEVADA RESORT ASSOCIATION,

Intervenor-Defendant.

Case No. 2:25-cv-00575-APG-BNW

**DECLARATION OF PAUL C. WILLIAMS IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

BAILEY ❖ KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

I, Paul C. Williams, declare as follows:

1. I am over eighteen (18) years of age and a resident of Clark County, Nevada.

2. I am competent to testify to the facts stated herein, which are based upon my personal knowledge unless otherwise indicated, and if called upon to testify, I could and would testify competently to the following.

3. I am a partner of Bailey Kennedy, counsel for Plaintiff KalshiEX LLC ("Plaintiff") in the matter entitled *KalshiEX LLC v. Kirk D. Hendrick, et al.*, Case No. 2:25-cv-00575-APG-BNW, currently pending before the United States District Court, District of Nevada.

4. In connection with Plaintiff's Motion for Summary Judgment, Plaintiff requests that, pursuant to Federal Rule of Evidence 201, the Court take judicial notice of the following publicly recorded or filed documents, copies of which are attached:

a. A true and correct copy of the Order of Designation, *In the Matter of the Application of KalshiEX LLC for Designation as a Contract Market*, CFTC (November 3, 2020), attached as Exhibit A-1.

b. A true and correct copy of *KalshiEX LLC – CFTC Regulation 40.2(a) Notification Regarding the Initial Listing of the "Will <chamber of Congress> be controlled by <party> for <term>?" Contract* (June 12, 2023), attached as Exhibit A-2.

c. A true and correct copy of *Re: Notification of Commodity Futures Trading Commission ("Commission") Commencement of 90-day Review of "Will <chamber of Congress> be controlled by <party> for <term>?" Contracts*, CFTC (June 23, 2023), attached as Exhibit A-3.

d. A true and correct copy of Order, *In the Matter of the Certification by KalshiEX LLC of Derivatives Contracts with Respect to Political Control of the United States Senate and United States House of Representatives*, CFTC (Sept. 22, 2023), attached as Exhibit A-4.

e. A true and correct copy of *KalshiEX LLC – CFTC Regulation 40.2(a) Notification Regarding the Initial Listing of the "Will <team> win <title>?" Contract* (Jan. 22, 2025), attached as Exhibit A-5.

f. A true and correct copy of *Re: Notification of Commodity Futures Trading Commission ("Commission") Commencement of 90-day Review of Certain Contract Certifications Submitted on December 19, 2024*, CFTC (Jan. 14, 2025), attached as Exhibit A-6.

g. A true and correct copy of *KalshiEX LLC – CFTC Regulation 40.2(a) Notification Regarding the Initial Listing of the "Will the high temperature in <cities> be <greater than/less than/between> <degrees> on <date>?" Contract* (December 3, 2024), attached as Exhibit A-7.

h. A true and correct copy of *KalshiEX LLC – CFTC Regulation 40.2(a) Notification Regarding the Initial Listing of the "Will OpenAI claim to have achieved AGI by <date>?" Contract* (January 5, 2024), attached as Exhibit A-8.

i. A true and correct copy of *KalshiEX LLC – CFTC Regulation 40.2(a) Notification Regarding the Initial Listing of the "Will last week's top song still top the Billboard Hot 100?" Contract* (February 2, 2022), attached as Exhibit A-9.

j. A true and correct copy of *KalshiEX LLC – CFTC Regulation 40.2(a) Notification Regarding the Initial Listing of the "Will the average price of gas in <area> be <above/below/between> <price> on <date>?"Contract* (September 13, 2023), attached as Exhibit A-10.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

BAILEY ❖ KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

5. The purpose of this request for judicial notice is to put before the Court evidence as to the existence of undisputed material facts that support Plaintiff's Motion for Summary Judgment. *See Disabled Rights Action Comm. v. Las Vegas Events, Inc.*, 375 F.3d 861, 866 n.1 (9th Cir. 2004) (courts may take judicial notice of the records of government agencies and other undisputed matters of public record under Federal Rule of Evidence 201); *Harlow v. MTC Fin. Inc.*, 865 F. Supp. 2d 1095, 1097 (D. Nev. 2012) ("When ruling on a motion for summary judgment, the Court may take judicial notice of matters of public record"); *Indep. Living Ctr. of S. California v. City of Los Angeles*, 973 F. Supp. 2d 1139, 1155 n.14 (C. D. Cal. 2013) (judicial notice of a federal agency's website and statements is appropriate); Fed. R. Evid. 201(c)(2) ("The court . . . must take judicial notice if a party requests it and the court is supplied with the necessary information.").

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 1st day of August, 2025.

/s/ Paul C. Williams
PAUL C. WILLIAMS

BAILEY ❖ KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820