**Exhibit A-6 –** *Re: Notification of Commodity Futures Trading Commission ("Commission") Commencement of 90-day Review of Certain Contract Certifications Submitted on December 19, 2024*, CFTC (Jan. 14, 2025)

**U.S. COMMODITY FUTURES TRADING COMMISSION**
Three Lafayette Centre
1155 21st Street, NW, Washington, DC 20581
Telephone: (202) 418-5000
Facsimile: (202) 418-5527
www.cftc.gov

January 14, 2025

Kevin Dan
Chief Compliance Officer and Chief Regulatory Officer
The North American Derivatives Exchange, Inc. d/b/a Crypto.com | Derivatives North America
200 West Jackson Blvd., Suite 1400
Chicago, IL 60606

    Re:    Notification of Commodity Futures Trading Commission ("Commission") Commencement of 90-day Review of Certain Contract Certifications Submitted on December 19, 2024

Dear Mr. Dan:

    This is to inform you that, pursuant to Commission regulation 40.11(c), the Commission has commenced a 90-day review of certain contract certifications submitted by The North American Derivatives Exchange, Inc. d/b/a Crypto.com ("Nadex") on December 19, 2024. Specifically, the Commission has commenced a 90-day review of the following certified contracts (the "Contracts"):

- 13.27 HOMETOWN CELEBRATION EVENT CONTRACT
- 13.28 ECONOMIC AND COMMERCIAL EVENT CONTRACT - TITLE EVENT

    The Commission has determined that the Contracts may involve an activity enumerated in Commission regulation 40.11(a)(1) and section 5c(c)(5)(C)(i) of the Commodity Exchange Act. Accordingly, the Commission requests, pursuant to Commission regulation 40.11(c)(1), that Nadex suspend any listing and trading of the Contracts during the pendency of the Commission's 90-day review period, which will commence as of the date of this notification letter.

    Please note that, consistent with Commission regulation 40.11(c)(1), the Commission will post on its website a notification of its intent to carry out a 90-day review of the Contracts.

    Sincerely,

    Robert N. Sidman
    Deputy Secretary of the Commission