**INDEX OF EXHIBITS TO PLAINTIFF'S EMERGENCY MOTION TO STAY DISCOVERY**

| Ex. No. | Document Description |
|---|---|
| A | Declaration of William E. Havemann |