AARON D. FORD
  Attorney General
Jessica E. Whelan (Bar No. 14781)
  Chief Deputy Solicitor General – Litigation
Sabrena K. Clinton (Bar No. 6499)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
(702) 486-3420 (phone)
(702) 486-3773 (fax)
jwhelan@ag.nv.gov
sclinton@ag.nv.gov

*Attorneys for State Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KALSHIEX, LLC, | Case No. 2:25-cv-00575-APG-BNW |
| Plaintiff, | |
| vs. | |
| KIRK D. HENDRICK, in his official capacity as Chairman of the Nevada Gaming Control Board, et al., | **DEFENDANTS' JOINDER TO INTERVENOR DEFENDANTS' OPPOSITION TO THE EMERGENCY MOTION TO STAY** |
| Defendants, | |
| and | |
| NEVADA RESORT ASSOCIATION, | |
| Intervenor Defendants. | |

Defendants, KIRK D. HENDRICK, in his official capacity as Chairman of the Nevada Gaming Control Board; GEORGE ASSAD, in his official capacity as a Member of the Nevada Gaming Control Board; CHANDENI K. SENDALL, in her official capacity as a Member of the Nevada Gaming Control Board; NEVADA GAMING CONTROL BOARD; JENNIFER TOGLIATTI, in her official capacity as Chair of the Nevada Gaming Commission; ROSA SOLIS-RAINEY, in her official capacity as a Member of the Nevada Gaming Commission; BRIAN KROLICKI, in his official capacity as a Member of the

Nevada Gaming Commission; GEORGE MARKANTONIS, in his official capacity as a Member of the Nevada Gaming Commission; ABBI SILVER, in her official capacity as a Member of the Nevada Gaming Commission; NEVADA GAMING COMMISSION; AARON D. FORD, in his official capacity as Attorney General of Nevada (hereinafter referred to as "State Defendants"), by and through counsel, Aaron D. Ford, Attorney General for the State of Nevada, Jessica E. Whelan, Chief Deputy Solicitor General - Litigation, and Sabrena K. Clinton, Senior Deputy Attorney General, hereby respectfully join Intervenor Defendants' Opposition to the Emergency Motion to Stay (ECF 90).

DATED this 14th day of August, 2025.

AARON D. FORD
Attorney General

By: */s/ Jessica E. Whelan*
    Jessica E. Whelan (Bar No. 14781)
     Chief Deputy Solicitor General - Litigation
    Sabrena K. Clinton (Bar No. 6499)
     Senior Deputy Attorney General
    State of Nevada
    Office of the Attorney General
    jwhelan@ag.nv.gov
    sclinton@ag.nv.gov

*Attorneys for State Defendants*