| | |
|---|---|
| | X FILED __ RECEIVED |
| | __ ENTERED __ SERVED ON |
| | 08/15/2025 |
| | CLERK, U.S. DISTRICT COURT |
| | DISTRICT OF NEVADA |
| | BY:_____ DEPUTY |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Kalshiex
                                    ,
            Plaintiff(s)

v.

Hendrick, et al.
                                    ,
            Defendant(s).

Case No.: 25-cv-00575

**NON-PARTY REQUEST
FOR REMOTE ACCESS
TO CIVIL PROCEEDING**

I, _____ Elliott Stein _____, request permission for live
            (name of requestor)
remote public access to the civil proceeding set for _____ August 22, 2025 _____
                                                                                (date)
at _____ 3:30pm _____ before Judge _____ Magistrate Judge Weksler _____ .
        (time)                                               (name of judge)

I understand that I am prohibited from recording, photographing, or retransmitting any part of the

proceeding.

Date of Request: 8/15/2025

Requestor's Full Name:  Elliott Stein

Mailing Address:  731 Lexington Avenue

New York, NY 10022

Telephone number:  212-617-7742

E-mail address:  estein26@bloomberg.net

**SUBMIT THIS FORM IN PERSON, BY U.S. MAIL OR EMAIL TO:**
**The Clerk of Court**
**333 Las Vegas Blvd. South, Las Vegas, NV 89101 or**
**400 S. Virginia Street, Reno, Nevada 89501**
lv_public_docketing@nvd.uscourts.gov
reno_public_docketing@nvd.uscourts.gov