**INDEX OF EXHIBITS TO DEFENDANTS' AND INTERVENOR'S EMERGENCY MOTION TO HOLD IN ABEYANCE BRIEFING ON MOTION FOR SUMMARY JUDGMENT PENDING DECISION ON PLAINTIFF'S EMERGENCY MOTION TO STAY DISCOVERY OR, IN THE ALTERNATIVE, MOTION FOR EXTENSION OF TIME (FIRST REQUEST)**

| Exhibit | DOCUMENT |
|---|---|
| Ex. 1 | Declaration of Jessica E. Whelan |
| Ex. 2 | Email Correspondence |