# Exhibit 1

# Declaration of Jessica E. Whelan

AARON D. FORD
  Attorney General
Jessica E. Whelan (Bar No. 14781)
  Chief Deputy Solicitor General – Litigation
Sabrena K. Clinton (Bar No. 6499)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
(702) 486-3420 (phone)
(702) 486-3768 (fax)
jwhelan@ag.nv.gov
sclinton@ag.nv.gov

*Attorneys for State Defendants*

Adam Hosmer-Henner (NSBN 12779)
A.G. Burnett (NSBN 5895)
Jane Susskind (NSBN 15099)
Katrina Weil (NSBN 16152)
Cassin Brown (NSBN 15877)
McDONALD CARANO LLP
100 West Liberty Street, 10th Floor
Reno, NV 89501
Telephone: (775) 788-200
ahosmerhenner@mcdonaldcarano.com
agburnett@mcdonaldcarano.com
jsusskind@mcdonaldcarano.com
kweil@mcdonaldcarano.com
cbrown@mcdonaldcarano.com

*Attorneys for Intervenor Defendant
Nevada Resort Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KALSHIEX, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> KIRK D. HENDRICK, in his official capacity as Chairman of the Nevada Gaming Control Board; GEORGE ASSAD, in his official capacity as a Member of the Nevada Gaming Control Board; CHANDENI K. SENDALL, in her official capacity as a Member of the Nevada Gaming Control Board; NEVADA GAMING CONTROL BOARD; JENNIFER | Case No. 2:25-cv-00575-APG-BNW <br><br> **DECLARATION OF JESSICA E. WHELAN** |

1

TOGLIATTI, in her official capacity as Chair of the Nevada Gaming Commission; ROSA SOLIS-RAINEY, in her official capacity as a Member of the Nevada Gaming Commission; BRIAN KROLICKI, in his official capacity as a Member of the Nevada Gaming Commission; GEORGE MARKANTONIS, in his official capacity as a Member of the Nevada Gaming Commission; ABBI SILVER, in her official capacity as a Member of the Nevada Gaming Commission; NEVADA GAMING COMMISSION; AARON D. FORD, in his official capacity as Attorney General of Nevada,

Defendants,

and

NEVADA RESORT ASSOCIATION,

Intervenor-Defendant.

I, Jessica E. Whelan, declare as follows:

1. I am over the age of 18 years and a resident of Clark County, Nevada. I make this declaration based upon personal knowledge, except where stated to be upon information and belief, and as to that information, I believe it to be true. If called upon to testify as to the contents of this declaration, I am legally competent to testify to the contents of this declaration in a court of law.

2. I am the Chief Deputy Solicitor General - Litigation at the Nevada Office of the Attorney General. I represent the Defendants in the above-captioned action.

3. I submit this Declaration in support of the Defendants' and Intervenor's Emergency Motion to Hold in Abeyance Briefing on Motion for Summary Judgment Pending Decision on Plaintiff's Emergency Motion to Stay Discovery Or, in the Alternative, Motion for Extension of Time ("Emergency Motion to Hold in Abeyance").

4. Pursuant to LR 7-4, I state as follows:

   a. <u>Nature of the emergency</u>: On August 1, 2025, Plaintiff KalshiEX, LLC ("Kalshi") moved for summary judgment. *See* ECF No. 86 ("Motion for Summary Judgment"). On that same date, Kalshi filed an emergency motion to stay discovery, requesting that this Court block the State Defendants and Intervenor Nevada Resort Association ("NRA") from engaging in any discovery before the Court rules on Kalshi's Motion for Summary Judgment. ECF No. 87 ("Emergency Motion to Stay"). This Court granted Kalshi's request for expedited briefing on Kalshi's Emergency Motion to Stay. The hearing is set for August 22, 2025, which is the same date the State Defendants and NRA must file responses to Kalshi's Motion for Summary Judgment. The State Defendants and NRA each filed robust oppositions to Kalshi's Emergency Motion to Stay. ECF Nos. 89, 90. The Court's ruling on Kalshi's Emergency Motion to Stay will dictate how the State Defendants and NRA respond to Kalshi's Motion for Summary Judgment. The State Defendants and NRA therefore request that this Court hold in abeyance the briefing on the Motion for Summary Judgment until after the Court issues a decision on Kalshi's pending Emergency Motion to Stay Discovery. The State Defendants and NRA seek this relief on an emergency basis because their briefing is due on August 22, 2025, and briefing through the normal course would moot the relief requested in their Emergency Motion to Hold in Abeyance.

   b. <u>Addresses and telephone numbers of all other counsel</u>:

      i. Plaintiff's counsel:

         Dennis L. Kennedy
         Paul C. Williams
         Bailey Kennedy
         8984 Spanish Ridge Avenue
         Las Vegas, Nevada 89148-1302

3

        Telephone: 702.562.8820

        Neal Kumar Katyal
        Joshua B. Sterling
        William E. Havemann
        Milbank LLP
        1850 K Street, Suite 1100
        Washington, D.C. 20006
        Telephone: 202.835.7505

        Grant R. Mainland
        Nola B. Heller
        Milbank LLP
        55 Hudson Yards
        New York, N.Y. 10001
        Telephone: 212.530.5000

    ii.    Defendant's counsel:

        Jessica E. Whelan
        Sabrena K. Clinton
        State of Nevada
        Office of the Attorney General
        1 State of Nevada Way, Suite 100
        Las Vegas, NV 89119
        (702) 486-3420

    iii.    NRA's counsel:

        Adam Hosmer-Henner
        A.G. Burnett
        Jane Susskind
        Katrina Weil
        Cassin Brown
        McDonald Carano LLP
        100 West Liberty Street, 10th Floor
        Reno, NV 89501
        Telephone: 775.788.2000

    c.    <u>Statement regarding meet and confer:</u> I emailed Kalshi's counsel on August 13, 2025, requesting an extension of time on behalf of the State Defendants and the NRA to respond to Kalshi's Motion for Summary Judgment. Kalshi's counsel conditioned an extension on "a temporary stay of discovery pending adjudication of Kalshi's summary judgment motion." This request was inappropriate and unreasonable, especially as the State Defendants and NRA had both just filed extensive oppositions to Kalshi's Emergency Motion to Stay explaining that they need discovery to respond to Kalshi's Motion for Summary Judgment.

4

    A true and correct copy of the email correspondence is attached hereto as **Exhibit 2**.

   d. Due to the impending deadlines and Kalshi's unreasonable position, the State Defendants and NRA filed this motion seeking the Court's intervention.

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

Executed on: August 15, 2025,

             By: */s/ Jessica E. Whelan*
                Jessica E. Whelan

5