# Exhibit 2

# Email Correspondence

| | |
|---|---|
| **From:** | Mainland, Grant |
| **To:** | Havemann, Will; Jessica E. Whelan; Hollenberg, Victor; Sterling, Josh; Baum, Rosa; Paul Williams; Dennis Kennedy |
| **Cc:** | Adam Hosmer-Henner; Sabrena K. Clinton; Jeny M. Beesley; Renee D. Carreau; Porter, Andrew |
| **Subject:** | RE: Kalshi v. NGCB - Extension on Opposition to MSJ |
| **Date:** | Thursday, August 14, 2025 8:53:02 AM |
| **Attachments:** | image001.png |

**WARNING** - This email originated from outside the State of Nevada. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Jessica: Ordinarily, we would of course be amenable to an extension of the deadline for summary judgment oppositions as a professional courtesy. Here, though, we do not think it is fair or appropriate to draw out the summary judgment process while Defendants press ahead with discovery efforts that, as you know, we heavily contest. This is especially so in light of Defendants' representation, in your brief of Tuesday evening, that you intend to seek relief under Rule 56(d), which evidently will duplicate the arguments made in opposition to Kalshi's motion for a discovery stay. Under these circumstances, we can agree to the extension you seek, but only so long as Defendants (including Intervenor-Defendant NRA) would agree to a temporary stay of discovery pending adjudication of Kalshi's summary judgment motion and Defendants' forthcoming 56(d) request. Please let us know if that works, in which case we would be happy to review a proposed stipulation.

Thank you,
Grant

Grant R. Mainland | Milbank | Partner
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5251 | Cell: 917.971.6310
GMainland@milbank.com | milbank.com

**From:** Havemann, Will <whavemann@milbank.com>
**Sent:** Wednesday, August 13, 2025 6:23 PM
**To:** Jessica E. Whelan <JWhelan@ag.nv.gov>; Hollenberg, Victor <vhollenberg@milbank.com>; Sterling, Josh <jsterling@milbank.com>; Baum, Rosa <rbaum@milbank.com>; Paul Williams <pwilliams@baileykennedy.com>; Dennis Kennedy <dkennedy@baileykennedy.com>
**Cc:** Adam Hosmer-Henner <ahosmerhenner@mcdonaldcarano.com>; Sabrena K. Clinton <SClinton@ag.nv.gov>; Jeny M. Beesley <JBeesley@ag.nv.gov>; Renee D. Carreau <RCarreau@ag.nv.gov>; Mainland, Grant <GMainland@milbank.com>; Porter, Andrew <APorter@milbank.com>
**Subject:** RE: Kalshi v. NGCB - Extension on Opposition to MSJ

Thanks Jessica, and cc'ing my colleagues Grant and Andrew. We'll confer and be in touch.

Will

Will Havemann | Milbank | Partner
1101 New York Avenue, NW | Washington D.C. 20005-4269

0001

T: +1 202.835.7518
whavemann@milbank.com | milbank.com

**From:** Jessica E. Whelan <JWhelan@ag.nv.gov>
**Sent:** Wednesday, August 13, 2025 4:40 PM
**To:** Havemann, Will <whavemann@milbank.com>; Hollenberg, Victor <vhollenberg@milbank.com>; Sterling, Josh <jsterling@milbank.com>; Baum, Rosa <rbaum@milbank.com>; Paul Williams <pwilliams@baileykennedy.com>; Dennis Kennedy <dkennedy@baileykennedy.com>
**Cc:** Adam Hosmer-Henner <ahosmerhenner@mcdonaldcarano.com>; Sabrena K. Clinton <SClinton@ag.nv.gov>; Jeny M. Beesley <JBeesley@ag.nv.gov>; Renee D. Carreau <RCarreau@ag.nv.gov>
**Subject:** [EXT] Kalshi v. NGCB - Extension on Opposition to MSJ

Counsel,

I am reaching out to see if Kalshi would be willing to stipulate to an additional three weeks for Defendants and Intervenor-Defendants to file their oppositions to Kalshi's MSJ. I have the oppositions currently due on 8/22, meaning that a three-week extension would bring us to 9/12.

If you agree, I will prepare a stipulation for circulation.

Thank you,
Jessica

**Jessica E. Whelan**

Chief Deputy Solicitor General - Litigation

Office of the Attorney General

1 State of Nevada Way

Suite 100

Las Vegas, Nevada 89119

jwhelan@ag.nv.gov

D: 702-486-4346



*Notice: This e-mail message and any attachments thereto may contain confidential, privileged, or non-public information. Use, dissemination, distribution, or reproduction of this information by unintended recipients is strictly prohibited. If you have received this message in error, please notify the sender immediately and destroy all copies.*

======================================== IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message from Milbank LLP is not intended or written to be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed. Some of that advice may have been written to support the promotion or marketing of the transactions or matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor.
======================================== This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

0003