**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

FILED / RECEIVED
ENTERED / SERVED ON
August 15, 2025
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: JG DEPUTY

Kalshiex,
        Plaintiff(s)

v.

Hendrick, et al.,
        Defendant(s).

Case No.: 25-cv-00575

**NON-PARTY REQUEST FOR REMOTE ACCESS TO CIVIL PROCEEDING**

I, Maurice Bransfield (name of requestor), request permission for live remote public access to the civil proceeding set for August 22, 2025 (date) at 3:30pm (time) before Judge Magistrate Judge Weksler (name of judge).

I understand that I am prohibited from recording, photographing, or retransmitting any part of the proceeding.

Date of Request: 8/15/2025

Requestor's Full Name: Maurice Declan Bransfield IV

Mailing Address: 706 Plaza Drive

Pleasant Hills, PA 15236

Telephone number: 703-597-6764

E-mail address: mick@mickbransfield.com

**SUBMIT THIS FORM IN PERSON, BY U.S. MAIL OR EMAIL TO:**
The Clerk of Court
333 Las Vegas Blvd. South, Las Vegas, NV 89101 or
400 S. Virginia Street, Reno, Nevada 89501
lv_public_docketing@nvd.uscourts.gov
reno_public_docketing@nvd.uscourts.gov