```
                                    FILED          RECEIVED
                               ___        ___
                               ___ ENTERED    ___ SERVED ON

                                   August 18, 2025

                               CLERK, U.S. DISTRICT COURT
                                  DISTRICT OF NEVADA
                               BY: _____JG_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KalshiEX, LLC,

    Plaintiff(s)

v.

Hendrick, et al.,

    Defendant(s).

Case No.: 25-cv-00575

**NON-PARTY REQUEST FOR REMOTE ACCESS TO CIVIL PROCEEDING**

I, __Caleb Robertson__, (name of requestor) request permission for live remote public access to the civil proceeding set for __8/22/2025__ (date) at __3:30__ (time) before Judge __Brenda Weksler__ (name of judge).

I understand that I am prohibited from recording, photographing, or retransmitting any part of the proceeding.

Date of Request: 8/18/2025

Requestor's Full Name: Caleb John Robertson

Mailing Address: 2112 Pennsylvania Avenue NW

Washington, DC 20037

Telephone number: (202) 974-1924

E-mail address: cjrobertson@cgsh.com

**SUBMIT THIS FORM IN PERSON, BY U.S. MAIL OR EMAIL TO:**
The Clerk of Court
333 Las Vegas Blvd. South, Las Vegas, NV 89101 or
400 S. Virginia Street, Reno, Nevada 89501
lv_public_docketing@nvd.uscourts.gov
reno_public_docketing@nvd.uscourts.gov