# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FILED: X  
ENTERED  
RECEIVED  
SERVED ON  

AUGUST 21, 2025

CLERK, U.S. DISTRICT COURT  
DISTRICT OF NEVADA  
BY: /s/ RJDG  DEPUTY

KalshiEX, LLC,  
    Plaintiff(s)

v.

Hendrick, et al.,  
    Defendant(s).

Case No.: 25-cv-00575

**NON-PARTY REQUEST FOR REMOTE ACCESS TO CIVIL PROCEEDING**

I, **Alex Loomis** (name of requestor), request permission for live remote public access to the civil proceeding set for **8/22/2025** (date) at **3:30** (time) before Judge **Brenda Weksler** (name of judge).

I understand that I am prohibited from recording, photographing, or retransmitting any part of the proceeding.

Date of Request: 8/20/2025

Requestor's Full Name: Alexander Hale Loomis

Mailing Address: 111 Huntington Avenue, Suite 520

Boston, MA 02199

Telephone number: (617) 712-7120

E-mail address: alexloomis@quinnemanuel.com

**SUBMIT THIS FORM IN PERSON, BY U.S. MAIL OR EMAIL TO:**  
The Clerk of Court  
333 Las Vegas Blvd. South, Las Vegas, NV 89101 or  
400 S. Virginia Street, Reno, Nevada 89501  
lv_public_docketing@nvd.uscourts.gov  
reno_public_docketing@nvd.uscourts.gov