```
                          X  FILED        ___ RECEIVED
                          ___ ENTERED     ___ SERVED ON

                          AUGUST 21, 2025

                          CLERK, U.S. DISTRICT COURT
                          DISTRICT OF NEVADA
                          BY: /s/ RJDG          DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Kalshi,
        Plaintiff(s)

v.

Hendrick et al,
        Defendant(s).

Case No.: 25-00575

**NON-PARTY REQUEST FOR REMOTE ACCESS TO CIVIL PROCEEDING**

I, __Christopher Gerlacher__ (name of requestor), request permission for live remote public access to the civil proceeding set for __8/22/2025__ (date) at __3:30__ (time) before Judge __Brenda Weksler__ (name of judge).

I understand that I am prohibited from recording, photographing, or retransmitting any part of the proceeding.

Date of Request: 8/21/2025

Requestor's Full Name: Christopher Gerlacher

Mailing Address: 4785 Aberdeen Avenue

Highlands Ranch, CO 80126

Telephone number: 214-629-0239

E-mail address: chris@predictionnews.com

**SUBMIT THIS FORM IN PERSON, BY U.S. MAIL OR EMAIL TO:**
**The Clerk of Court**
333 Las Vegas Blvd. South, Las Vegas, NV 89101 or
400 S. Virginia Street, Reno, Nevada 89501
lv_public_docketing@nvd.uscourts.gov
reno_public_docketing@nvd.uscourts.gov