```
FILED          RECEIVED
ENTERED        SERVED ON
```

August 20, 2025

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: JG  DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KalshiEX, LLC,
Plaintiff(s)

v.

Hendrick, et al.,
Defendant(s).

Case No.: 25-cv-00575

**NON-PARTY REQUEST FOR REMOTE ACCESS TO CIVIL PROCEEDING**

I, Daniel Wallach (name of requestor), request permission for live remote public access to the civil proceeding set for August 22, 2025 (date) at 3:30 pm (time) before Judge Brenda Weksler (name of judge).

I understand that I am prohibited from recording, photographing, or retransmitting any part of the proceeding.

Date of Request: 8/19/2025

Requestor's Full Name: Daniel Wallach

Mailing Address: 2030 S. Ocean Drive, #304, Hallandale Beach, FL 33009

Telephone number: 305-725-9688

E-mail address: wallachlegal@gmail.com

**SUBMIT THIS FORM IN PERSON, BY U.S. MAIL OR EMAIL TO:**
The Clerk of Court
333 Las Vegas Blvd. South, Las Vegas, NV 89101 or
400 S. Virginia Street, Reno, Nevada 89501
lv_public_docketing@nvd.uscourts.gov
reno_public_docketing@nvd.uscourts.gov