**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KALSHIEX, LLC, | Case No.: 2:25-cv-00575-APG-BNW |
| Plaintiff | **Order Granting Motion to Extend Time** |
| v. | [ECF No. 93] |
| KIRK D. HENDRICK, et al., | |
| Defendants | |

I ORDER that the defendants' and intervenors' emergency motion to hold summary judgment briefing in abeyance or alternatively to extend time **(ECF No. 93) is GRANTED** in that the defendants' and intervenors' deadline to respond to plaintiff KalshiEX, LLC's motion for summary judgment (ECF No. 86) is extended to September 22, 2025.

DATED this 21st day of August, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE