UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KalshiEX, LLC,
    Plaintiff(s)

v.

Hendrick, et al.,
    Defendant(s).

Case No.: 25-cv-00575

**NON-PARTY REQUEST FOR REMOTE ACCESS TO CIVIL PROCEEDING**

I, __Jordan E. Hahn__ (name of requestor), request permission for live remote public access to the civil proceeding set for __8/22/2025__ (date) at __3:30__ (time) before Judge __Brenda Weksler__ (name of judge).

I understand that I am prohibited from recording, photographing, or retransmitting any part of the proceeding.

Date of Request: 8/22/2025

Requestor's Full Name: Jordan E. Hahn

Mailing Address: Cleary Gottlieb Steen & Hamilton LLP

2112 Pennsylvania Ave, NW, Washington, DC 20037

Telephone number: 202-974-1843

E-mail address: jhahn@cgsh.com

SUBMIT THIS FORM IN PERSON, BY U.S. MAIL OR EMAIL TO:
The Clerk of Court
333 Las Vegas Blvd. South, Las Vegas, NV 89101 or
400 S. Virginia Street, Reno, Nevada 89501
lv_public_docketing@nvd.uscourts.gov
reno_public_docketing@nvd.uscourts.gov