Dennis L. Kennedy
Nevada Bar No. 1462
Paul C. Williams
Nevada Bar No. 12524
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, NV 89148
Telephone: 702.562.8820
Facsimile: 702.562.8821
DKennedy@BaileyKennedy.com
PWilliams@BaileyKennedy.com

Neal Kumar Katyal
(Admitted *pro hac* vice)
Joshua B. Sterling
(Admitted *pro hac* vice)
William E. Havemann
(Admitted *pro hac* vice)
**MILBANK LLP**
1850 K Street, Suite 1100
Washington, D.C. 20006
Telephone: 202.835.7500
Facsimile: 202.263.7586

Grant R. Mainland
(Admitted *pro hac* vice)
Andrew L. Porter
(Admitted *pro hac* vice)
Victor Hollenberg
(Admitted *pro hac* vice)
**MILBANK LLP**
55 Hudson Yards
New York, N.Y. 10001
Telephone: 212.530.5000
Facsimile: 212.822.5251

*Attorneys for Plaintiff KalshiEX LLC*

Aaron D. Ford
  Attorney General
Jessica E. Whelan (Bar No. 14781)
  Chief Deputy Solicitor General
Sabrena K. Clinton (Bar No. 6499)
  Senior Deputy Attorney General
**State of Nevada**
**Office of the Attorney General**
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119

*Attorneys for State Defendants*

Adam Hosmer-Henner (Bar No. 12779)
A.G. Burnett (Bar No. 5895)
Jane Susskind (Bar No. 15099)
Katrina Weil (Bar No. 16152)
Cassin Brown (Bar No. 15877)
**McDONALD CARANO LLP**
100 West Liberty Street, 10th Floor
Reno, NV 89501

*Attorneys for Intervenor-Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KALSHIEX, LLC, | Case No.: 2:25-cv-00575-APG-BNW |
| Plaintiff, | |
| vs. | |
| KIRK D. HENDRICK, in his official capacity as Chairman of the Nevada Gaming Control Board, et al., | **STIPULATION TO SUSPEND CERTAIN DISCOVERY DEADLINES PENDING RULING ON PLAINTIFF'S MOTION TO STAY DISCOVERY** |
| Defendants, | |
| vs. | |
| NEVADA RESORT ASSOCIATION, | |
| Intervenor-Defendant. | |

WHEREAS, the Court has not yet ruled on Plaintiff's Emergency Motion to Stay Discovery (ECF 87), and the deadlines for Expert Disclosures and Plaintiff's Responses and Objections to Defendants' First Set of Interrogatories and First Set of Requests for Production are on September 2, 2025, and

WHEREAS, the parties have agreed, through their respective counsel, that good cause exists under LR 26-3 to extend those deadlines to allow the parties to account for the Court's ruling on Plaintiff's Motion to Stay Discovery in connection with any expert disclosures or Responses and Objections to Defendants' First Set of Interrogatories and First Set of Requests for Production;

IT IS STIPULATED AND AGREED THAT:

1. The current deadlines for disclosure of experts and Plaintiff's Responses and Objections to Defendants' First Set of Interrogatories and First Set of Requests for Production are ADJOURNED pending issuance of the Court's decision on Plaintiff's Motion to Stay Discovery.

2. The parties shall meet and confer promptly after the Court rules on Plaintiff's Motion to Stay Discovery and submit a revised Discovery Plan and Scheduling Order (either joint, or competing, as necessary) containing revised deadlines for disclosure of experts and Plaintiff's Responses and Objections to Defendants' First Set of Interrogatories and First Set of Requests for Production to the Court no later than five business days after entry of the Court's ruling on Plaintiff's Emergency Motion to Stay Discovery.

| | |
|---|---|
| Dated this 29th day of August, 2025.<br><br>**AARON D. FORD**<br>**Attorney General**<br><br>*/s/ Jessica E. Whelan*<br>JESSICA E. WHELAN (Bar No. 14781)<br>  Chief Deputy Solicitor General<br>SABRENA K. CLINTON (Bar No. 6499)<br>  Senior Depty Attorney General<br>1 State of Nevada Way, Suite 100<br>Las Vegas, NV 89119<br><br>*Attorneys for State Defendants*<br><br>**McDONALD CARANO LLP**<br><br>*/s/ Adam Hosmer-Henner*<br>ADAM HOSMER-HENNER (Bar No. 12779)<br>A.G. BURNETT (Bar No. 5895)<br>JANE SUSSKIND (Bar No. 15099)<br>KATRINA WEIL (Bar No. 16152)<br>CASSIN BROWN (Bar No. 15877)<br>100 West Liberty Street, 10th Floor<br>Reno, NV 89501<br><br>*Attorneys for Intervenor-Defendant* | */s/ Paul C. Williams*<br>DENNIS L. KENNEDY<br>Nevada Bar No. 1462<br>PAUL C. WILLIAMS<br>Nevada Bar No. 12524<br>**BAILEY❖KENNEDY**<br>8984 Spanish Ridge Avenue<br>Las Vegas, NV 89148<br>Telephone: 702.562.8820<br>Facsimile: 702.562.8821<br>DKennedy@BaileyKennedy.com<br>PWilliams@BaileyKennedy.com<br><br>NEAL KUMAR KATYAL<br>(Admitted *pro hac* vice)<br>JOSHUA B. STERLING<br>(Admitted *pro hac* vice)<br>WILLIAM E. HAVEMANN<br>(Admitted *pro hac* vice)<br>**MILBANK LLP**<br>1850 K Street, Suite 1100<br>Washington, D.C. 20006<br>Telephone: 202.835.7500<br>Facsimile: 202.263.7586<br><br>GRANT R. MAINLAND<br>(Admitted *pro hac* vice)<br>ANDREW L. PORTER<br>(Admitted *pro hac vice*)<br>**MILBANK LLP**<br>55 Hudson Yards<br>New York, N.Y. 10001<br>Telephone: 212.530.5000<br>Facsimile: 212.822.5251<br><br>*Attorneys for Plaintiff KalshiEX LLC*<br><br>_____<br><br>**SO ORDERED**<br>Hon. Brenda Weksler<br>United States Magistrate Judge<br><br><br>Dated: _____September 2__, 2025 |