**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

KalshiEX, LLC

        Plaintiff(s),

  vs.

Kirk A. Hendrick et al.

        Defendant(s).

Case #2:25-cv-00575-APG-BNW

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Minh Nguyen-Dang_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Mayer Brown LLP_____
(firm name)

with offices at _____1999 K Street, NW_____,
(street address)

_____Washington_____, _____District of Columbia_____, _____20006_____,
(city) (state) (zip code)

_____(202) 263-3135_____, _____mnguyen-dang@mayerbrown.com_____.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____(see Appendix A)_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since <u>December 12, 2005</u>, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of <u>District of Columbia</u>
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| (see Appendix B) | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

None.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ~~District of Columbia~~ New Hampshire )
)
COUNTY OF [illegible] ~~n/a~~ )

\_\_\_\_\_Minh Nguyen-Dang\_\_\_\_\_, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

26th day of August, 2025.

_____
Notary Public ~~or Clerk of Court~~

GINA L. CURRAN, Notary Public
State of New Hampshire
My Commission Expires August 2, 2028

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate \_\_\_\_\_Jessica E. Whelan\_\_\_\_\_,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____1 State of Nevada Way, Suite 100_____,
(street address)

\_\_\_Las Vegas\_\_\_, \_\_\_Nevada\_\_\_, \_\_\_89119\_\_\_,
(city) (state) (zip code)

\_\_\_(702) 486-3420\_\_\_, \_\_\_jwhelan@ag.nv.gov\_\_\_.
(area code + telephone number) (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Jessica E. Whelan_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)
Mike Dreitzer, Chair, Nevada Gaming Control Board
(type or print party name, title)

_____
(party's signature)
Jennifer Togliatti, Chair, Nevada Gaming Commission
(type or print party name, title)

_____
(party's signature)
Aaron D. Ford, Attorney General of Nevada
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

14781                    jwhelan@ag.nv.gov
Bar number               Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Jessica E. Whelan_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)
Mike Dreitzer, Chair, Nevada Gaming Control Board
(type or print party name, title)

_____
(party's signature)
Jennifer Togliatti, Chair, Nevada Gaming Commission
(type or print party name, title)

_____
(party's signature)
Aaron D. Ford, Attorney General of Nevada
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature
14781                    jwhelan@ag.nv.gov
Bar number               Email address

APPROVED:

Dated: this __9th__ day of __September__, 20 __25__

_____
UNITED STATES DISTRICT JUDGE

5                                                                Rev. 5/16

# APPENDIX A

- Mike Dreitzer, in his official capacity as Chairman of the Nevada Gaming Control Board;

- George Assad, in his official capacity as Member of the Nevada Gaming Control Board;

- Chandeni K. Sendall, in her official capacity as Member of the Nevada Gaming Control Board;

- The Nevada Gaming Control Board;

- Jennifer Togliatti, in her official capacity as Chair of the Nevada Gaming Commission;

- Rosa Solia-Rainey, in her official capacity as Member of the Nevada Gaming Commission;

- Brian Krolicki, in his official capacity as Member of the Nevada Gaming Commission;

- George Markantonis, in his official capacity as Member of the Nevada Gaming Commission;

- Abbi Silver, in her official capacity as Member of the Nevada Gaming Commission;

- The Nevada Gaming Commission; and

- Aaron D. Ford, in his official capacity as Attorney General of Nevada.

**APPENDIX B**

| Court | Date Admitted | Bar Number |
|---|---|---|
| California | 12/5/2016 | 312031 |
| District of Columbia | 2/5/2018 | 156222 |
| U.S. Supreme Court | 1/22/2025 | |
| U.S. Court of Appeals for the Second Circuit | 3/17/2022 | |
| U.S. Court of Appeals for the Third Circuit | 1/3/2023 | |
| U.S. Court of Appeals for the Fourth Circuit | 1/15/2020 | |
| U.S. Court of Appeals for the Fifth Circuit | 10/15/2019 | |
| U.S. Court of Appeals for the Sixth Circuit | 5/19/2022 | |
| U.S. Court of Appeals for the Seventh Circuit | 6/29/2020 | |
| U.S. Court of Appeals for the Ninth Circuit | 4/15/2021 | |
| U.S. Court of Appeals for the Tenth Circuit | 10/18/2024 | |
| U.S. Court of Appeals for the Eleventh Circuit | 1/16/2025 | |
| U.S. Court of Appeals for the District of Columbia Circuit | 9/30/2019 | 61981 |
| U.S. Court of Appeals for the Federal Circuit | 10/15/2019 | |
| U.S. District Court for the Southern District of California | 1/27/2025 | |
| U.S. District Court for the Eastern District of Michigan | 5/26/2021 | |
| U.S. District Court for the Eastern District of Wisconsin | 5/13/2019 | |
| U.S. Court of Federal Claims | 1/8/2024 | |