# EXHIBIT 1

**Declaration of Adam Hosmer-Henner**

Adam Hosmer-Henner (NSBN 12779)
A.G. Burnett (NSBN 5895)
Jane Susskind (NSBN 15099)
Katrina Weil (NSBN 16152)
Cassin Brown (NSBN 15877)
**McDONALD CARANO LLP**
100 West Liberty Street, 10th Floor
Reno, NV 89501
Telephone: (775) 788-2000
ahosmerhenner@mcdonaldcarano.com
agburnett@mcdonaldcarano.com
jsusskind@mcdonaldcarano.com
kweil@mcdonaldcarano.com
cbrown@mcdonaldcarano.com

*Attorneys for Nevada Resort Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KALSHIEX, LLC,<br><br>         Plaintiff,<br><br>v.<br><br>KIRK D. HENDRICK, in his official capacity as Chairman of the Nevada Gaming Control Board; GEORGE ASSAD, in his official capacity as a Member of the Nevada Gaming Control Board; CHANDENI K. SENDALL, in her official capacity as a Member of the Nevada Gaming Control Board; NEVADA GAMING CONTROL BOARD; JENNIFER TOGLIATTI, in her official capacity as Chair of the Nevada Gaming Commission; ROSA SOLIS-RAINEY, in her official capacity as a Member of the Nevada Gaming Commission; BRIAN KROLICKI, in his official capacity as a Member of the Nevada Gaming Commission; GEORGE MARKANTONIS, in his official capacity as a Member of the Nevada Gaming Commission; NEVADA GAMING COMMISSION; AARON D. FORD, in his official capacity as Attorney General of Nevada,<br><br>         Defendants.<br>vs.<br><br>NEVADA RESORT ASSOCIATION,<br>         Intervenor-Defendant. | Case No.: 2:25-CV-00575-APG-BNW<br><br>**DECLARATION OF ADAM HOSMER-HENNER** |

I, Adam Hosmer-Henner, declare as follows:

1. I am over the age of 18 years and a resident of Washoe County, Nevada. I make this declaration based upon personal knowledge, except where stated to be upon information and belief, and as to that information, I believe it to be true. If called upon to testify as to the contents of this declaration, I am legally competent to testify to the contents of this declaration in a court of law.

2. I am an attorney duly licensed to practice law in the State of Nevada with McDonald Carano LLP, counsel of record for Nevada Resort Association ("NRA").

3. I submit this Declaration in support the Emergency Motion to Hold Summary Judgment Briefing in Abeyance Pending Close of Discovery and/or to Set Status Conference ("Motion"), filed jointly by the NRA and the State Defendants[1] (collectively, "Defendants").

4. Pursuant to LR 7-4, I state as follows:

   a. <u>Nature of the emergency</u>: Plaintiff KalshiEX, LLC ("Kalshi") moved for summary judgment on August 1, 2025, before any discovery had been conducted. ECF No. 86. On that same date Kalshi moved on an emergency basis to stay discovery. ECF No. 87. Defendants opposed Kalshi's motion to stay discovery, ECF Nos. 89, 90, and also asked this Court to extend the briefing deadline or hold summary judgment briefing in abeyance, while Kalshi's motion to stay all discovery was pending, ECF No. 93. The Court granted that request in part, by extending the deadline for Defendants' briefs in opposition to Kalshi's summary judgment motion to September 22, 2025. *See* ECF No. 109. Then, on September 3, 2025, Judge Weksler denied Kalshi's emergency motion to stay discovery pending resolution of its summary-judgment motion. ECF No. 118. The NRA and State Defendants served

---

[1] "State Defendants" refers to Defendants Kirk D. Hendrick, in his Official Capacity as Chairman of the Nevada Gaming Control Board; George Assad, in his official capacity as a Member of the Nevada Gaming Control Board; Chandeli K. Sendall, in her official capacity as a Member of the Nevada Gaming Control Board; the State of Nevada on relation of the Nevada Gaming Control Board; and Aaron D. Ford, in his official capacity as Attorney General of Nevada.

separate sets of written discovery requests on Kalshi ("Discovery Requests"). On September 9. 2025, Kalshi served responses to the Discovery Requests that consisted of near-blanket objections. Through its motion to stay discovery and near-blanket objections to Defendants' Discovery Requests, Kalshi has delayed meaningful progress on discovery. Kalshi has yet to provide any responsive documents, and through the meet-and-confer process, it has become clear that Kalshi will not waive its objections and provide all the necessary documents in response to the Discovery Requests before Defendants' deadline to respond to Kalshi's motion for summary judgment on September 22, 2025. Kalshi has also refused to abandon "alternative" preemption arguments that it has conceded require discovery. Defendants therefore ask this Court to hold in abeyance the deadline to respond to Kalshi's motion for summary judgment and/or to set a status conference on an expedited basis and ***no later than by September 22, 2025***.

    b. <u>Addresses and telephone numbers of all other counsel</u>:

        i. Plaintiff's counsel:

> Dennis L. Kennedy
> Paul C. Williams
> Bailey Kennedy
> 8984 Spanish Ridge Avenue
> Las Vegas, Nevada 89148-1302
> Telephone: 702.562.8820
>
> Neal Kumar Katyal
> Joshua B. Sterling
> William E. Havemann
> Milbank LLP
> 1850 K Street, Suite 1100
> Washington, D.C. 20006
> Telephone: 202.835.7505
>
> Grant R. Mainland
> Andrew L. Porter
> Victor Hollenberg
> Milbank LLP
> 55 Hudson Yards

New York, N.Y. 10001
Telephone: 212.530.5000

  ii. Defendant's counsel:

Jessica E. Whelan
Sabrena K. Clinton
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
(702) 486-3420

Nicole A. Saharsky
Minh Nguyen-Dang
Mayer Brown
1999 K Street NW
Washington, DC 20006

Rory K. Schneider
Mayer Brown
1221 Avenue Of The Americas
New York, NY 10020

  iii. NRA's counsel:

Adam Hosmer-Henner
A.G. Burnett
Jane Susskind
Katrina Weil
Cassin Brown
McDonald Carano LLP
100 West Liberty Street, 10th Floor
Reno, NV 89501
Telephone: 775.788.2000

 c. <u>Statement regarding meet and confer:</u> The parties met and conferred on September 5, 2025 but could not reach an agreement on the briefing schedule for summary judgment or Kalshi's objections to the Discovery Requests. The parties continued to discuss the discovery process and the discovery plan after this conference and in light of Kalshi's discovery responses served on September 9, 2025, which did not contain the discovery documents necessary to respond to the pending motion for summary judgment.

      d.  Due to the impending deadlines and Kalshi's unreasonable position, the State Defendants and NRA filed this motion seeking the Court's intervention.

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

Executed on: September 15, 2025,

By: */s/ Adam Hosmer-Henner*
      Adam Hosmer-Henner