# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KALSHIEX, LLC,

    Plaintiff

v.

KIRK D. HENDRICK, et al.,

    Defendants

Case No.: 2:25-cv-00575-APG-BNW

**Order**

I ORDER that the deadline to respond to plaintiff KalshiEX, LLC's motion for summary judgment (ECF No. 86) is vacated and will be reset after I rule on the defendants' and intervenor's motion (ECF No. 129) to hold summary judgment briefing in abeyance pending the close of discovery.

DATED this 16th day of September, 2025.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE