1  DENNIS L. KENNEDY
   Nevada Bar No. 1462
2  PAUL C. WILLIAMS
   Nevada Bar No. 12524
3  **BAILEY❖KENNEDY**
   8984 Spanish Ridge Avenue
4  Las Vegas, Nevada 89148-1302
   Telephone:  702.562.8820
5  Facsimile:  702.562.8821
   DKennedy@BaileyKennedy.com
6  PWilliams@BaileyKennedy.com

7  NEAL KUMAR KATYAL
   (Admitted *pro hac* vice)
8  JOSHUA B. STERLING
   (Admitted *pro hac* vice)
9  WILLIAM E. HAVEMANN
   (Admitted *pro hac* vice)
10 **MILBANK LLP**
   1850 K Street, Suite 1100
11 Washington, D.C. 20006
   Telephone:  202.835.7505
12 Facsimile:  213.629.5063

13 GRANT R. MAINLAND
   (Admitted *pro hac* vice)
14 ANDREW L. PORTER
   (Admitted *pro hac* vice)
15 VICTOR HOLLENBERG
   **MILBANK LLP**
16 55 Hudson Yards
   New York, N.Y. 10001
17 Telephone:  212.530.5000
   Facsimile:  212.822.5251

18 *Attorneys for Plaintiff KalshiEX, LLC*

19

AARON D. FORD
Attorney General
JESSICA E. WHELAN (Bar No. 14781)
Chief Deputy Solicitor General
SABRENA K. CLINTON (Bar No. 6499)
Senior Deputy Attorney General
**State of Nevada**
**Office of the Attorney General**
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119

RORY K. SCHNEIDER
**MAYER BROWN LLP**
1221 Avenue Of The Americas
New York, NY 10020

NICOLE A. SAHARSKY
MINH NGUYEN-DANG
**MAYER BROWN LLP**
1999 K Street NW
Washington, DC 20006

*Attorneys for State Defendants*

ADAM HOSMER-HENNEN (Bar No. 12779)
A.G. BURNETT (Bar No. 5895)
JANE SUSSKIND (Bar No. 15099)
KATRINA WEIL (Bar No. 16152)
CASSIN BROWN (Bar No. 15877)
**McDONALD CARANO LLP**
100 West Liberty Street, 10th Floor
Reno, NV 89501

*Attorneys for Intervenor-Defendant*

20

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

21

22

23  KALSHIEX, LLC,

            Plaintiff,

24  vs.

25  KIRK D. HENRICK, in his official capacity as
    Chairman of the Nevada Gaming Control Board;
26  GEIRGE ASSAD, in his official capacity as a
    Member of the Nevada Gaming Control Board;
27  CHANDENI K. SENDALL, in her official
    capacity as a Member of the Nevada Gaming
28

Case No.  2:25-cv-00575-APG-BNW

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE DISCOVERY MOTION**

1   Control Board; NEVADA GAMING CONTROL
    BOARD; JENNIFER TOGLIATTI, in her
2   official capacity as Chair of the Nevada Gaming
    Commission; ROSA SOLIS-RAINEY, in her
3   official capacity as a Member of the Nevada
    Gaming Commission; BRIAN KROLICKI, in his
4   official capacity as a Member of the Nevada
    Gaming Commission; GEORGE
5   MARKANTONIS, in his official capacity as a
    Member of the Nevada Gaming Commission;
6   ABBI SILVER, in her official capacity as a
    Member of the Nevada Gaming Commission;
7   NEVADA GAMING COMMISSION; AARON
    D. FORD, in his official capacity as Attorney
8   General of Nevada,

9                        Defendants.

10          Plaintiff KalshiEX, LLC ("Kalshi"), Defendants Kirk D. Hendrick, George Assad, Chandeni

11   K. Sendall, Nevada Gaming Control Board, Jennifer Togliatti, Rosa Solis-Rainey, Brian Krolicki,

12   George Markantonis, Nevada Gaming Commission, and Aaron D. Ford (collectively "State

13   Defendants") and Intervenor-Defendant Nevada Resort Association ("Intervenor-Defendant" and

14   with the State Defendants, "Defendants") (collectively, the "Parties"), by and through their

15   undersigned counsel, hereby stipulate and request that the Court extend the parties' deadline to file

16   any motion to resolve outstanding discovery disputes, and corresponding opposition and reply

17   deadlines (ECF 133) (the "Scheduling Order"). In support thereof, the parties state as follows:

18          1.      On September 17, 2025, the Court ordered new discovery deadlines in this action,

19   and ordered the parties "to meet and confer on current discovery disputes no later than September

20   26, 2025. To the extent there are unresolved issues, any subsequent motion must be filed no later

21   than October 1, 2025. Any opposition will be due October 7, 2025, and any reply will be due October

22   10, 2025." Scheduling Order at 2.

23          2.      On Monday, September 22, 2025, State Defendants and Kalshi participated in an

24   hour-long meet and confer call via Teams to discuss their ongoing discovery disputes.

25          3.      On Wednesday, September 24, 2025, State Defendants sent a follow-up letter to

26   Kalshi to memorialize the substance of that meet and confer and requested a response no later than

27   Friday, September 26.

28

4.      On Thursday, September 25, 2025, Intervenor-Defendant informed Kalshi they were preparing a letter outlining its position on ongoing discovery disputes and requested to meet and confer with Kalshi.  Kalshi proposed that the parties meet-and-confer after it had an opportunity to review Intervenor Defendant's letter.

5.      Early on Friday, September 26, 2025, Intervenor Defendant sent the aforementioned letter .

6.      Later that day, Kalshi informed Defendants that it would prepare a joint response to both letters and requested a joint meet and confer to further address outstanding discovery disputes on Monday, September 29, 2025.

7.      On the morning of Monday, September 29, 2025, Kalshi provided responses to both letters and the parties subsequently and jointly met and conferred to discuss their ongoing discovery disputes.

8.      Following the meet and confer, the parties have continued to work to resolve and narrow their discovery disputes and to limit the scope of any anticipated discovery-related motions.

9.      The parties agree that good cause exists for a limited one-week extension of the parties' deadline to file motions to resolve current discovery disputes, and a corresponding one-week extensions of the deadlines for opposition and reply filings.

10. The parties further agree that such limited extension will not prejudice either party.

11. The parties therefore respectfully request that the Court extend the deadlines set forth in the Scheduling Order with respect to the resolution of outstanding discovery disputes by one week, with any motion to be filed no later than October 8, 2025. Any opposition will be due October 14, 2025, and any reply will be due October 17, 2025.

1  Respectfully Submitted: September 30, 2025.

2

3   /s/ Andrew L. Porter
    DENNIS L. KENNEDY                          /s/ Rory K. Schneider
    Nevada Bar No. 1462                         JESSICA E. WHELAN, ESQ.
4   PAUL C. WILLIAMS                            SABRENA K. CLINTON, ESQ.
    Nevada Bar No. 12524                        DEVIN A. OLIVER, ESQ.
5   **BAILEY❖KENNEDY**                          **State of Nevada**
    8984 Spanish Ridge Avenue                   **Office of the Attorney General**
6   Las Vegas, Nevada 89148-1302               1 State of Nevada Way, Suite 100
    Telephone:  702.562.8820                    Las Vegas, NV 89119
7   Facsimile:  702.562.8821
    DKennedy@BaileyKennedy.com                  RORY K. SCHNEIDER
8   PWilliams@BaileyKennedy.com                 **MAYER BROWN LLP**
                                                1221 Avenue Of The Americas
9   NEAL KUMAR KATYAL                           New York, NY 10020
    (admitted *pro hac vice*)
10  JOSHUA B. STERLING                          NICOLE A. SAHARSKY
    (admitted *pro hac vice*)                   MINH NGUYEN-DANG
11  WILLIAM E. HAVEMANN                         **MAYER BROWN LLP**
    (admitted *pro hac vice*)                   1999 K Street NW
12  **MILBANK LLP**                             Washington, DC 20006
    1850 K Street, Suite 1100
13  Washington, D.C. 20006                      *Attorneys for State Defendants*

14  GRANT R. MAINLAND
    (Admitted *pro hac* vice)
15  ANDREW L. PORTER                            /s/ Jane Susskind
    (Admitted *pro hac* vice)                   ADAM HOSMER-HENNEN (Bar No. 12779)
16  VICTOR HOLLENBERG                           A.G. BURNETT (Bar No. 5895)
    (Admitted *pro hac* vice)                   JANE SUSSKIND (Bar No. 15099)
17  **MILBANK LLP**                             KATRINA WEIL (Bar No. 16152)
    55 Hudson Yards                             CASSIN BROWN (Bar No. 15877)
18  New York, N.Y. 10001                        **McDONALD CARANO LLP**
    Telephone:  212.530.5000                    100 West Liberty Street, 10th Floor
19  Facsimile:  212.822.5251                    Reno, NV 89501

20  *Attorneys for Plaintiff KalshiEX LLC*      *Attorneys for Intervenor-Defendant*

21

22                                              IT IS SO ORDERED:

23

24                                              _____

25                                              UNITED STATES MAGISTRATE JUDGE

26                                              DATED: October 1, 2025

27

28

Page **4** of **4**