# Exhibit A

AARON D. FORD
  Attorney General
Jessica E. Whelan (Bar No. 14781)
  Chief Deputy Solicitor General – Litigation
Sabrena K. Clinton (Bar No. 6499)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
(702) 486-3420 (phone)
(702) 486-3768 (fax)
jwhelan@ag.nv.gov
sclinton@ag.nv.gov

*Attorneys for State Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KALSHIEX, LLC, | Case No. 2:25-cv-00575-APG-BNW |
| Plaintiff, | |
| vs. | **DEFENDANTS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF KALSHIEX, LLC** |
| KIRK D. HENDRICK, et al. | |
| Defendant(s), | |
| and | |
| NEVADA RESORT ASSOCIATION, | |
| Intervenor Defendant. | |

Defendants KIRK D. HENDRICK, in his official capacity as Chairman of the Nevada Gaming Control Board; GEORGE ASSAD, in his official capacity as a Member of the Nevada Gaming Control Board; CHANDENI K. SENDALL, in her official capacity as a Member of the Nevada Gaming Control Board; NEVADA GAMING CONTROL BOARD; JENNIFER TOGLIATTI, in her official capacity as Chair of the Nevada Gaming Commission; ROSA SOLIS-RAINEY, in her official capacity as a Member of the Nevada Gaming Commission; BRIAN KROLICKI, in his official capacity as a Member of the Nevada Gaming Commission; GEORGE MARKANTONIS, in his official capacity as a

Member of the Nevada Gaming Commission; ABBI SILVER, in her official capacity as a Member of the Nevada Gaming Commission; NEVADA GAMING COMMISSION; AARON D. FORD, in his official capacity as Attorney General of Nevada (collectively, "Defendants") hereby request that Plaintiff KALSHIEX, LLC respond within thirty days, and in accordance with Rule 34 of the Federal Rules of Civil Procedure, to the following Requests for Production of Documents.

## INSTRUCTIONS

1.      In responding to these Requests, you must furnish all documents that are in your possession, custody, control, or otherwise available to you, including but not limited to documents in the possession of Your agents, employees, representatives, investigators, consultants, attorneys, investigators for your attorneys, and others who are in possession of, or who have obtained, information for You or on Your behalf.

2.      If not all documents are presently known or available, include a statement to that effect, furnish the documents that are presently known or available, and respond to the entire Request by supplemental response. Supplemental responses must be served in writing from time to time thereafter as documents become available that call for any supplement or amendment to or any modification, deletion, or completion of a previous response.

3.      If objection is made to a Request, or any portion thereof, the Request or portion thereof shall be specified and, as to each, all reasons for objections shall be stated fully by the responding party.

4.      If you claim that documents in response to any Request are subject to a privilege, specify the nature of the privilege claimed, describe the legal basis of the claimed privilege, and identify any documents involved in said claim of privilege with particularity, including by describing the document and by identifying the document's author, the date of the document's creation, the names of all persons who received the document, the number of pages in the document, and the subject matter thereof.

/ / /

**DEFINITIONS**

The following definitions and rules of construction apply to this discovery request:

1. **Communication.** The term "communication" means the transmittal of information (in the form of facts, ideas, inquiries or otherwise).

2. **Document**. The term "document" is defined to be synonymous in meaning and equal in scope to the usage of this term in Federal Rules of Civil Procedure 34(a). A draft or non-identical copy is a separate document within the meaning of this term. Electronic information is included within this definition and applies to these requests.

3. The term **"Lawsuit"** refers to this case, Case No. 2:25-CV-00575-APG-BNW.

4. The term **"Kalshi"** or **You** or "**Your**" refers to Plaintiff KalshiEX, LLC, including without limitation its predecessors, successors, parents, subsidiaries, affiliates, divisions, directors, officers, principals, trustees, agents, representatives, consultants, attorneys, or any other Person acting on its behalf.

5. The term **"CFTC"** refers to the Commodity Futures Trading Commission.

6. The term "**event contracts**" refers to Kalshi's sports-related contracts, sports-outcome contracts, political-related contracts, or election-outcome contracts.

7. Unless otherwise specified, the time period for these requests is from **January 1, 2024, to the present**.

**REQUESTS FOR PRODUCTION OF DOCUMENTS**

**REQUEST FOR PRODUCTION NO. 1:**

All Communications between the Commodity Futures Trading Commission and Kalshi concerning Kalshi's event contracts.

**REQUEST FOR PRODUCTION NO. 2:**

All Documents concerning Kalshi's self-certification of event contracts to the Commodity Futures Trading Commission.

**REQUEST FOR PRODUCTION NO. 3:**

All Communications to or from Brian Quintenz concerning Kalshi's event contracts.

**REQUEST FOR PRODUCTION NO. 4:**

All Communications to or from any official, employee, or representative of the United States Government reflecting, referencing, or discussing Kalshi's event contracts.

**REQUEST FOR PRODUCTION NO. 5:**

All Documents reflecting, referencing, or discussing the financial, commercial, or economic consequences, if any, associated with Kalshi's event contracts.

**REQUEST FOR PRODUCTION NO. 6:**

All Documents reflecting, referencing, or discussing Kalshi's advertising or marketing of any of its event contracts as either sports wagers or sports bets.

**REQUEST FOR PRODUCTION NO. 7:**

All Documents reflecting, referencing, or discussing Kalshi's contention that compliance with Nevada law interferes with the operation and function of Kalshi's markets for event contracts.

**REQUEST FOR PRODUCTION NO. 8:**

All Documents or Communications with Susquehanna Government Products, LLP or other institutional market makers reflecting, referencing, or discussing Kalshi's event contracts.

**REQUEST FOR PRODUCTION NO. 9:**

All Documents or Communications reflecting, referencing, or discussing consumer protection efforts made by Kalshi with respect to individuals in Nevada participating in Kalshi's event contracts.

/ / /

/ / /

/ / /

**REQUEST FOR PRODUCTION NO. 10:**

All Documents or Communications reflecting, referencing, or discussing Kalshi's event contracts in comparison with wagers or bets offered on sports in Nevada.

DATED this 1st day of August, 2025.

AARON D. FORD
Attorney General

By: _/s/ Jessica E. Whelan_
    Jessica E. Whelan (Bar No. 14781)
     Chief Deputy Solicitor General - Litigation
    Sabrena K. Clinton (Bar No. 6499)
     Senior Deputy Attorney General
    State of Nevada
    Office of the Attorney General
    jwhelan@ag.nv.gov
    sclinton@ag.nv.gov

    *Attorneys for State Defendants*

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on August 1, 2025, I served a true and correct copy of the foregoing via email to the following:

Dennis L. Kennedy
Paul C. Williams
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
DKennedy@BaileyKennedy.com
PWilliams@BaileyKennedy.com

Neal Kumar Katyal, Esq.
Joshua B. Sterling, Esq.
William E. Havemann, Esq.
MILBANK LLP
1850 K Street, Suite 1100
Washington, D.C. 20006
nkatyal@milbank.com
whavemann@milbank.com
jsterling@milbank.com

Mackenzie Austin, Esq.
MILBANK LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
maustin@milbank.com

Grant R. Mainland, Esq.
Nola B. Heller, Esq.
MILBANK LLP
55 Hudson Yards
New York, NY 10001
gmainland@milbank.com
nheller@milbank.com

*Attorneys for Plaintiff KalshiEX LLC*

Adam Hosmer-Henner (NSBN 12779)
A.G. Burnett (NSBN 5895)
Jane Susskind (NSBN 15099)
Katrina Weil (NSBN 16152)
Cassin Brown (NSBN 15877)
McDONALD CARANO LLP
100 West Liberty Street, 10th Floor
Reno, NV 89501
ahosmerhenner@mcdonaldcarano.com
agburnett@mcdonaldcarano.com
jsusskind@mcdonaldcarano.com
kweil@mcdonaldcarano.com
cbrown@mcdonaldcarano.com

*Attorneys for Intervenor-Defendant Nevada Resort Association*

*/s/ R. Carreau*
R. Carreau, an employee of the
Office of the Nevada Attorney General