# Exhibit H

August 12, 2025

**SUBMITTED VIA CFTC PORTAL**
Secretary of the Commission
Office of the Secretariat
U.S. Commodity Futures Trading Commission
Three Lafayette Centre
1155 21st Street, N.W.
Washington, D.C. 20581

Re: KalshiEX LLC – CFTC Regulation 40.2(a) Notification Regarding the Initial Listing of the "Will <people> shake hands for <above/below/between/exactly/at least> <duration>?" Contract

Dear Sir or Madam,

Pursuant to Section 5c(c) of the Commodity Exchange Act and Section 40.2(a) of the regulations of the Commodity Futures Trading Commission, KalshiEX LLC (Kalshi), a registered DCM, hereby notifies the Commission that it is self-certifying the "Will <people> shake hands for <above/below/between/exactly/at least> <duration>?" contract (Contract). The Contract will initially be listed after close-of-business on **August 13, 2025**; it is listed as the day after because of limitations of the Commission's online submission portal. The Exchange intends to list the contract on a custom ▾ basis. The Contract's terms and conditions (Appendix A) includes the following strike conditions:

- **<date>**
- **<people>**
- **<above/below/between/exactly/at least>**
- **<duration>**

Along with this letter, Kalshi submits the following documents:

- A concise explanation and analysis of the Contract;
- Certification;
- Appendix A with the Contract's Terms and Conditions;
- Confidential Appendices with further information; and
- A request for FOIA confidential treatment.

If you have any questions, please do not hesitate to contact me.

Sincerely,

Xavier Sottile
Head of Markets
KalshiEX LLC
xsottile@kalshi.com

*KalshiEX LLC*

*KalshiEX LLC*

KALSHI_NVAG_0006825

**KalshiEX LLC**
**Official Product Name:** "Will <people> shake hands for <above/below/between/exactly/at least> <duration>?"
**Rulebook:** SHAKEDURATION
**Summary:** people shake hands for
**Kalshi Contract Category:** Other Event
**Kalshi Internal Category:** World
**August 12, 2025**

## CONCISE EXPLANATION AND ANALYSIS OF THE PRODUCT AND ITS COMPLIANCE WITH APPLICABLE PROVISIONS OF THE ACT, INCLUDING CORE PRINCIPLES AND THE COMMISSION'S REGULATIONS THEREUNDER

Pursuant to Commission Rule 40.2(a)(3)(v), the following is a concise explanation and analysis of the product and its compliance with the Act, including the relevant Core Principles (discussed in Appendix D), and the Commission's regulations thereunder.

### I. Introduction

The "Will <people> shake hands for <above/below/between/exactly/at least> <duration>?" Contract is a contract relating to World.

Further information about the Contract, including an analysis of its risk mitigation and price basing utility, as well as additional considerations related to the Contract, is included in Confidential Appendices B, C, and D.

Pursuant to Section 5c(c) of the Act and CFTC Regulations 40.2(a), the Exchange hereby certifies that the listing of the Contract complies with the Act and Commission regulations under the Act.

**General Contract Terms and Conditions:** The Contract operates similar to other event contracts that the Exchange lists for trading. The minimum price fluctuation is $0.01 (one cent). Price bands will apply so that Contracts may only be listed at values of at least $0.01 and at most $0.99. Further, the Contract is sized with a one-dollar notional value and has a minimum price fluctuation of $0.01 to enable Members to match the size of the contracts purchased to their economic risks. As outlined in Rule 5.12 of the Rulebook, trading shall be available at all times outside of any maintenance windows, which will be announced in advance by the Exchange. Members will be charged fees in accordance with Rule 3.6 of the Rulebook. Fees, if they are charged, are charged in such amounts as may be revised from time to time to be reflected on the Exchange's Website. A new Source Agency can be added via a Part 40 amendment. All instructions on how to access

the Underlying are non-binding and are provided for convenience only and are not part of the binding Terms and Conditions of the Contract. They may be clarified at any time. Furthermore, the Contract's payout structure is characterized by the payment of an absolute amount to the holder of one side of the option and no payment to the counterparty. During the time that trading on the Contract is open, Members are able to adjust their positions and trade freely. The Expiration Value and Market Outcome are determined at or after Market Close. The market is then settled by the Exchange, and the long position holders and short position holders are paid according to the Market Outcome. In this case, "long position holders" refers to Members who purchased the "Yes" side of the Contract and "short position holders" refers to Members who purchased the "No" side of the Contract. If the Market Outcome is "Yes," meaning that an event occurs that is encompassed within the Payout Criterion, then the long position holders are paid an absolute amount proportional to the size of their position and the short position holders receive no payment. If the Market Outcome is "No," then the short position holders are paid an absolute amount proportional to the size of their position and the long position holders receive no payment. Specification of the circumstances that would trigger a Market Outcome of "Yes" are included below in the section titled "Payout Criterion" in Appendix A.

*KalshiEX LLC*

# CERTIFICATIONS PURSUANT TO SECTION 5c OF THE COMMODITY EXCHANGE ACT, 7 U.S.C. § 7A-2 AND COMMODITY FUTURES TRADING COMMISSION RULE 40.2, 17 C.F.R. § 40.2

Based on the above analysis, the Exchange certifies that:
- ❏ The Contract complies with the Act and Commission regulations thereunder.
- ❏ This submission (other than those appendices for which confidential treatment has been requested) has been concurrently posted on the Exchange's website at https://kalshi.com/regulatory/filings.

Should you have any questions concerning the above, please contact the exchange at ProductFilings@kalshi.com.

_____

By: Xavier Sottile
Title: Head of Markets
Date: August 12, 2025

*KalshiEX LLC*

**Attachments:**
Appendix A - Contract Terms and Conditions
Appendix B (Confidential) - Further Considerations
Appendix C (Confidential) - Source Agency
Appendix D (Confidential) - Compliance with Core Principles

*KalshiEX LLC*

# APPENDIX A – CONTRACT TERMS AND CONDITIONS

**Official Product Name: "Will &lt;people&gt; shake hands for &lt;above/below/between/exactly/at least&gt; &lt;duration&gt;?"**
**Rulebook: SHAKEDURATION**

*KalshiEX LLC*

# SHAKEDURATION

**Scope:** These rules shall apply to this contract.

**Underlying:** The Underlying for this Contract is the duration in seconds of the first handshake between <people> after Issuance and before <date>, as captured on video. Revisions to the Underlying made after Expiration will not be accounted for in determining the Expiration Value.

**Source Agency:** The Source Agencies are official government sources, The New York Times, the Associated Press, Bloomberg News, Reuters, Axios, Politico, Semafor, The Information, The Washington Post, The Wall Street Journal, ABC, CBS, CNN, Fox News, MSNBC, NBC, BBC, Sky News, and any official event broadcaster or host organization.

**Type:** The type of Contract is an Event Contract.

**Issuance:** After the initial Contract, Contract iterations will be listed on an as-needed basis at the discretion of the Exchange and corresponding to the risk management needs of Members.

**<people>:** <people> refers to two or more specific individuals as specified by the Exchange. The individuals must be clearly identified by their full names at the time of Contract issuance. Name changes, titles, or positions held after issuance do not affect the Contract. If any individual specified in <people> dies before <date>, the Contract resolves at the last fair market price.

**<date>:** <date> refers to a calendar date specified by the Exchange. The Exchange may list iterations of the Contract corresponding to variations of <date>.

**<duration>:** <duration> refers to a time period in seconds specified by the Exchange, which may include decimal places to the nearest tenth of a second (e.g., 2.5 seconds, 3.7 seconds).

**Payout Criterion:** The Payout Criterion for the Contract encompasses the Expiration Values that the first handshake between all individuals specified in <people> occurring after Issuance and before <date> has a duration that is <above/below/between/exactly/at least> <duration> seconds.

For a handshake to qualify:

- All individuals specified in <people> must participate in the same handshake simultaneously (for two people, this is a standard handshake; for three or more people, all must have physical hand contact at the same moment)
- The handshake must involve direct hand-to-hand contact between the individuals
- Duration is measured from the moment all specified individuals' hands make initial contact until the moment any individual breaks contact
- The handshake must be voluntary and intentional (not accidental contact)
- The handshake must occur in person (not virtual or simulated)

*KalshiEX LLC*

- Gloves, mittens, or other hand coverings are permitted
- If individuals shake hands multiple times, only the first instance counts

Duration measurement specifics:

- If only photographic evidence exists showing a handshake occurred but duration cannot be determined, the market resolves to "No" for all duration-specific strikes

Examples that would NOT meet the Payout Criterion:

- The individuals wave at each other without physical contact
- They fist bump, hug, or engage in other forms of greeting
- They shake hands for 2.9 seconds (if there was an above 3-second duration threshold)
- Only one individual extends their hand while the other refuses
- They participate in a group handshake where not all specified individuals touch simultaneously
- Video footage is too blurry or obstructed to determine exact duration
- No handshake occurs before <date>

**Minimum Tick:** The Minimum Tick size for the Contract shall be $0.01.

**Position Accountability Level:** The Position Accountability Level for the Contract shall be $25,000 per strike, per Member.

**Last Trading Date:** The Last Trading Date of the Contract will be the same as the Expiration Date. The Last Trading Time will be the same as the Expiration time.

**Settlement Date:** The Settlement Date of the Contract shall be no later than the day after the Expiration Date, unless the Market Outcome is under review pursuant to Rule 7.1.

**Expiration Date:** The latest Expiration Date of the Contract shall be one week after <date>. If an event described in the Payout Criterion occurs, expiration will be moved to an earlier date and time in accordance with Rule 7.2.

**Expiration time:** The Expiration time of the Contract shall be 10:00 AM ET.

**Settlement Value:** The Settlement Value for this Contract is $1.00.

**Expiration Value:** The Expiration Value is the value of the Underlying as documented by the Source Agency on the Expiration Date at the Expiration time.

**Contingencies:** Before Settlement, Kalshi may, at its sole discretion, initiate the Market Outcome Review Process pursuant to Rule 6.3(d) of the Rulebook. If an Expiration Value cannot

*KalshiEX LLC*

be determined on the Expiration Date, Kalshi has the right to determine payouts pursuant to Rule 6.3(b) in the Rulebook.

*KalshiEX LLC*

KALSHI_NVAG_0006833