# Exhibit I

*KalshiEX LLC*

July 3, 2025

**SUBMITTED VIA CFTC PORTAL**
Secretary of the Commission
Office of the Secretariat
U.S. Commodity Futures Trading Commission
Three Lafayette Centre
1155 21st Street, N.W.
Washington, D.C. 20581

Re: KalshiEX LLC – CFTC Regulation 40.2(a) Notification Regarding the Initial Listing of the "Will Mark Zuckerberg release a new July 4th themed video by <date>?" Contract

Dear Sir or Madam,

Pursuant to Section 5c(c) of the Commodity Exchange Act and Section 40.2(a) of the regulations of the Commodity Futures Trading Commission, KalshiEX LLC (Kalshi), a registered DCM, hereby notifies the Commission that it is self-certifying the "Will Mark Zuckerberg release a new July 4th themed video by <date>?" contract (Contract). The Contract will initially be listed after close-of-business on **July 3, 2025**; it is listed as the day after because of limitations of the Commission's online submission portal. The Exchange intends to list the contract on a custom basis. The Contract's terms and conditions (Appendix A) includes the following strike conditions:

- <date>

Along with this letter, Kalshi submits the following documents:

- A concise explanation and analysis of the Contract;
- Certification;
- Appendix A with the Contract's Terms and Conditions;
- Confidential Appendices with further information; and
- A request for FOIA confidential treatment.

If you have any questions, please do not hesitate to contact me.

Sincerely,

Xavier Sottile
Head of Markets
KalshiEX LLC
xsottile@kalshi.com

**KalshiEX LLC**
**Official Product Name: "Will Mark Zuckerberg release a new July 4th themed video by <date>?"**
**Rulebook: JULY4VIDEO**
**Summary: Mark Zuckerberg release new**
**Kalshi Contract Category:  Other Event**
**Kalshi Internal Category:  World**
**July 3, 2025**

### CONCISE EXPLANATION AND ANALYSIS OF THE PRODUCT AND ITS COMPLIANCE WITH APPLICABLE PROVISIONS OF THE ACT, INCLUDING CORE PRINCIPLES AND THE COMMISSION'S REGULATIONS THEREUNDER

Pursuant to Commission Rule 40.2(a)(3)(v), the following is a concise explanation and analysis of the product and its compliance with the Act, including the relevant Core Principles (discussed in Appendix D), and the Commission's regulations thereunder.

I.   Introduction

The "Will Mark Zuckerberg release a new July 4th themed video by <date>?" Contract is a contract relating to World.

Further information about the Contract, including an analysis of its risk mitigation and price basing utility, as well as additional considerations related to the Contract, is included in Confidential Appendices B, C, and D.

Pursuant to Section 5c(c) of the Act and CFTC Regulations 40.2(a), the Exchange hereby certifies that the listing of the Contract complies with the Act and Commission regulations under the Act.

**General Contract Terms and Conditions:** The Contract operates similar to other event contracts that the Exchange lists for trading. The minimum price fluctuation is $0.01 (one cent). Price bands will apply so that Contracts may only be listed at values of at least $0.01 and at most $0.99. Further, the Contract is sized with a one-dollar notional value and has a minimum price fluctuation of $0.01 to enable Members to match the size of the contracts purchased to their economic risks. As outlined in Rule 5.12 of the Rulebook, trading shall be available at all times outside of any maintenance windows, which will be announced in advance by the Exchange. Members will be charged fees in accordance with Rule 3.6 of the Rulebook. Fees, if they are charged, are charged in such amounts as may be revised from time to time to be reflected on the Exchange's Website. A new Source Agency can be added via a Part 40 amendment. All instructions on how to access the Underlying are non-binding and are provided for convenience only and are not part of

the binding Terms and Conditions of the Contract. They may be clarified at any time. Furthermore, the Contract's payout structure is characterized by the payment of an absolute amount to the holder of one side of the option and no payment to the counterparty. During the time that trading on the Contract is open, Members are able to adjust their positions and trade freely. The Expiration Value and Market Outcome are determined at or after Market Close. The market is then settled by the Exchange, and the long position holders and short position holders are paid according to the Market Outcome. In this case, "long position holders" refers to Members who purchased the "Yes" side of the Contract and "short position holders" refers to Members who purchased the "No" side of the Contract. If the Market Outcome is "Yes," meaning that an event occurs that is encompassed within the Payout Criterion, then the long position holders are paid an absolute amount proportional to the size of their position and the short position holders receive no payment. If the Market Outcome is "No," then the short position holders are paid an absolute amount proportional to the size of their position and the long position holders receive no payment. Specification of the circumstances that would trigger a Market Outcome of "Yes" are included below in the section titled "Payout Criterion" in Appendix A.

*KalshiEX LLC*

## CERTIFICATIONS PURSUANT TO SECTION 5c OF THE COMMODITY EXCHANGE ACT, 7 U.S.C. § 7A-2 AND COMMODITY FUTURES TRADING COMMISSION RULE 40.2, 17 C.F.R. § 40.2

Based on the above analysis, the Exchange certifies that:
- ❏ The Contract complies with the Act and Commission regulations thereunder.
- ❏ This submission (other than those appendices for which confidential treatment has been requested) has been concurrently posted on the Exchange's website at https://kalshi.com/regulatory/filings.

Should you have any questions concerning the above, please contact the exchange at ProductFilings@kalshi.com.

_____

By: Xavier Sottile
Title: Head of Markets
Date: July 3, 2025

*KalshiEX LLC*

**Attachments:**
Appendix A - Contract Terms and Conditions
Appendix B (Confidential) - Further Considerations
Appendix C (Confidential) - Source Agency
Appendix D (Confidential) - Compliance with Core Principles

*KalshiEX LLC*

KALSHI_NVAG_0015774

*KalshiEX LLC*

# APPENDIX A – CONTRACT TERMS AND CONDITIONS

**Official Product Name: "Will Mark Zuckerberg release a new July 4th themed video by <date>?"**
**Rulebook: JULY4VIDEO**

*KalshiEX LLC*

# JULY4VIDEO

**Scope:** These rules shall apply to this contract.

**Underlying:** The Underlying for this Contract is the public release of a new video featuring Mark Zuckerberg with July 4th, Independence Day, or American patriotic themes by Mark Zuckerberg or his official accounts after Issuance and before <date>. Reposts, shares, or redistributions of previously released content do not qualify. Revisions to the Underlying made after Expiration will not be accounted for in determining the Expiration Value.

**Source Agency:** The Source Agencies are, in hierarchical order, Mark Zuckerberg's verified personal accounts (Facebook, Instagram, Threads, X/Twitter), Meta's official accounts and newsroom (about.meta.com), TechCrunch, The Verge, Engadget, The New York Times, the Associated Press, Bloomberg News, Reuters, The Washington Post, The Wall Street Journal, CNN, ABC News, CBS News, NBC News, Fox News, CNBC, and Axios.

**Type:** The type of Contract is an Event Contract.

**Issuance:** After the initial Contract, Contract iterations will be listed on an as-needed basis at the discretion of the Exchange and corresponding to the risk management needs of Members.

**<date>:** <date> refers to a calendar date specified by the Exchange. The Exchange may list iterations of the Contract corresponding to variations of <date>.

**Payout Criterion:** The Payout Criterion for the Contract encompasses the Expiration Values that Mark Zuckerberg has released a new video with July 4th, Independence Day, or patriotic American themes after Issuance and before <date>.

The video must satisfy all of the following criteria:
1. The video must be created by, commissioned by, or officially released through Mark Zuckerberg's verified personal accounts or Meta's official channels with clear attribution to Zuckerberg as the primary subject or creator.
2. The video must be newly created content that has not been previously published or released in any form. This includes: completely new footage and content and new compilations using some previously released clips, provided the overall video is new and contains substantial new content.
3. The video must be clearly associated with July 4th or Independence Day. This can be demonstrated through ANY of the following: explicit mention of "July 4th," "July Fourth," "4th of July," or "Fourth of July," Verbal mention of "Independence Day" in connection with the American holiday, visual display of the text "July 4," "July 4th," "4th

of July," or "Independence Day," clear reference to the specific date (e.g., "July 4, 2025"), or a mention of "Happy Birthday, America" or similar American birthday wishes. If an explicit mention of the above is not present, contextual patriotic themes may satisfy the Payout Criterion, as long as at least 3 of the following 4 elements are present in the video:

- Prominent American flag imagery, holding, waving, or displaying the flag
- Patriotic music (e.g., "Born in the U.S.A.," "God Bless America," national anthem)
- Participation in typical July 4th activities (fireworks, barbecues, parades, lakeside celebrations)
- Red, white, and blue color schemes or patriotic clothing/accessories

The following do NOT satisfy the Payout Criterion:

- Reposts, shares, or re-uploads of previously released videos
- Videos created entirely by other individuals, even if shared by Zuckerberg
- Generic corporate Meta videos without Zuckerberg as the primary subject
- Audio-only content, podcasts, or interviews without video component
- Private or restricted-access videos requiring special permissions
- Videos uploaded after <date>

**Minimum Tick:** The Minimum Tick size for the Contract shall be $0.01.

**Position Accountability Level:** The Position Accountability Level for the Contract shall be $25,000 per strike, per Member.

**Last Trading Date:** The Last Trading Date of the Contract will be the day prior to <date>. The Last Trading Time will be 11:59 PM ET.

**Settlement Date:** The Settlement Date of the Contract shall be no later than the day after the Expiration Date, unless the Market Outcome is under review pursuant to Rule 7.1.

**Expiration Date:** The latest Expiration Date of the Contract shall be one week after <date>. If an event described in the Payout Criterion occurs, expiration will be moved to an earlier date and time in accordance with Rule 7.2.

**Expiration Time:** The Expiration time of the Contract shall be 10:00 AM ET.

**Settlement Value:** The Settlement Value for this Contract is $1.00.

**Expiration Value:** The Expiration Value is the value of the Underlying as documented by the Source Agency on the Expiration Date at the Expiration time.

**Contingencies:** Before Settlement, Kalshi may, at its sole discretion, initiate the Market Outcome Review Process pursuant to Rule 6.3(d) of the Rulebook. If an Expiration Value cannot be determined on the Expiration Date, Kalshi has the right to determine payouts pursuant to Rule 6.3(b) in the Rulebook.