1

2

**INDEX OF EXHIBITS TO STATE DEFENDANTS' EMERGENCY MOTION TO
DISSOLVE THE PRELIMINARY INJUNCTION**

3

4

| Exhibit | Document |
|---------|----------|
| A | Declaration of Jessica E. Whelan |
| B | Intervenor-Defendant's Third-Party Subpoena to Kalshi Trading, LLC |

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28