# Exhibit A

AARON D. FORD
  Attorney General
Jessica E. Whelan (Bar No. 14781)
  Chief Deputy Solicitor General—
  Litigation
Sabrena K. Clinton (Bar No. 6499)
  Senior Deputy Attorney General
State of Nevada,
  Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
(702) 486-3420 (phone)
(702) 486-3773 (fax)
jwhelan@ag.nv.gov
sclinton@ag.nv.gov

Nicole A. Saharsky (*pro hac vice*)
Minh Nguyen-Dang (*pro hac vice*)
Mayer Brown LLP
1999 K Street, NW
Washington, D.C. 20006
(202) 263-3000 (phone)
nsaharsky@mayerbrown.com
mnguyen-dang@mayerbrown.com

Rory K. Schneider (*pro hac vice*)
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 506-2500 (phone)
rschneider@mayerbrown.com

*Attorneys for Mike Dreitzer, George Assad, Chandeni K. Sendall,*
*The Nevada Gaming Control Board, Jennifer Togliatti, Rosa Solis-Rainey, Brian Krolicki,*
*George Markantonis, Abbi Silver, The Nevada Gaming Commission, and Aaron D. Ford*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KALSHIEX, LLC,<br><br>Plaintiff,<br><br>v.<br><br>KIRK D. HENDRICK, in his official capacity as Chairman of the Nevada Gaming Control Board, et al.,<br><br>Defendants,<br><br>v.<br><br>NEVADA RESORT ASSOCIATION,<br><br>Intervenor-Defendant. | Case No.: 2:25-cv-00575-APG-BNW<br><br>**DECLARATION OF JESSICA E. WHELAN IN SUPPORT OF STATE DEFENDANTS' EMERGENCY MOTION TO DISSOLVE THE PRELIMINARY INJUNCTION ENTERED ON APRIL 9, 2025** |

I, Jessica E. Whelan, declare as follows:

1.      I am Chief Deputy Solicitor General—Litigation in the Office of the Attorney General of the State of Nevada and I represent State Defendants in this matter. I have personal knowledge of the matters stated in this declaration, which I submit in support of State Defendants' Emergency Motion to Dissolve the Preliminary Injunction Entered on April 9, 2025 (the Motion) pursuant to Local Rule 7-4(a).

2. Pursuant to Local Rule 7-4(a)(1), the nature of the emergency is as follows:

a. State Defendants are filing the Motion to dissolve the preliminary injunction enjoining them from enforcing Nevada's gaming laws against the event contracts listed on the designated contract market (DCM) operated by Plaintiff KalshiEX, LLC (Kalshi). *See* ECF No. 45. In entering the preliminary injunction, the Court concluded that the Commodity Exchange Act (CEA) likely preempts state regulation of event contracts on a DCM registered with the Commodity Futures Trading Commission (CFTC), but did not address whether Kalshi's event contracts are "swaps" under the CEA.

b. On October 14, 2025, the Court concluded in *North American Derivatives Exchange v. Nevada*, No. 25-cv-978, that sports event contracts offered by Kalshi's competitor Crypto.com are not "swaps" under the CEA. The Court explained that the outcome of a sports event is not an "event or contingency associated with potential economic, financial, or commercial consequence" that can be the subject of a swap. Order at 11–16, *N. Am. Derivatives Exch.*, *supra* (ECF No. 105) (quoting 7 U.S.C. § 1a(47)(A)(ii)). The Court also explained that Crypto.com's definition of "swap" cannot be correct, because it would make other parts of the CEA superfluous and "would sweep nearly all sports wagering into the CFTC's exclusive jurisdiction even though the states historically have regulated gambling through their police power." *Id*. at 16–17. As State Defendants' Motion explains, the Court's reasoning applies equally to Kalshi's event contracts. Thus, Kalshi is not likely to succeed on the merits of its preemption argument, and accordingly the preliminary injunction should be dissolved.

c. State Defendants are moving on an emergency basis to dissolve the preliminary injunction because every day that Kalshi is able to operate in Nevada without being held accountable for violating Nevada law inflicts irreparable harm on the State, its residents, its gaming industry, and its economy. As State Defendants explain in the Motion, continuing the injunction would allow Kalshi to offer its sports wagers in Nevada without being licensed by state regulators and without following the rules that ensure the integrity of gaming and that protect the public. Continuing to enjoin State Defendants also would

1   disrupt Nevada's gaming industry, because it would give Kalshi a massive and unfair

2   competitive advantage over all other licensed gaming operators in Nevada, whose tax

3   revenues and license fees benefit the people of the State of Nevada—as well as over

4   Crypto.com, one of its key competitors.

5   3.    Pursuant to Local Rule 7-4(a)(2), the office addresses and telephone numbers of

6   State Defendants and all affected parties are:

7           a.    State Defendants' Counsel:
                  Jessica E. Whelan
8                 Sabrena K. Clinton
                  Office of the Attorney General
9                 1 State of Nevada Way, Suite 100
                  Las Vegas, NV 89119
10                Telephone: 702.486.5708

11                Nicole A. Saharsky
                  Minh Nguyen-Dang
12                Mayer Brown LLP
                  1999 K Street, NW
13                Washington, D.C. 20006
                  Telephone: 202.263.3000
14
                  Rory K. Schneider
15                Mayer Brown LLP
                  1221 Avenue of the Americas
16                New York, NY 10020
                  Telephone: 212.506.2500
17
           b.    Intervenor-Defendant's Counsel:
18                Adam Hosmer-Henner
                  A.G. Burnett
19                Jane Susskind
                  Katrina Weil
20                Cassin Brown
                  McDonald Carano LLP
21                100 West Liberty Street, 10th Floor
                  Reno, NV 89501
22                Telephone: 775.788.2000

23         c.    Plaintiff's Counsel:
                  Dennis L. Kennedy
24                Paul C. Williams
                  Bailey Kennedy
25                8984 Spanish Ridge Avenue
                  Las Vegas, NV 89148-1302
26                Telephone: 702.562.8820

27                Neal Kumar Katyal
                  Joshua B. Sterling
28                William E. Havemann

1              Milbank LLP
            1850 K Street, Suite 1100
2              Washington, D.C. 20006
            Telephone: 202.835.7505
3
            Grant R. Mainland
4              Andrew L. Porter
            Victor Hollenberg
5              Milbank LLP
            55 Hudson Yards
6              New York, NY 10001
            Telephone: 212.530.5000
7
       4.        Pursuant to Local Rule 7-4(a)(3), I certify that counsel for State Defendants met and

8  conferred with counsel for Kalshi on October 16, 2025, and on October 17, 2025, on the Motion.

9  The parties were unable to resolve the matter without the Court's action.

10

11       I declare under penalty of perjury that the foregoing is true and correct.

12       Executed on: October 17, 2025

13       Las Vegas, NV
                      Respectfully submitted,

14

                      */s/ Jessica E. Whelan*
15                        Jessica E. Whelan

16

17

18

19

20

21

22

23

24

25

26

27

28