1  DENNIS L. KENNEDY
   Nevada Bar No. 1462
2  PAUL C. WILLIAMS
   Nevada Bar No. 12524
3  **BAILEY❖KENNEDY**
   8984 Spanish Ridge Avenue
4  Las Vegas, Nevada 89148-1302
   Telephone: 702.562.8820
5  Facsimile: 702.562.8821
   DKennedy@BaileyKennedy.com
6  PWilliams@BaileyKennedy.com

7  NEAL KUMAR KATYAL                    GRANT R. MAINLAND
   (Admitted *pro hac vice*)            (Admitted *pro hac vice*)
8  JOSHUA B. STERLING                   ANDREW L. PORTER
   (Admitted *pro hac vice*)            (Admitted *pro hac vice*)
9  WILLIAM E. HAVEMANN                  VICTOR HOLLENBERG
   (Admitted *pro hac vice*)            (Admitted *pro hac vice*)
10 **MILBANK LLP**                      **MILBANK LLP**
   1101 New York Avenue NW              55 Hudson Yards
11 Washington, D.C. 20005               New York, NY 10001
   Telephone: 202.835.7500              Telephone: 212.530.5000
12 Facsimile: 202.263.7586              Facsimile: 212.530.5219

13 *Attorneys for Plaintiff KalshiEX, LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| KALSHIEX, LLC, | Case No. 2:25-cv-00575-APG-BNW |
| Plaintiff, | |
| vs. | **KALSHI'S MOTION TO SEAL EXHIBIT C TO KALSHI'S OPPOSITION TO STATE DEFENDANTS' MOTION TO COMPEL DISCOVERY** |
| KIRK D. HENDRICK, in his official capacity as Chairman of the Nevada Gaming Control Board, et al., | |
| Defendants, | |
| vs. | |
| NEVADA RESORT ASSOCIATION, | |
| Intervenor-Defendant. | |

Plaintiff KalshiEx, LLC ("Kalshi") is opposing Defendants Kirk D. Hendrick, in his official capacity as Chairman of the Nevada Gaming Control Board; George Assad, in his official capacity as a Member of the Nevada Gaming Control Board; Chandeni K. Sendall, in her official capacity as a Member of the Nevada Gaming Control Board; Nevada Gaming Control Board; Jennifer Togliatti, in her official capacity as Chair of the Nevada Gaming Commission; Rosa Solis Rainey, in her official capacity as a Member of the Nevada Gaming Commission; Brian Krolicki, in his official capacity as a Member of the Nevada Gaming Commission; George Markantonis, in his official capacity as a Member of the Nevada Gaming Commission; Abbi Silver, in her official capacity as a Member of the Nevada Gaming Commission; Nevada Gaming Commission; Aaron D. Ford, in his official capacity as Attorney General of Nevada (collectively, "State Defendants") Motion to Compel Discovery.

As part of doing so, Kalshi seeks an Order from this Court permitting it to seal Exhibit C to its Opposition to State Defendants' Motion to Compel Discovery, dated October 17, 2025 (the "<u>Valente Declaration</u>"). As set forth in the following Memorandum of Points and Authorities, good cause exists to grant such relief.

## **MEMORANDUM OF POINTS AND AUTHORITIES**

Although the public generally has a right to access court documents, that right is not absolute. *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). Courts evaluate requests to redact or seal documents under two different standards. *Pintos v. Pac. Creditors Ass'n*, 605 F.3d 665, 677-78 (9th Cir. 2010). Courts apply a "compelling reasons" standard to most judicial records and a "good cause" standard to "private materials unearthed during discovery" that are not part of the judicial record. *Id.*

Further, courts apply the "good cause" standard to requests to redact or seal information gleaned from "private materials" that are filed with the court with a nondispositive motion. *Jasso v. Wells Fargo Bank, N.A.*, No. 2:20-cv-00858-CDS-BNW, 2023 WL 4549548, at *1 (D. Nev. June 15, 2023). They do so because of the "weaker public interest in nondispositive materials," and because nondispositive motions are generally "unrelated, or only tangentially related" to the merits of the case. *Id.* Under this "lower burden," courts must "balance[e] the need for discovery against

1   the needs for confidentiality." *Pintos*, 605 F.3d at 678.

2   Here, Kalshi is filing its Opposition to State Defendants' Motion to Compel certain categories
3   of documents from Kalshi's files. Exhibit C to the Opposition (the "Confidential Exhibit") contains
4   sensitive confidential and proprietary information, the disclosure of which would compromise or
5   jeopardize Kalshi's business interests. The exhibit is a self-certification filed with the Commodity
6   Futures Trading Commission ("CFTC"), including confidential appendices that are not available
7   publicly. These appendices contain detailed information regarding, among other things, the potential
8   "financial, economic, or commercial consequences" associated with the event contract, as well as
9   how the proposed event contract in question complies with the CFTC's "Core Principles." Kalshi's
10  self-certifications, including the confidential appendices, provide the bases for Kalshi's unique event
11  contract offerings. If made publicly available, any one of Kalshi's competitors, current or future,
12  could simply copy-and-paste for the information contained in the confidential appendices for their
13  own self-certification of a product that would directly compete with Kalshi's offering. Thus, public
14  disclosure runs the risk of significant harm to Kalshi's business interests, and competitive position,
15  and Kalshi seeks to seal the Confidential Exhibit to protect its business interests.

16  Because Kalshi seeks to seal an exhibit in support of an opposition to a non-dispositive
17  motion brought to compel discovery rather than to a motion seeking to decide the merits of this case,
18  the "good cause" standard applies to this request. *Jasso*, 2023 WL 4549548, at *1. And, there is
19  "good cause" to redact or seal this information because the public has little interest in accessing
20  private discovery materials that are not part of the judicial record, and the information contains
21  sensitive confidential and proprietary information, the disclosure of which would compromise or
22  jeopardize Kalshi's business interests. *Phillips ex rel. Ests. of Byrd v. Gen. Motors Corp.*, 307 F.3d
23  1206, 1212 (9th Cir. 2002) (recognizing propriety of sealing confidential agreement under good
24  cause standard); *Brathwaite v. Sw. Med. Assocs., Inc.*, No. 2:22-cv-00729-JCM-NJK, 2024 WL
25  478146, at *2 (D. Nev. Jan. 24, 2024) (finding redactions of settlement terms appropriate); *United
26  Talent Agency, LLC v. Markel Am. Ins.*, No. 2:21-cv-00369-MCS-E, 2023 WL 6449399, at *1 (C.D.
27  Cal. Sept. 29, 2023) (finding protecting nonparty's privacy interest in settlement terms a compelling
28  reason to seal the information).

1  Accordingly, this Court should grant this Motion in its entirety.

2  DATED this 17 day of October, 2025

**BAILEY✥KENNEDY**

By: */s/ Paul C. Williams*
   DENNIS L. KENNEDY
   PAUL C. WILLIAMS

MILBANK LLP
NEAL KUMAR KATYAL (Admitted *pro hac vice*)
JOSHUA B. STERLING (Admitted *pro hac vice*)
WILLIAM E. HAVEMANN (Admitted *pro hac vice*)
GRANT R. MAINLAND (Admitted *pro hac vice*)
ANDREW L. PORTER (Admitted *pro hac vice*)
VICTOR HOLLENBERG (Admitted *pro hac vice*)

*Attorneys for Plaintiff KalshiEX, LLC*

# **CERTIFICATE OF SERVICE**

I certify that I am an employee of BAILEY✜KENNEDY and that on the 17th day of October, 2025, service of the foregoing was made by mandatory electronic service through the United States District Court's electronic filing system and/or by email or by depositing a true and correct copy in the U.S. Mail, first class postage prepaid, and addressed to the following at their last known address:

| | |
|---|---|
| JESSICA E. WHELAN<br>SABRENA K. CLINTON<br>DEVIN A. OLIVER<br>**STATE OF NEVADA**<br>**OFFICE OF THE ATTORNEY GENERAL**<br>1 State of Nevada Way, Suite 100<br>Las Vegas, NV 89119 | Email:<br>jwhelan@ag.nv.gov<br>sclinton@ag.nv.gov<br>doliver@ag.nv.gov |
| RORY K. SCHNEIDER<br>**MAYER BROWN**<br>1221 Avenue Of The Americas<br>New York, NY 10020 | Email: rschneider@mayerbrown.com |
| NICOLE A. SAHARSKY<br>MINH NGUYEN-DANG<br>**MAYER BROWN**<br>1999 K Street NW<br>Washington, DC 20006 | Email:<br>nsaharsky@mayerbrown.com<br>mnguyen-dang@mayerbrown.com<br><br>*Attorneys for State Defendants* |
| ADAM HOSMER-HENNER<br>A.G. BURNETT<br>JANE SUSSKIND<br>KATRINA WEIL<br>CASSIN BROWN<br>**McDONALD CARANO LLP**<br>100 West Liberty Street, 10th Floor<br>Reno, NV 89501 | Email:<br>ahosmerhenner@mcdonaldcarano.com<br>agburnett@mcdonaldcarano.com<br>jsusskind@mcdonaldcarano.com<br>kweil@mcdonaldcarano.com<br>cbrown@mcdonaldcarano.com<br><br>*Attorneys for Intervenor*<br>*Nevada Resort Association* |

                                                          /s/ *Paul C. Williams*
                                      Employee of BAILEY✜KENNEDY