UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KALSHIEX, LLC, | Case No.: 2:25-cv-00575-APG-BNW |
| Plaintiff | **Order Regarding Emergency Motion to Expedite and Setting Hearing** |
| v. | |
| KIRK D. HENDRICK, et al., | |
| Defendants | |

The defendants filed an emergency motion to dissolve the preliminary injunction I entered in this case. ECF No. 142.  I deny the portion of the motion that seeks to shorten the briefing schedule.  The motion will be briefed in the ordinary course.

The motion to dissolve the preliminary injunction is **set for hearing on Friday, November 14, 2025 at 9:30 a.m. in courtroom 6C in Las Vegas**.  This matter will be set for hearing in conjunction with the motion for temporary restraining order in *Robinhood Derivatives, LLC v. Dreitzer, et al.*, 2:25-cv-01541-APG-DJA.  Counsel for plaintiffs Kalshi and Robinhood should coordinate their arguments to streamline the presentation of the issues and avoid duplicative argument.

DATED this 21st day of October, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE