UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KALSHIEX, LLC, | Case No.: 2:25-cv-00575-APG-BNW |
| Plaintiff | **Order Provisionally Granting Motion to Seal** |
| v. | [ECF No. 143] |
| KIRK D. HENDRICK, et al., | |
| Defendants | |

I ORDER that the defendants' motion to seal **(ECF No. 143) is provisionally GRANTED**. The defendants must file exhibits 4 through 45 under seal by October 23, 2025. Under the protective order's terms, any party seeking to keep those exhibits under seal must "promptly move to maintain the seal and/or redactions in accordance with Local Rule IA 10-5 and the requirements set forth in *Kamakana v. City & county of Honolulu*, 447 F.3d 1172, 1176 (9th Cir. 2006)." ECF No. 131 at 10.

DATED this 21st day of October, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE