UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KALSHIEX, LLC,<br><br>   Plaintiff<br><br>v.<br><br>KIRK D. HENDRICK, et al.,<br><br>   Defendants | Case No.: 2:25-cv-00575-APG-BNW<br><br>**Order Denying Motion to Hold Summary Judgment Briefing in Abeyance Until Close of Discovery**<br><br>[ECF No. 129] |

I ORDER that the defendants' motion to hold the summary judgment briefing in abeyance pending the close of discovery **(ECF No. 129) is DENIED**. If the defendants believe that further discovery is needed, they can file an appropriate motion under Federal Rule of Civil Procedure 56(d).

I FURTHER ORDER that the defendants' opposition to plaintiff's motion for summary judgment (ECF No. 86) is due November 21, 2025.

DATED this 21st day of October, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE