# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KalshiEx, LLC,
    Plaintiff(s)

v.

Hendrick, et al.,
    Defendant(s).

Case No.: 25-cv-00575

**NON-PARTY REQUEST FOR REMOTE ACCESS TO CIVIL PROCEEDING**

I, __Dennis M. P. Ehling__ (name of requestor), request permission for live remote public access to the civil proceeding set for __November 14, 2025__ (date) at __9:30 a.m.__ (time) before Judge __Andrew P. Gordon__ (name of judge).

I understand that I am prohibited from recording, photographing, or retransmitting any part of the proceeding.

Date of Request: 10/24/2025

Requestor's Full Name: Dennis M. P. Ehling

Mailing Address: Blank Rome LLP

2029 Century Park East, 6th Floor, Los Angeles, CA 90067

Telephone number: (424) 239-3423

E-mail address: dennis.ehling@blankrome.com

**SUBMIT THIS FORM IN PERSON, BY U.S. MAIL OR EMAIL TO:**
The Clerk of Court
333 Las Vegas Blvd. South, Las Vegas, NV 89101 or
400 S. Virginia Street, Reno, Nevada 89501
lv_public_docketing@nvd.uscourts.gov
reno_public_docketing@nvd.uscourts.gov

*Notice:* This form and the information provided will be public record.