**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

KalshiEx, LLC,
  Plaintiff(s)

v.

Hendrick, et al.,
  Defendant(s).

Case No.: 25-cv-00575

**NON-PARTY REQUEST FOR REMOTE ACCESS TO CIVIL PROCEEDING**

I, Daniel Wallach (name of requestor), request permission for live remote public access to the civil proceeding set for November 14, 2025 (date) at 9:30 am (time) before Judge Andrew P. Gordon (name of judge).

I understand that I am prohibited from recording, photographing, or retransmitting any part of the proceeding.

Date of Request: 10/26/2025

Requestor's Full Name: Daniel Wallach

Mailing Address: Wallach Legal, LLC

2030 S. Ocean Drive, Unit 304, Hallandale Beach

Telephone number: 305-725-9688

E-mail address: wallachlegal@gmail.com

**SUBMIT THIS FORM IN PERSON, BY U.S. MAIL OR EMAIL TO:**
**The Clerk of Court**
333 Las Vegas Blvd. South, Las Vegas, NV 89101 or
400 S. Virginia Street, Reno, Nevada 89501
lv_public_docketing@nvd.uscourts.gov
reno_public_docketing@nvd.uscourts.gov

*Notice:* This form and the information provided will be public record.