UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KalshiEX LLC,
    Plaintiff(s)

v.

Hendrick, et al.,
    Defendant(s).

Case No.: 2:25-cv-00575

**NON-PARTY REQUEST FOR REMOTE ACCESS TO CIVIL PROCEEDING**

I, _____Scott Garfing_____, (name of requestor) request permission for live remote public access to the civil proceeding set for __November 14, 2025__ (date) at __9:30 AM__ (time) before Judge __Andrew P. Gordon__ (name of judge).

I understand that I am prohibited from recording, photographing, or retransmitting any part of the proceeding.

Date of Request: 10/29/2025

Requestor's Full Name: Scott Garfing

Mailing Address: Covington & Burling LLP

850 Tenth Street NW, Washington, DC 20001-4956

Telephone number: 202-662-5786

E-mail address: sgarfing@cov.com

**SUBMIT THIS FORM IN PERSON, BY U.S. MAIL OR EMAIL TO:**
The Clerk of Court
333 Las Vegas Blvd. South, Las Vegas, NV 89101 or
400 S. Virginia Street, Reno, Nevada 89501
lv_public_docketing@nvd.uscourts.gov
reno_public_docketing@nvd.uscourts.gov

*Notice:* This form and the information provided will be public record.