| | |
|---|---|
| X | FILED |  | RECEIVED |
| | ENTERED |  | SERVED ON |

October 27, 2025

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ DEPUTY

JG

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

KalshiEx, LLC
_____,
Plaintiff(s)

v.

Hendrick, et al.
_____,
Defendant(s).

Case No.: 25-cv-00575

**NON-PARTY REQUEST
FOR REMOTE ACCESS
TO CIVIL PROCEEDING**

I, _____Daniel Wallach_____, request permission for live
(name of requestor)

remote public access to the civil proceeding set for ____November 14, 2025____
(date)

at __9:30 am__ before Judge _____Andrew P. Gordon_____.
(time)                              (name of judge)

I understand that I am prohibited from recording, photographing, or retransmitting any part of the proceeding.

Date of Request: 10/26/2025

Requestor's Full Name: Daniel Wallach

Mailing Address: Wallach Legal, LLC

2030 S. Ocean Drive, Unit 304, Hallandale Beach

Telephone number: 305-725-9688

E-mail address: wallachlegal@gmail.com

**SUBMIT THIS FORM IN PERSON, BY U.S. MAIL OR EMAIL TO:**
**The Clerk of Court**
**333 Las Vegas Blvd. South, Las Vegas, NV 89101 or**
**400 S. Virginia Street, Reno, Nevada 89501**
lv_public_docketing@nvd.uscourts.gov
reno_public_docketing@nvd.uscourts.gov

*Notice*:  This form and the information provided will be public record.