UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

```
                                        FILED              RECEIVED
                                        ENTERED            SERVED ON

                                        October 27, 2025

                                        CLERK, U.S. DISTRICT COURT
                                        DISTRICT OF NEVADA
                                        BY: JG               DEPUTY
```

KalshiEX, LLC,
      Plaintiff(s)

v.

Hendrick, et al.,
      Defendant(s).

Case No.: 25-cv-00575

**NON-PARTY REQUEST FOR REMOTE ACCESS TO CIVIL PROCEEDING**

I, __Minh Nguyen-Dang__ (name of requestor), request permission for live remote public access to the civil proceeding set for __10/29/2025__ (date) at __1pm__ (time) before Judge __Brenda Weksler__ (name of judge).

I understand that I am prohibited from recording, photographing, or retransmitting any part of the proceeding.

Date of Request: 10/27/2025

Requestor's Full Name: Minh Nguyen-Dang

Mailing Address: 1999 K Street NW

Washington, DC 20006

Telephone number: (202) 263-3135

E-mail address: mnguyen-dang@mayerbrown.com

**SUBMIT THIS FORM IN PERSON, BY U.S. MAIL OR EMAIL TO:**
The Clerk of Court
333 Las Vegas Blvd. South, Las Vegas, NV 89101 or
400 S. Virginia Street, Reno, Nevada 89501
lv_public_docketing@nvd.uscourts.gov
reno_public_docketing@nvd.uscourts.gov

*Notice:* This form and the information provided will be public record.