UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Kalshiex, Plaintiff(s)

v.

Hendrick, Defendant(s).

Case No.: 25-cv-00575

**NON-PARTY REQUEST FOR REMOTE ACCESS TO CIVIL PROCEEDING**

I, **Pratik Chougule** (name of requestor), request permission for live remote public access to the civil proceeding set for **29 October 2025** (date) at **1pm** (time) before Judge **Weksler** (name of judge).

I understand that I am prohibited from recording, photographing, or retransmitting any part of the proceeding.

Date of Request: 10/29/2025

Requestor's Full Name: Pratik Jain Chougule

Mailing Address: 6815 Maplecrest Drive, Annandale, VA 22003

Telephone number: 2028604995

E-mail address: pjchougule@gmail.com

SUBMIT THIS FORM IN PERSON, BY U.S. MAIL OR EMAIL TO:
The Clerk of Court
333 Las Vegas Blvd. South, Las Vegas, NV 89101 or
400 S. Virginia Street, Reno, Nevada 89501
lv_public_docketing@nvd.uscourts.gov
reno_public_docketing@nvd.uscourts.gov

*Notice:* This form and the information provided will be public record.