# EXHIBIT A

## DAN R. REASER'S RESUME

**DAN R. REASER**

| | |
|---|---|
| 7800 Rancharrah Parkway | Telephone : (775) 788-2226 |
| Reno, Nevada 89511 | E-Mail: dreaser@fennemorelaw.com |

## BAR AND COURT ADMISSIONS

STATE BAR OF CALIFORNIA
STATE BAR OF NEVADA
SUPREME COURT OF THE UNITED STATES
UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
UNITED STATES DISTRICT COURT IN NEVADA

## EMPLOYMENT HISTORY

**FENNEMORE CRAIG, P.C.**
**RENO AND LAS VEGAS, NEVADA**
**2015 TO PRESENT**

**LIONEL SAWYER & COLLINS, LTD.**
**RENO AND LAS VEGAS, NEVADA**
**1990 TO 2014**

**Director and shareholder in regulatory and government relations private law practice.** Over thirty-five years supporting corporate clients in regulated industries, with experience in varied commercial transactions, compliance assessments, prosecution or defense of proceedings before administrative agencies and public bodies, and related litigation in federal and state courts. Practice emphasis on regulation and government relations impacting the businesses of gaming companies, public utilities and financial services institutions. Recognized in *Best Lawyers in America* for energy law (public utilities) and gaming law, *Mountain States Super Lawyers* for gaming law, AV rated in the *Martindale-Hubbell* Directory, and featured in the Chambers & Partners guide of *America's Leading Lawyers for Business* in the fields of gaming and licensing. Significant responsibilities in law firm management and practice group administration as Chair of the Gaming and Hospitality Practice at Fennemore Craig, as Chairman and Vice-Chairman of Gaming & Regulatory Law Department at Lionel Sawyer, and as member of Lionel Sawyer's Executive Committee. For additional information, including a summary of representative matters, please visit https://www.fclaw.com/people/attorneys/o-s/reaser-dan-r

**OFFICE OF NEVADA ATTORNEY GENERAL**
**CARSON CITY AND LAS VEGAS, NEVADA**
**1981-1989**

**Diverse experience in representing Nevada state government.** Between 1986 and 1990, served as Chief Deputy for the Nevada Gaming Commission and the Nevada State Gaming Control Board leading staff representing agencies in civil litigation in state and federal courts and administrative practice related to licensing, regulation and taxation of gaming industry. In 1986, appointed Chief Counsel to the Nevada Department of Transportation directing staff performing general counsel functions and prosecution of condemnation proceedings, tort claims defense, civil and administrative matters involving construction contracts, environmental regulation and real property transactions. From 1984 to 1986, assigned in the Civil Division as counsel for various state agencies including Departments of Agriculture, Minerals, Wildlife, Economic Development and Tourism and the Nevada State Environmental Commission and trial attorney in federal and state court litigation, and antitrust enforcement. Between 1981 and 1984, served in the Criminal Division with responsibilities for felony criminal prosecutions, habeas corpus matters, appellate practice and defense of civil rights litigation in state and federal courts, including associate general counsel responsibilities for Departments of Prisons and Parole and Probation.

**DAN R. REASER**                                                                                                                          PAGE 2

**HONORABLE MICHAEL R. GRIFFIN**
**FIRST JUDICIAL DISTRICT COURT**
**CARSON CITY, NEVADA**
**1980-1981**

**Judicial Clerk.** Performed legal research for district judge and drafted orders and memoranda of decision for the court involving civil, criminal and administrative appeal cases.

**HONORABLE ROBERT O. STANIFORTH**
**CALIFORNIA COURT OF APPEAL**
**SAN DIEGO, CALIFORNIA**
**1979**

**Judicial Intern.** Duties consisted of drafting legal memoranda, proposed opinions and researching selected legal controversies.

## ACADEMIC BACKGROUND

**CALIFORNIA WESTERN SCHOOL OF LAW**
**SAN DIEGO, CALIFORNIA**
 Juris Doctor, May 1980
 Executive Editor, *California Western Law Review*, 1979-1980

**CALIFORNIA STATE UNIVERSITY**
**FULLERTON, CALIFORNIA**
 Bachelor of Business Administration, 1977
 Bachelor of Arts, Political Science, 1977

## PROFESSIONAL AND CIVIC INVOLVEMENT

 Clark County Bar Association
 Washoe County Bar Association
 American Bar Association
 International Masters of Gaming Law
 International Association of Gaming Attorneys
 Nevada State Bar Sections on Gaming Law, and Energy, Utilities & Communication Law
 Nevada Taxicab Authority Board (Chair)
 Nevada State Bar Northern Fee Dispute Committee (Arbitrator and Mediator)
 Advisory Board, UNLV Gaming Law Journal, William S. Boyd School of Law
 Nevada State Bar Northern Disciplinary Board (2002-2014)
 Nevada Standing Committee on Judicial Ethics and Election Practices (2003-2011)
 Audit Committee, Washoe County School District (2006-2016)
 Audit Committee, Greater Nevada Credit Union (2012-2020)
 Nevada Private Investigators Licensing Board (1984-1995)(Member and Chair)
 Instructor, National Judicial College, Judicial Studies Program: Gaming and the Law, (2012 and 2019)