# EXHIBIT C

**Article:** *"Kalshi hits $5 billion valuation amid international expansion"* **– KALSHI NEWS**

 Sign Up

News | Markets | Features | Interviews | Announcements | Authors

Home > Posts > Kalshi hits $5 billion valuation amid international expansion

Announcements

# Kalshi hits $5 billion valuation amid international expansion



Fresh off a $300 million raise, the company now offers a single global liquidity pool spanning 140+ countries.

Oct 10, 2025

In June, [Kalshi announced its Series C funding at a $2 billion valuation](#), solidifying prediction markets' place in the financial mainstream. Now, just over three months later, we begin the next chapter focused on cementing event trading as a fixture of global finance alongside stocks, bonds, and other derivatives.

Today marks two major milestones: a **$300 million Series D funding round** and **Kalshi's international expansion**.

This latest round, which values Kalshi at **$5 billion**, was co-led by **Andreessen Horowitz (a16z)** and **Sequoia Capital**, with significant participation from **Paradigm**. Additional backers include **Coinbase Ventures**, **General Catalyst**, **Spark Capital**, and **CapitalG**. It also paves the way for Kalshi's global expansion, opening the platform to traders outside the U.S., and creating a truly unified prediction market.

## 140+ countries. One global liquidity pool



*Kalshi goes global.*

For the first time, Kalshi is available to users around the world under a global model that supports participation from over 140 countries.

This expansion will create **a single, unified liquidity pool** for prediction markets, a structure that is unique to Kalshi.

While other platforms operate with fragmented, region-specific markets, Kalshi's global exchange connects traders worldwide to the same set of events, deepening liquidity and price discovery across every market.

Prediction markets have always had worldwide relevance. Events don't stop at borders, and now, neither does trading on them. Whether it's elections, central bank decisions, sports, or climate, users across continents can trade directly on the outcomes that shape their world.

Kalshi has become one of the fastest-growing technology companies in the United States, and the fastest-growing company outside of the AI industry. In the past year alone, trading volume has grown **200×** and the user base has grown **20×**. Kalshi now accounts for over **60 percent of global prediction-market activity**, despite previously being confined to the U.S.

Investors have noticed. The Series D was **massively oversubscribed**, with demand from nearly every major firm in Silicon Valley and on Wall Street.

## Why this matters…

Prediction markets have evolved from a niche experiment into a full-fledged financial asset class. In all financial markets, including stocks, bonds, and commodities, prices move based on events in the real world. Only prediction markets let people trade **directly on those events**. That's the fundamental shift that will make them one of the largest asset classes in the world.

Kalshi's regulated prediction-market exchange combines Wall Street-grade reliability with Silicon Valley speed to create a next-generation CME for the 21st century.



## What's next...

With this funding and global expansion, we're continuing to:

- **Expand liquidity and market depth:** building the world's first global liquidity pool for

- **Launch new market types and structures:** pushing the limits of what can be traded.

- **Integrate with more brokerages and institutions:** bridging prediction markets and traditional finance.

- **Grow one of the most talented teams in finance and technology:** scaling the infrastructure for a global exchange.

If you believe in the potential of prediction markets, we hope you'll join us.

Click here to *start trading*. Click here to see *open roles*.

# More From Kalshi



**Former CFTC Commissioner Brian Quintenz Joins Our Board**



**No hedge fund? No problem. Kalshi's new IPO markets level the playing field.**



**Liquid Prediction Markets are (finally) here...**

View more >

# Kalshi

| Home | News |
|---|---|
| Subscribe | Opinion |
| Upgrade | Explainers |
| Archive | Originals |
| Recommendations | Finance |
| Authors | Investing |
| Tags | Politics |

| Terms of Service | Privacy Policy | Help | Careers | Advertise | Made in NYC |

© 2025 Kalshi.   Privacy policy   Terms of use    Powered by beehiiv