UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| KalshiEX LLC, Plaintiff(s) | Case No.: 2:25-cv-00575 |
|---|---|
| v. | **NON-PARTY REQUEST FOR REMOTE ACCESS TO CIVIL PROCEEDING** |
| Hendrick, et al., Defendant(s). | |

I, __George T. Dowd III__ (name of requestor), request permission for live remote public access to the civil proceeding set for __November 14, 2025__ (date) at __9:30 AM__ (time) before Judge __Andrew P. Gordon__ (name of judge).

I understand that I am prohibited from recording, photographing, or retransmitting any part of the proceeding.

Date of Request: 10/29/2025

Requestor's Full Name: George T. Dowd III

Mailing Address: G. Dowd Law, LLC

181 West Madison Street, 47th Floor, Chicago, IL 60602

Telephone number: +1 312 854-8300

E-mail address: george.dowd@gdowd.law

**SUBMIT THIS FORM IN PERSON, BY U.S. MAIL OR EMAIL TO:**
The Clerk of Court
333 Las Vegas Blvd. South, Las Vegas, NV 89101 or
400 S. Virginia Street, Reno, Nevada 89501
lv_public_docketing@nvd.uscourts.gov
reno_public_docketing@nvd.uscourts.gov

*Notice:* This form and the information provided will be public record.