```
 1
 2
 3
 4
 5
 6                          UNITED STATES DISTRICT COURT
                                  DISTRICT OF NEVADA
 7
 8                                          )    Case #2:25-cv-575-APG-BNW
                                            )
 9   KALSHIEX LLC                           )
                                            )    VERIFIED PETITION FOR
10              Plaintiff(s),               )    PERMISSION TO PRACTICE
                                            )    IN THIS CASE ONLY BY
11        vs.                               )    ATTORNEY NOT ADMITTED
                                            )    TO THE BAR OF THIS COURT
12   KIRK D. HENDRICK, et al.               )    AND DESIGNATION OF
                                            )    LOCAL COUNSEL
13              Defendant(s).               )
                                            )
14   _____)    FILING FEE IS $250.00
15
16   _____Nicole D. Valente_____, Petitioner, respectfully represents to the Court:
              (name of petitioner)
17
         1.   That Petitioner is an attorney at law and a member of the law firm of
18
              _____Milbank LLP_____
19                                      (firm name)

20   with offices at _____55 Hudson Yards_____,
                                   (street address)
21
         _____New York_____, _____New York_____, ___10001___,
22             (city)                 (state)          (zip code)

23     ___(212) 530-5061___, ___NValente@milbank.com___.
       (area code + telephone number)     (Email address)
24
         2.   That Petitioner has been retained personally or as a member of the law firm by
25
              _____KalshiEX LLC_____ to provide legal representation in connection with
26                         [client(s)]

27   the above-entitled case now pending before this Court.

28                                                                        Rev. 5/16
```

3. That since __November 20, 2017__, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of __New York__
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| New York, 1st Department | November 20, 2017 | 5557459 |
| U.S. District Court, Southern District of NY | November 27, 2018 | 5557459 |
| U.S. Court of Appeals, Second Circuit | February 22, 2021 | |
| U.S. District Court, Eastern District of NY | June 22, 2022 | 5557459 |
| U.S. Court of Appeals, Federal Circuit | October 20, 2025 | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

NONE.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

NONE.

7. That Petitioner is a member of good standing in the following Bar Associations.

NONE.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| NONE | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ____New York____ )
)
COUNTY OF ____New York____ )

____Nicole D. Valente____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__30__ day of __October__, __2025__.

_____
Notary Public or Clerk of Court

NICOLAS MADON
Notary Public, State of New York
No. 01MA0042644
Qualified in New York County
Commission Expires October 10, 2029

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __Paul C. Williams__, (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____8984 Spanish Ridge Avenue____,
(street address)

__Las Vegas__, __Nevada__, __89148__,
(city) (state) (zip code)

__(702) 562-8820__, __PWilliams@baileykennedy.com__.
(area code + telephone number) (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Paul C. Williams_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____/s/_____
(party's signature)

Richard Heaslip, GC & CRO, KalshiEX LLC
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____/s/ Paul Williams_____
Designated Resident Nevada Counsel's signature

12524                    PWilliams@BaileyKennedy.com
Bar number               Email address


APPROVED:

Dated: this   3rd   day of   November  , 20 25 .

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16