# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

KalshiEx, LLC
_____ ,
          Plaintiff(s)

v.

Hendrick, et al.
_____ ,
          Defendant(s).

Case No.: 2:25-cv-00575

**NON-PARTY REQUEST
FOR REMOTE ACCESS
TO CIVIL PROCEEDING**

I, _____ Maurice Bransfield _____ , request permission for live
          (name of requestor)

remote public access to the civil proceeding set for _____ November 14, 2025 _____
                                                                    (date)

at ____ 9:30 am ____ before Judge _____ Andrew P. Gordon _____ .
        (time)                                            (name of judge)

I understand that I am prohibited from recording, photographing, or retransmitting any part of the

proceeding.

Date of Request: 11/12/2025

Requestor's Full Name: Maurice Declan Bransfield IV

Mailing Address: 706 Plaza Drive, Pleasant Hills, PA 15236

_____

Telephone number: 703-597-6764

E-mail address: mick@mickbransfield.com

**SUBMIT THIS FORM IN PERSON, BY U.S. MAIL OR EMAIL TO:**
**The Clerk of Court**
**333 Las Vegas Blvd. South, Las Vegas, NV 89101 or**
**400 S. Virginia Street, Reno, Nevada 89501**
lv_public_docketing@nvd.uscourts.gov
reno_public_docketing@nvd.uscourts.gov

*_Notice_*:  This form and the information provided will be public record.