# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KalshiEx, LLC,
Plaintiff(s)

v.

Kirk D. Hendrick, et al.,
Defendant(s).

Case No.: 2:25-cv-00575

**NON-PARTY REQUEST FOR REMOTE ACCESS TO CIVIL PROCEEDING**

I, __Christopher Gerlacher__ (name of requestor), request permission for live remote public access to the civil proceeding set for __11/14/2025__ (date) at __9:30 A.M.__ (time) before Judge __Andrew P. Gordon__ (name of judge).

I understand that I am prohibited from recording, photographing, or retransmitting any part of the proceeding.

Date of Request: 11/10/2025

Requestor's Full Name: Christopher Gerlacher

Mailing Address: 4785 Aberdeen Avenue

Highlands Ranch, CO, 80126

Telephone number: 214-629-0239

E-mail address: gerlacherc@yahoo.com

**SUBMIT THIS FORM IN PERSON, BY U.S. MAIL OR EMAIL TO:**
The Clerk of Court
333 Las Vegas Blvd. South, Las Vegas, NV 89101 or
400 S. Virginia Street, Reno, Nevada 89501
lv_public_docketing@nvd.uscourts.gov
reno_public_docketing@nvd.uscourts.gov

*Notice:* This form and the information provided will be public record.