# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

KalshiEx, LLC _____,

      Plaintiff(s)

v.

Hendrick, et al. _____,

      Defendant(s).

Case No.: 2:25-cv-00575 _____

**NON-PARTY REQUEST
FOR REMOTE ACCESS
TO CIVIL PROCEEDING**

I, _____Adam Feldman_____, request permission for live

      (name of requestor)

remote public access to the civil proceeding set for _____November 14, 2025_____

      (date)

at ____9:30 am____ before Judge _____Andrew P. Gordon_____.

  (time)           (name of judge)

I understand that I am prohibited from recording, photographing, or retransmitting any part of the

proceeding.

Date of Request: 11/12/2025 _____

Requestor's Full Name: Adam Feldman _____

Mailing Address: 18950 Merridy St. _____

Northridge, CA 91324 _____

Telephone number: 818-634-3293 _____

E-mail address: adfeld@gmail.com _____

**SUBMIT THIS FORM IN PERSON, BY U.S. MAIL OR EMAIL TO:**
**The Clerk of Court**
**333 Las Vegas Blvd. South, Las Vegas, NV 89101 or**
**400 S. Virginia Street, Reno, Nevada 89501**
lv_public_docketing@nvd.uscourts.gov
reno_public_docketing@nvd.uscourts.gov

*Notice: This form and the information provided will be public record.*