UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Kalshiex LLC, Plaintiff(s)

v.

Hendrick et al, Defendant(s).

Case No.: 2:25-CV-00575

**NON-PARTY REQUEST FOR REMOTE ACCESS TO CIVIL PROCEEDING**

I, Francis Warren (name of requestor), request permission for live remote public access to the civil proceeding set for _____ (date) at 9:30 am (time) before Judge Andrew Gordon (name of judge).

I understand that I am prohibited from recording, photographing, or retransmitting any part of the proceeding.

Date of Request: 11/14/2025

Requestor's Full Name: Francis William Warren

Mailing Address: 93 Cove Road, South Dennis, Massachusetts

Telephone number: 617-968 5100

E-mail address: franciswarren@rocketmail.com

SUBMIT THIS FORM IN PERSON, BY U.S. MAIL OR EMAIL TO:
The Clerk of Court
333 Las Vegas Blvd. South, Las Vegas, NV 89101 or
400 S. Virginia Street, Reno, Nevada 89501
lv_public_docketing@nvd.uscourts.gov
reno_public_docketing@nvd.uscourts.gov

*Notice:* This form and the information provided will be public record.