# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Kalshiex, LLC, Plaintiff(s)

v.

Hendrick et al, Defendant(s).

Case No.: 2:25-CV-00575

**NON-PARTY REQUEST FOR REMOTE ACCESS TO CIVIL PROCEEDING**

I, Stephen Harris (name of requestor), request permission for live remote public access to the civil proceeding set for 11/14/2025 (date) at 9:30 (time) before Judge Andrew P. Gordon (name of judge).

I understand that I am prohibited from recording, photographing, or retransmitting any part of the proceeding.

Date of Request: 11/12/2025

Requestor's Full Name: Stephen Harris

Mailing Address: 201 Santa Monica Blvd. Ste. 450, Santa Monica, CA 90401

Telephone number: 424-322-7082

E-mail address: sharris@anthoscapital.com

**SUBMIT THIS FORM IN PERSON, BY U.S. MAIL OR EMAIL TO:**
The Clerk of Court
333 Las Vegas Blvd. South, Las Vegas, NV 89101 or
400 S. Virginia Street, Reno, Nevada 89501
lv_public_docketing@nvd.uscourts.gov
reno_public_docketing@nvd.uscourts.gov

*Notice:* This form and the information provided will be public record.