**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

KalshiEX LLC, Plaintiff(s)

v.

Hendrick, et al., Defendant(s).

Case No.: 2:25-cv-00575

**NON-PARTY REQUEST FOR REMOTE ACCESS TO CIVIL PROCEEDING**

I, Joshua R. Edlin (name of requestor), request permission for live remote public access to the civil proceeding set for November 14, 2025 (date) at 9:30 AM (time) before Judge Andrew P. Gordon (name of judge).

I understand that I am prohibited from recording, photographing, or retransmitting any part of the proceeding.

Date of Request: 11/14/2025

Requestor's Full Name: Joshua R. Edlin

Mailing Address: Massachusetts Office of the Attorney General

One Ashburton Place, Boston MA 02108

Telephone number: 617-727-2200

E-mail address: civilgamingintake@mass.gov

SUBMIT THIS FORM IN PERSON, BY U.S. MAIL OR EMAIL TO:
The Clerk of Court
333 Las Vegas Blvd. South, Las Vegas, NV 89101 or
400 S. Virginia Street, Reno, Nevada 89501
lv_public_docketing@nvd.uscourts.gov
reno_public_docketing@nvd.uscourts.gov

*Notice:* This form and the information provided will be public record.