| | |
|---|---|
| Dennis L. Kennedy (Bar No. 1462)<br>Paul C. Williams (Bar No. 12524)<br>Bailey Kennedy<br>8984 Spanish Ridge Avenue<br>Las Vegas, NV 89148<br>Telephone: (702) 562-8820<br>dkennedy@baileykennedy.com<br>pwilliams@baileykennedy.com<br><br>Neal Kumar Katyal (*Pro Hac Vice*)<br>Joshua B. Sterling (*Pro Hac Vice*)<br>William E. Havemann (*Pro Hac Vice*)<br>Milbank LLP<br>1850 K Street, Suite 1100<br>Washington D.C. 20006<br>Telephone: (202) 835-7505<br>nkatyal@milbank.com<br>jsterling@milbank.com<br>whavemann@milbank.com<br><br>Grant R. Mainland (*Pro Hac Vice*)<br>Andrew L. Porter (*Pro Hac Vice*)<br>Victor Hollenberg (*Pro Hac Vice*)<br>Milbank LLP<br>55 Hudson Yards<br>New York, N.Y. 10001<br>Telephone: (212) 530-5000<br>gmainland@milbank.com<br>aporter@milbank.com<br>vhollenberg@milbank.com<br><br>*Attorneys for Plaintiff KalshiEX, LLC* | AARON D. FORD<br>Attorney General<br>Jessica E. Whelan (Bar No. 14781)<br>  Chief Deputy Solicitor General<br>Sabrena K. Clinton (Bar No. 6499)<br>  Senior Deputy Attorney General<br>State of Nevada<br>Office of the Attorney General<br>1 State of Nevada Way, Suite 100<br>Las Vegas, NV 89119<br>Telephone: (702) 486-3420<br>jwhelan@ag.nv.gov<br>sclinton@ag.nv.gov<br><br>Nicole A. Saharsky (*Pro Hac Vice*)<br>Minh Nguyen-Dang (*Pro Hac Vice*)<br>Mayer Brown LLP<br>1999 K Street NW<br>Washington, D.C. 20006<br>Telephone: (202) 263-5282<br>NSaharsky@mayerbrown.com<br>MNguyen-Dang@mayerbrown.com<br><br>Rory K. Schneider (*Pro Hac Vice*)<br>Mayer Brown LLP<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 506-2500<br>RSchneider@mayerbrown.com<br><br>*Attorneys for State Defendants*<br><br>Adam Hosmer-Henner (Bar. No. 12779)<br>A.G. Burnett (Bar No. 5895)<br>Jane Susskind (Bar No. 15099)<br>Katrina Weil (Bar No. 16152)<br>Thaddeus C. Houston (Bar No. 17215)<br>McDonald Carano LLP<br>100 West Liberty Street, 10th Floor<br>Reno, NV 89501<br>ahosmerhenner@mcdonaldcarano.com<br>agburnett@mcdonaldcarano.com<br>jsusskind@mcdonaldcarano.com<br>kweil@mcdonaldcarano.com<br>thouston@mcdonaldcarano.com<br><br>*Attorneys for Intervenor-Defendant* |

/ / /

/ / /

/ / /

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

KALSHIEX, LLC,
    Plaintiff,
v.

KIRK D. HENDRICK, in his official capacity as Chairman of the Nevada Gaming Control Board, et al.
    Defendants,

v.

NEVADA RESORT ASSOCIATION,
    Intervenor-Defendant.

Case No. 2:25-cv-00575-APG-BNW

**STIPULATION AND [PROPOSED] ORDER TO VACATE DEADLINE TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff KalshiEX, LLC (Kalshi) and Defendants Mike Dreitzer, George Assad, Chandeni K. Sendall, Nevada Gaming Control Board, Jennifer Togliatti, Rosa Solis-Rainey, Brian Krolicki, George Markantonis, Abbi Silver, Nevada Gaming Commission, and Aaron D. Ford and Intervenor-Defendant Nevada Resort Association (collectively, Defendants), by and through their undersigned counsel, hereby stipulate and request that the Court vacate Defendants' deadline to respond to Plaintiff's motion for summary judgment (ECF No. 86) until after the Court issues its decision on Defendants' motion to dissolve the preliminary injunction entered in this case (ECF No. 142). In support thereof, the parties state as follows:

1. On March 28, 2025, Plaintiff moved for a preliminary injunction. ECF No. 18. On April 9, the Court granted that motion. ECF No. 45.

2. On August 1, 2025, Plaintiff moved for summary judgment. ECF No. 86.

3. On August 15, 2025, Defendants moved to hold in abeyance briefing on Plaintiff's motion for summary judgment or alternatively to extend the time to respond. ECF No. 93. On August 21, 2025, the Court granted Defendants' motion to extend the time to respond to Plaintiff's motion for summary judgment, extending the deadline to September 22, 2025. ECF No. 109.

4. On September 15, 2025, Defendants moved to hold summary judgment briefing in abeyance pending the close of discovery. ECF No. 129. On September 16, 2025, the Court vacated the deadline to respond to Plaintiff's motion for summary judgment pending its ruling on

1  Defendants' motion. ECF No. 132. On October 21, 2025, the Court denied Defendants' motion
2  and ordered Defendants to file their response to Plaintiff's motion for summary judgment by
3  November 21, 2025. ECF No. 151.
4      5.    October 17, 2025, Defendants moved to dissolve the preliminary injunction entered
5  on April 9. ECF No. 142. On November 14, 2025, the Court heard oral argument on Defendants'
6  motion to dissolve the preliminary injunction.
7      6.    The parties have stipulated to extend the time for Defendants to respond to the
8  motion for summary judgment until after the Court issues its decision on the motion to dissolve
9  the preliminary injunction, so that the parties may decide how best to proceed with the motion for
10 summary judgment in light of that decision.
11     7.    In particular, the parties have agreed that they will meet and confer within 10 days
12 of the Court's decision on the motion to dissolve the preliminary injunction and then will submit
13 a proposed briefing schedule for the motion for summary judgment. The parties further agree that
14 good cause exists for this extension, and that an extension will not prejudice any party.
15     8.    The parties therefore respectfully request that the Court vacate the deadline for
16 Defendants to respond to Plaintiff's motion for summary judgment and order the parties to meet
17 and confer and submit a proposed briefing schedule for the motion within 10 days of the Court's
18 decision on Defendants' motion to dissolve the preliminary injunction.
19 / / /
20 / / /
21 / / /

9. The parties agree that this stipulation is without prejudice to Kalshi's right to move for a stay of the proceedings in this action pending appeal.

Respectfully submitted on November 20, 2025.

/s/ *Dennis L. Kennedy*
Dennis L. Kennedy (Bar No. 1462)
Paul C. Williams (Bar No. 12524)
Bailey Kennedy
8984 Spanish Ridge Avenue
Las Vegas, NV 89148
Telephone: (702) 562-8820
dkennedy@baileykennedy.com
pwilliams@baileykennedy.com

Neal Kumar Katyal (*Pro Hac Vice*)
Joshua B. Sterling (*Pro Hac Vice*)
William E. Havemann (*Pro Hac Vice*)
Milbank LLP
1850 K Street, Suite 1100
Washington D.C. 20006
Telephone: (202) 835-7505
nkatyal@milbank.com
jsterling@milbank.com
whavemann@milbank.com

Grant R. Mainland (*Pro Hac Vice*)
Andrew L. Porter (*Pro Hac Vice*)
Victor Hollenberg (*Pro Hac Vice*)
Milbank LLP
55 Hudson Yards
New York, N.Y. 10001
Telephone: (212) 530-5000
gmainland@milbank.com
aporter@milbank.com
vhollenberg@milbank.com
*Attorneys for Plaintiff KalshiEX, LLC*

/s/ *Adam Hosmer-Henner*
Adam Hosmer-Hennen (Bar. No. 12779)
A.G. Burnett (Bar No. 5895)
Jane Susskind (Bar No. 15099)
Katrina Weil (Bar No. 16152)
Thaddeus C. Houston (Bar No. 17215)
McDonald Carano LLP
100 West Liberty Street, 10th Floor
Reno, NV 89501
*Attorneys for Intervenor-Defendant*

/s/ *Jessica E. Whelan*
AARON D. FORD
Attorney General
Jessica E. Whelan (Bar No. 14781)
  Chief Deputy Solicitor General
Sabrena K. Clinton (Bar No. 6499)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
Telephone: (702) 486-3420
jwhelan@ag.nv.gov
sclinton@ag.nv.gov

Nicole A. Saharsky (*Pro Hac Vice*)
Minh Nguyen-Dang (*Pro Hac Vice*)
Mayer Brown LLP
1999 K Street NW
Washington, D.C. 20006
Telephone: (202) 263-5282
NSaharsky@mayerbrown.com
MNguyen-Dang@mayerbrown.com

Rory K. Schneider (*Pro Hac Vice*)
Mayer Brown LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 506-2500
RSchneider@mayerbrown.com
*Attorneys for State Defendants*

**IT IS SO ORDERED.**

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

Dated: November 21, 2025