| | |
|---|---|
| Dennis L. Kennedy (Bar No. 1462)<br>Paul C. Williams (Bar No. 12524)<br>**BAILEY✧KENNEDY**<br>8984 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148-1302<br>Telephone: 702.562.8820<br>DKennedy@BaileyKennedy.com<br>PWilliams@BaileyKennedy.com<br><br>Neal Kumar Katyal<br>(Admitted *Pro Hac Vice*)<br>Joshua B. Sterling<br>(Admitted *Pro Hac Vice*)<br>William E. Havemann<br>(Admitted *Pro Hac Vice*)<br>**MILBANK LLP**<br>1101 New York Avenue NW<br>Washington, D.C. 20005<br>Telephone: 202.835.7500<br>nkatyal@milbank.com<br>jsterling@milbank.com<br>whavemann@milbank.com<br><br>Grant R. Mainland<br>(Admitted *Pro Hac Vice*)<br>Andrew L. Porter<br>(Admitted *Pro Hac Vice*)<br>Nicole D. Valente<br>(Admitted *Pro Hac Vice*)<br>Katrin Cassidy-Ginsberg<br>(Admitted *Pro Hac Vice*)<br>Victor Hollenberg<br>(Admitted *Pro Hac Vice*)<br>**MILBANK LLP**<br>55 Hudson Yards<br>New York, NY 10001<br>Telephone: 212.530.5000<br>gmainland@milbank.com<br>aporter@milbank.com<br>nvalente@milbank.com<br>kcassidy-ginsberg@milbank.com<br>vhollenberg@milbank.com<br><br>*Attorneys for Plaintiff KalshiEX, LLC* | Aaron D. Ford<br>  Attorney General<br>Jessica E. Whelan (Bar No. 14781)<br>  Chief Deputy Solicitor General<br>Sabrena K. Clinton (Bar No. 6499)<br>  Senior Deputy Attorney General<br>**STATE OF NEVADA**<br>**OFFICE OF THE ATTORNEY GENERAL**<br>1 State of Nevada Way, Suite 100<br>Las Vegas, NV 89119<br>Telephone: (702) 486-3420<br>jwhelan@ag.nv.gov<br>sclinton@ag.nv.gov<br><br>Nicole A. Saharsky<br>(Admitted *Pro Hac Vice*)<br>Minh Nguyen-Dang<br>(Admitted *Pro Hac Vice*)<br>**MAYER BROWN LLP**<br>1999 K Street NW<br>Washington, D.C. 20006<br>Telephone: (202) 263-5282<br>NSaharsky@mayerbrown.com<br>MNguyen-Dang@mayerbrown.com<br><br>Rory K. Schneider<br>(Admitted *Pro Hac Vice*)<br>**MAYER BROWN LLP**<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 506-2500<br>RSchneider@mayerbrown.com<br><br>*Attorneys for Defendants* |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| KALSHIEX, LLC,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>KIRK D. HENDRICK, in his official capacity as Chairman of the Nevada Gaming Control Board, et al.,<br><br>　　　　Defendants,<br><br>　　vs.<br><br>NEVADA RESORT ASSOCIATION,<br><br>　　　　Intervenor-Defendant. | Case No.  2:25-cv-00575-APG-BNW<br><br>**JOINT NOTICE CONCERNING NON-ENFORCEMENT PENDING APPEAL** |

This Court requested at the November 14, 2025 hearing that Plaintiff KalshiEX, LLC ("Kalshi") and Defendants meet and confer to attempt to reach an agreement that would obviate the need for a stay or injunction pending appeal in the event the Court dissolves the preliminary injunction, and to inform the Court as to whether such an agreement can be reached. In accordance with that request, Kalshi and Defendants submit this joint notice.

Kalshi and State Defendants have met and conferred but have not been able to reach an agreement that would obviate the need for a stay or injunction pending appeal if this Court dissolves the preliminary injunction. The Parties' positions are as follows:

**Kalshi's Position:** Kalshi intends to seek a stay pending appeal if the Court dissolves the preliminary injunction. Kalshi would prefer to await the Court's resolution of the motion to dissolve the injunction and to seek a stay only if necessary thereafter. Kalshi, however, is concerned that if the Court dissolves the injunction without a stay in place, State Defendants may seek to commence civil or criminal enforcement proceedings against Kalshi while this Court considers a subsequent stay request. To avoid that risk, Kalshi asked State Defendants to agree to forbear from any enforcement against Kalshi pending this Court's resolution of a stay request. Earlier today, counsel for State Defendants indicated that State Defendants need more time to consider that request, and declined to

1  commit not to enforce against Kalshi pending this Court's consideration of a stay motion.

2      Initiation of enforcement proceedings while Kalshi's stay motion is pending would render
3  any stay meaningless and subject Kalshi to irreparable harm. Kalshi therefore intends to submit a
4  stay motion by 5 PM tomorrow, November 25, 2025, and respectfully requests that the Court con-
5  sider State Defendants' motion to dissolve the preliminary injunction and Kalshi's motion for a stay
6  pending appeal together. Kalshi will be prepared to brief its forthcoming motion for a stay pending
7  appeal on any schedule the Court orders.

8      **State Defendants' Position:** State Defendants will oppose any motion for a stay pending
9  appeal filed by Kalshi, as it would grant Kalshi the relief the Court would be denying in dissolving
10 the preliminary injunction. However, until State Defendants see the order issued by the Court on the
11 motion to dissolve the preliminary injunction, they cannot fully brief that issue.

12     State Defendants suggested reasonable options to Kalshi to avoid the possibility of enforce-
13 ment pending appeal, including the same option accepted by their competitor, Crypto.com. On Fri-
14 day, November 21, Kalshi summarily rejected all of the proposed options. Kalshi then requested
15 that State Defendants agree to forgo all enforcement while Kalshi's forthcoming motion for an stay
16 pending appeal is pending. State Defendants advised Kalshi that they still are considering that issue,
17 as they have had only one business day to discuss the issue with counsel.

18     Kalshi asks the Court to immediately enter a stay, apparently without giving Defendants the
19 opportunity to brief that issue or to even see the Court's decision on the motion to dissolve the pre-
20 liminary injunction. That request is premature and unfair. State Defendants respectfully submit that
21 the Court should enter its decision on the motion to dissolve the preliminary injunction, and then the
22 parties should brief Kalshi's request for a stay pending appeal on an expedited basis.

23     **NRA's Position**: Nevada's public policy is expressly stated in NRS 463.0129. The Legisla-
24 ture "hereby finds, and declares to be the public policy of this state, that . . . [t]he gaming industry is
25 vitally important to the economy of the State and the general welfare of the inhabitants" and that
26 "[a]ll establishments where gaming is conducted . . . must therefore be *licensed, controlled and*
27 *assisted* to protect the public health, safety, morals, good order and general welfare of the inhabitants
28 of the State, to foster the stability and success of gaming and to preserve the competitive economy

1  and policies of free competition of the State of Nevada." NRS 463.0129(1)(a)-(d) (emphasis added).
2  Although the NRA can neither enforce nor agree not to enforce Nevada laws against Kalshi, the
3  NRA submits that Kalshi's request for a stay of enforcement is antithetical to the public policy of
4  Nevada and disrupts the status quo in a way that harms Nevada's consumers and businesses. Kalshi's
5  refusal to cease operations in Nevada, solely so that it can continue to earn profits during this litiga-
6  tion it initiated, is unreasonable. If a stay were granted, Kalshi would obtain unfair competitive ad-
7  vantage not only against the licensed Nevada operators that follow the law, but against Kalshi's
8  competitors who generally have either reached an agreement with the State not to operate in Nevada
9  until this legal issue of first impression is resolved or have taken a more prudent route by waiting to
10 enter Nevada's market until obtaining judicial relief. While Kalshi has completely disregarded Ne-
11 vada's laws, it should not be able to stop their enforcement so that Nevada cannot even limit the age
12 at which a person can wager on sports or regulate the industry that is "vitally important to the econ-
13 omy of the State." Rather than burden the Court with its request for a stay, all Kalshi apparently
14 would have to do to delay enforcement is pause its offerings in Nevada. Kalshi's refusal to even take
15 that minimal step further militates in favor of denying a stay.

| | |
|---|---|
| 1 | Respectfully submitted on this 24th day of November, 2025. |

| | | |
|---|---|---|
| 2 | */s/ Dennis L. Kennedy* | */s/ Jessica E. Whelan* |
| | DENNIS L. KENNEDY (BAR NO. 1462) | AARON D. FORD |
| 3 | PAUL C. WILLIAMS (BAR NO. 12524) | ATTORNEY GENERAL |
| | **BAILEY❖KENNEDY** | JESSICA E. WHELAN (BAR NO. 14781) |
| 4 | 8984 SPANISH RIDGE AVENUE | CHIEF DEPUTY SOLICITOR GENERAL |
| | LAS VEGAS, NEVADA 89148-1302 | SABRENA K. CLINTON (BAR NO. 6499) |
| 5 | TELEPHONE: 702.562.8820 | SENIOR DEPUTY ATTORNEY GENERAL |
| | DKennedy@BaileyKennedy.com | **STATE OF NEVADA** |
| 6 | PWilliams@BaileyKennedy.com | **OFFICE OF THE ATTORNEY GENERAL** |
| 7 | NEAL KUMAR KATYAL | 1 STATE OF NEVADA WAY, SUITE 100 |
| | (ADMITTED *PRO HAC VICE*) | LAS VEGAS, NV 89119 |
| 8 | JOSHUA B. STERLING | TELEPHONE: (702) 486-3420 |
| | (ADMITTED *PRO HAC VICE*) | jwhelan@ag.nv.gov |
| 9 | WILLIAM E. HAVEMANN | sclinton@ag.nv.gov |
| | (ADMITTED *PRO HAC VICE*) | |
| 10 | **MILBANK LLP** | NICOLE A. SAHARSKY |
| | 1101 NEW YORK AVENUE NW | (ADMITTED *PRO HAC VICE*) |
| 11 | WASHINGTON, D.C. 20005 | MINH NGUYEN-DANG |
| | TELEPHONE: 202.835.7500 | (ADMITTED *PRO HAC VICE*) |
| 12 | nkatyal@milbank.com | **MAYER BROWN LLP** |
| | jsterling@milbank.com | 1999 K STREET NW |
| 13 | whavemann@milbank.com | WASHINGTON, D.C. 20006 |
| | | TELEPHONE: (202) 263-5282 |
| 14 | GRANT R. MAINLAND | NSaharsky@mayerbrown.com |
| | (ADMITTED *PRO HAC VICE*) | MNguyen-Dang@mayerbrown.com |
| 15 | ANDREW L. PORTER | |
| | (ADMITTED *PRO HAC VICE*) | RORY K. SCHNEIDER |
| 16 | NICOLE D. VALENTE | (ADMITTED *PRO HAC VICE*) |
| | (ADMITTED *PRO HAC VICE*) | **MAYER BROWN LLP** |
| 17 | KATRIN CASSIDY-GINSBERG | 1221 AVENUE OF THE AMERICAS |
| | (ADMITTED *PRO HAC VICE*) | NEW YORK, NEW YORK 10020 |
| 18 | VICTOR HOLLENBERG | TELEPHONE: (212) 506-2500 |
| | (ADMITTED *PRO HAC VICE*) | RSchneider@mayerbrown.com |
| 19 | **MILBANK LLP** | |
| | 55 HUDSON YARDS | *Attorneys for Defendants* |
| 20 | NEW YORK, NY 10001 | |
| | TELEPHONE: 212.530.5000 | */s/ Adam Hosmer-Henner* |
| 21 | gmainland@milbank.com | ADAM HOSMER-HENNER (BAR. NO. 12779) |
| | aporter@milbank.com | A.G. BURNETT (BAR NO. 5895) |
| 22 | nvalente@milbank.com | JANE SUSSKIND (BAR NO. 15099) |
| | kcassidy-ginsberg@milbank.com | KATRINA WEIL (BAR NO. 16152) |
| 23 | vhollenberg@milbank.com | THADDEUS C. HOUSTON (BAR NO. 17215) |
| | | **MCDONALD CARANO LLP** |
| 24 | *Attorneys for Plaintiff KalshiEX, LLC* | 100 WEST LIBERTY STREET, 10TH FLOOR |
| | | RENO, NV 89501 |
| 25 | | ahosmerhenner@mcdonaldcarano.com |
| | | agburnett@mcdonaldcarano.com |
| 26 | | jsusskind@mcdonaldcarano.com |
| | | kweil@mcdonaldcarano.com |
| 27 | | thouston@mcdonaldcarano.com |
| 28 | | *Attorneys for Intervenor-Defendant* |