1  DENNIS L. KENNEDY
   NEVADA BAR NO. 1462
2  PAUL C. WILLIAMS
   NEVADA BAR NO. 12524
3  **BAILEY✧KENNEDY**
   8984 SPANISH RIDGE AVENUE
4  LAS VEGAS, NV 89148
   TELEPHONE: 702.562.8820
5  FACSIMILE: 702.562.8821
   DKennedy@BaileyKennedy.com
6  PWilliams@BaileyKennedy.com

7  NEAL KUMAR KATYAL                    GRANT R. MAINLAND
   (ADMITTED *PRO HAC VICE*)            (ADMITTED *PRO HAC VICE*)
8  JOSHUA B. STERLING                   ANDREW L. PORTER
   (ADMITTED *PRO HAC VICE*)            (ADMITTED *PRO HAC VICE*)
9  WILLIAM E. HAVEMANN                  NICOLE D. VALENTE
   (ADMITTED *PRO HAC VICE*)            (ADMITTED *PRO HAC VICE*)
10 **MILBANK LLP**                      KATRIN CASSIDY-GINSBERG
   1101 NEW YORK AVENUE NW              (ADMITTED *PRO HAC VICE*)
11 WASHINGTON, DC 20005                 VICTOR HOLLENBERG
   TELEPHONE: 202.835.7500              (ADMITTED *PRO HAC VICE*)
12 FACSIMILE: 202.263.7586              **MILBANK LLP**
                                        55 HUDSON YARDS
13 *Attorneys for Plaintiff KalshiEX, LLC*   NEW YORK, NY 10001
                                        TELEPHONE: 212.530.5000
14                                      FACSIMILE: 212.530.5219

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KALSHIEX, LLC, | Case No.  2:25-cv-00575-APG-BNW |
| Plaintiff, | |
| vs. | **NOTICE OF APPEAL AND NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT** |
| KIRK D. HENDRICK, in his official capacity as Chairman of the Nevada Gaming Control Board, et al., | |
| Defendants. | **PRELIMINARY INJUNCTION APPEAL** |

# NOTICE OF APPEAL

Notice is hereby given that Plaintiff KalshiEX, LLC hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Court's Order entered in this action on November 25, 2025, District Court's ECF No. 237, granting Defendants' motion to dissolve the preliminary injunction.

Dated this 25th day of November, 2025.

**BAILEY❖KENNEDY**

By: /s/ Paul C. Williams
    DENNIS L. KENNEDY
    Nevada Bar No. 1462
    PAUL C. WILLIAMS
    Nevada Bar No. 12524

NEAL KUMAR KATYAL
(ADMITTED *PRO HAC VICE*)
JOSHUA B. STERLING
(ADMITTED *PRO HAC VICE*)
WILLIAM E. HAVEMANN
(ADMITTED *PRO HAC VICE*)
**MILBANK LLP**
1101 New York Avenue NW
Washington, DC 20005
Telephone: 202.835.7500
Facsimile: 202.263.7586

GRANT R. MAINLAND
(ADMITTED *PRO HAC VICE*)
ANDREW L. PORTER
(ADMITTED *PRO HAC VICE*)
NICOLE D. VALENTE
(ADMITTED *PRO HAC VICE*)
KATRIN CASSIDY-GINSBERG
(ADMITTED *PRO HAC VICE*)
VICTOR HOLLENBERG
(ADMITTED *PRO HAC VICE*)
**MILBANK LLP**
55 Hudson Yards
New York, NY 10001
Telephone: 212.530.5000
Facsimile: 212.822.5251

*Attorneys for Plaintiff KalshiEX, LLC*

Page **1** of 4

# NINTH CIRCUIT REPRESENTATION STATEMENT

Pursuant to Ninth Circuit Rule 3-2, Plaintiff-Appellant KalshiEX, LLC submits the following list of the parties to the action with the names, addresses, and telephone numbers of their respective counsel:

Plaintiff-Appellant KalshiEX, LLC is represented by the following counsel:

Dennis L. Kennedy
DKennedy@BaileyKennedy.com

**BAILEY✷KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, NV 89148
Telephone: 702.562.8820
Facsimile: 702.562.8821

Neal Kumar Katyal
nkatyal@milbank.com

William E. Havemann
whavemann@milbank.com

Samantha K. Ilagan
silagan@milbank.com

**MILBANK LLP**
1101 New York Avenue NW
Washington, DC 20005
Telephone: 202.835.7500
Facsimile: 202.263.7586

Plaintiff-Appellant's Counsel are registered for Electronic Filing in the Ninth Circuit.

Defendants-Appellees Mike Dreitzer, in his official capacity as Chairman of the Nevada Gaming Control Board; George Assad, in his official capacity as a Member of the Nevada Gaming Control Board; Chandeni K. Sendall, in her official capacity as a Member of the Nevada Gaming Control Board; Nevada Gaming Control Board; Jennifer Togliatti, in her official capacity as Chair of the Nevada Gaming Commission; Rosa Solis-Rainey, in her official capacity as a Member of the Nevada Gaming Commission; Brian Krolicki, in his official capacity as a Member of the Nevada Gaming Commission; George Markantonis, in his official capacity as a Member of the Nevada Gaming Commission; Abbi Silver, in her official capacity as a Member of the Nevada Gaming Commission; Nevada Gaming Commission; and Aaron D. Ford, in his official capacity as Attorney General of Nevada are represented by the following counsel:

Jessica E. Whelan
jwhelan@ag.nv.gov

Sabrena K. Clinton
sclinton@ag.nv.gov

1 **STATE OF NEVADA**
**OFFICE OF THE ATTORNEY GENERAL**
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
Telephone: 702.486.3420

Nicole A. Saharsky
NSaharsky@mayerbrown.com

Minh Nguyen-Dang
MNguyen-Dang@mayerbrown.com

**MAYER BROWN LLP**
1999 K Street NW
Washington, DC 20006
Telephone: 202.263.5282

Rory K. Schneider
RSchneider@mayerbrown.com

**MAYER BROWN LLP**
1221 Avenue of the Americas
New York, New York 10020
Telephone: 212.506.2500

Dated this 25th day of November, 2025.

By: /s/ Paul C. Williams
PAUL C. WILLIAMS
Nevada Bar No. 12524
**BAILEY❖KENNEDY**
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NV 89148
TELEPHONE: 702.562.8820
FACSIMILE: 702.562.8821
PWilliams@BaileyKennedy.com

## **CERTIFICATE OF SERVICE**

I certify that I am an employee of BAILEY✜KENNEDY and that on the 25th day of November, 2025, service of the foregoing was made by mandatory electronic service through the United States District Court's electronic filing system and/or by email or by depositing a true and correct copy in the U.S. Mail, first class postage prepaid, and addressed to the following at their last known address:

| | |
|---|---|
| JESSICA E. WHELAN<br>SABRENA K. CLINTON<br>DEVIN A. OLIVER<br>**STATE OF NEVADA**<br>**OFFICE OF THE ATTORNEY GENERAL**<br>1 State of Nevada Way, Suite 100<br>Las Vegas, NV 89119 | Email:  jwhelan@ag.nv.gov<br>sclinton@ag.nv.gov<br>doliver@ag.nv.gov<br><br>*Attorneys for Defendants* |
| ADAM HOSMER-HENNER<br>A.G. BURNETT<br>JANE SUSSKIND<br>KATRINA WEIL<br>THADDEUS C. HOUSTON<br>**McDONALD CARANO LLP**<br>100 West Liberty Street, 10th Floor<br>Reno, NV 89501 | Email:<br>ahosmerhenner@mcdonaldcarano.com<br>agburnett@mcdonaldcarano.com<br>jsusskind@mcdonaldcarano.com<br>kweil@mcdonaldcarano.com<br>thouston@mcdonaldcarano.com<br><br>*Attorneys for Intervenor*<br>*Nevada Resort Association* |
| RORY K. SCHNEIDER<br>**MAYER BROWN LLP**<br>1221 Avenue of the Americas<br>New York, NY 10020 | Email:  rschneider@mayerbrown.com<br><br>*Attorneys for Defendants* |
| NICOLE A. SAHARSKY<br>MINH NGUYEN-DANG<br>**MAYER BROWN LLP**<br>1999 K Street NW<br>Washington, DC 20006 | Email:<br>nsaharsky@mayerbrown.com<br>mnguyen-dang@mayerbrown.com<br><br>*Attorneys for Defendants* |

                           /s/ Paul C. Williams
                          Employee of BAILEY✜KENNEDY