1  AARON D. FORD                                  Nicole A. Saharsky (*pro hac vice*)
     Attorney General                             Minh Nguyen-Dang (*pro hac vice*)
2  Jessica E. Whelan (Bar No. 14781)              Mayer Brown LLP
     Chief Deputy Solicitor General - Litigation  1999 K Street, NW
3  Sabrena K. Clinton (Bar No. 6499)              Washington, D.C. 20006
     Senior Deputy Attorney General               (202) 263-3000 (phone)
4  State of Nevada                                nsaharsky@mayerbrown.com
     Office of the Attorney General               mnguyen-dang@mayerbrown.com
5  1 State of Nevada Way, Suite 100
   Las Vegas, NV 89119                            Rory K. Schneider (*pro hac vice*)
6  (702) 486-3420 (phone)                         Mayer Brown LLP
   (702) 486-3773 (fax)                           1221 Avenue of the Americas
7  jwhelan@ag.nv.gov                              New York, NY 10020
   sclinton@ag.nv.gov                             (212) 506-2500 (phone)
8                                                 rschneider@mayerbrown.com

9       *Attorneys for Mike Dreitzer, George Assad, Chandeni K. Sendall, The Nevada*
      *Gaming Control Board, Jennifer Togliatti, Rosa Solis-Rainey, Brian Krolicki, George Markanto-*
10           *nis, Abbi Silver, The Nevada Gaming Commission, and Aaron D. Ford*

11                          **UNITED STATES DISTRICT COURT**

12                               **DISTRICT OF NEVADA**

13  KALSHIEX, LLC,                          | Case No.: 2:25-cv-00575-APG-BNW

14              Plaintiff,

15  v.                                               **STATE DEFENDANTS' RESPONSE TO
                                                     PLAINTIFF'S MOTION REQUESTING**
16  KIRK D. HENDRICK, in his official capacity        **AN ADMINISTRATIVE STAY**
    as Chairman of the Nevada Gaming Control
17  Board, et al.,

18              Defendants,

19  v.

20  NEVADA RESORT ASSOCIATION,

21              Intervenor-Defendant.

22        Plaintiff KalshiEX, LLC (Kalshi) asks this Court to stay its order dissolving the preliminary

23  injunction pending appeal. ECF No. 238, at 1. It also requests an immediate administrative stay of

24  the Court's order while the Court considers Kalshi's motion. *Id.* State Defendants provide this lim-

25  ited response solely to address Kalshi's request for an administrative stay.

26        In order to give this Court time to make a decision, State Defendants will not commence

27  enforcement proceedings against Kalshi while the Court considers Kalshi's request for a stay pend-

28  ing appeal. The Court therefore does not need to rule on Kalshi's motion for an administrative stay.

1    To be clear, Kalshi has not met its burden for an administrative stay or a stay pending ap-

2    peal. It has unreasonably refused to stop its unlawful activities in Nevada, even while Crypto.com

3    and Robinhood have entered into agreements with State Defendants to avoid enforcement pending

4    appeal. Further, every day it continues operating, it harms the State, its gaming industry, and the

5    public interest. But in deference to this Court, State Defendants want to make sure the Court has

6    the time it needs to decide Kalshi's motion.

7    State Defendants respectfully request that the Court set an expedited briefing schedule on

8    the request for a stay pending appeal so that the motion can be decided as soon as possible. Kalshi

9    already has filed its motion. State Defendants suggest the following schedule for the remaining

10    briefs:

11    •    Defendants' response briefs: December 8, 2025.

12    •    Kalshi's reply brief: December 12, 2025.

13    State Defendants appreciate the Court's consideration of this proposed expedited briefing

14    schedule.

15    DATED this 26th day of November, 2025.

16    By: /s/ *Jessica E. Whelan*
       AARON D. FORD
17       Attorney General
       Jessica E. Whelan (Bar No. 14781)
18        Chief Deputy Solicitor General – Litigation
       Sabrena K. Clinton (Bar No. 6499)
19        Senior Deputy Attorney General
       jwhelan@ag.nv.gov
20       sclinton@ag.nv.gov

21    Nicole A. Saharsky (*pro hac vice*)
       Minh Nguyen-Dang (*pro hac vice*)
22    Mayer Brown LLP
       nsaharsky@mayerbrown.com
23    mnguyen-dang@mayerbrown.com

24    Rory K. Schneider (*pro hac vice*)
       Mayer Brown LLP
25    rschneider@mayerbrown.com

26    *Attorneys for State Defendants*

27

28