**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KALSHIEX, LLC, | Case No.: 2:25-cv-00575-APG-BNW |
| Plaintiff | **Order for Briefing Schedule on Kalshi's Motion for Stay** |
| v. | |
| KIRK D. HENDRICK, et al., | |
| Defendants | |

I ORDER the defendants and the intervenor to respond to KalshiEX, LLC's emergency motion for stay (ECF No. 238) by December 8, 2025. Kalshi will have until December 12, 2025 to file a reply in support of its motion.

DATED this 1st day of December, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE