| | |
|---|---|
| 1    Dennis L. Kennedy (Bar No. 1462) | AARON D. FORD |
|         Paul C. Williams (Bar No. 12524) | Attorney General |
| 2    Bailey Kennedy | Jessica E. Whelan (Bar No. 14781) |
|         8984 Spanish Ridge Avenue |    Chief Deputy Solicitor General |
| 3    Las Vegas, NV 89148 | Sabrena K. Clinton (Bar No. 6499) |
|         Telephone: (702) 562-8820 |    Senior Deputy Attorney General |
| 4    dkennedy@baileykennedy.com | State of Nevada |
|         pwilliams@baileykennedy.com | Office of the Attorney General |
| 5 | 1 State of Nevada Way, Suite 100 |
|         Neal Kumar Katyal (*Pro Hac Vice*) | Las Vegas, NV 89119 |
| 6    Joshua B. Sterling (*Pro Hac Vice*) | Telephone: (702) 486-3420 |
|         William E. Havemann (*Pro Hac Vice*) | jwhelan@ag.nv.gov |
| 7    Milbank LLP | sclinton@ag.nv.gov |
|         1850 K Street, Suite 1100 | |
| 8    Washington D.C. 20006 | Nicole A. Saharsky (*Pro Hac Vice*) |
|         Telephone: (202) 835-7505 | Minh Nguyen-Dang (*Pro Hac Vice*) |
| 9    nkatyal@milbank.com | Mayer Brown LLP |
|         jsterling@milbank.com | 1999 K Street NW |
| 10   whavemann@milbank.com | Washington, D.C. 20006 |
| | Telephone: (202) 263-5282 |
| 11   Grant R. Mainland (*Pro Hac Vice*) | NSaharsky@mayerbrown.com |
|         Andrew L. Porter (*Pro Hac Vice*) | MNguyen-Dang@mayerbrown.com |
| 12   Nicole Valente (*Pro Hac Vice*) | |
|         Katrin Cassidy-Ginsberg (*Pro Hac Vice*) | Rory K. Schneider (*Pro Hac Vice*) |
| 13   Victor Hollenberg (*Pro Hac Vice*) | Mayer Brown LLP |
|         Milbank LLP | 1221 Avenue of the Americas |
| 14   55 Hudson Yards | New York, New York 10020 |
|         New York, N.Y. 10001 | Telephone: (212) 506-2500 |
| 15   Telephone: (212) 530-5000 | RSchneider@mayerbrown.com |
|         gmainland@milbank.com | |
| 16   aporter@milbank.com | *Attorneys for State Defendants* |
|         nvalente@milbank.com | |
| 17   kcassidy-ginsberg@milbank.com | Adam Hosmer-Henner (Bar. No. 12779) |
|         vhollenberg@milbank.com | A.G. Burnett (Bar No. 5895) |
| 18 | Jane Susskind (Bar No. 15099) |
|         *Attorneys for Plaintiff KalshiEX, LLC* | Katrina Weil (Bar No. 16152) |
| 19 | Thaddeus C. Houston (Bar No. 17215) |
| | McDonald Carano LLP |
| 20 | 100 West Liberty Street, 10th Floor |
| | Reno, NV 89501 |
| 21 | ahosmerhenner@mcdonaldcarano.com |
| | agburnett@mcdonaldcarano.com |
| 22 | jsusskind@mcdonaldcarano.com |
| | kweil@mcdonaldcarano.com |
| 23 | thouston@mcdonaldcarano.com |
| 24 | *Attorneys for Intervenor-Defendant* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KALSHIEX, LLC,<br>　　Plaintiff,<br>v.<br><br>KIRK D. HENDRICK, in his official capacity as Chairman of the Nevada Gaming Control Board, et al.<br>　　Defendants,<br><br>v.<br><br>NEVADA RESORT ASSOCIATION,<br>　　Intervenor-Defendant. | Case No. 2:25-cv-00575-APG-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER TO VACATE CASE SCHEDULE AND ENTER AN AMENDED SCHEDULING ORDER** |

　　　Plaintiff KalshiEX, LLC ("Kalshi") and Defendants Kirk D. Hendrick, George Assad, Chandeni K. Sendall, Nevada Gaming Control Board, Jennifer Togliatti, Rosa Solis-Rainey, Brian Krolicki, George Markantonis, Nevada Gaming Commission, and Aaron D. Ford and Intervenor-Defendant Nevada Resort Association (collectively, "Defendants"), by and through their undersigned counsel, hereby stipulate and request that the Court vacate the current scheduling order (ECF No. 133) and enter the amended case schedule and discovery deadlines set forth below. *See infra* at ¶ 10. In support thereof, the parties state as follows:

　　　1.　　On March 28, 2025, Plaintiff filed a Motion for an Immediate Temporary Restraining Order and Preliminary Injunction. ECF No. 18. On April 9, the Court granted that motion. ECF No. 45.

　　　2.　　On August 1, 2025, Plaintiff filed an Emergency Motion to Stay Discovery. ECF No. 87. On September 3, 2025, the Court denied Plaintiff's Emergency Motion to Stay Discovery. ECF No. 118.

　　　3.　　On September 10, 2025, in light of the Court's ruling on the Emergency Motion to Stay Discovery, the parties filed an amended stipulated discovery plan and scheduling order. ECF No. 133. On September 17, 2025, the Court found good cause to modify the existing scheduling order. *See id.* at 2-3.

1     4.      On October 10, 2025, Defendants filed a Motion to Compel Discovery. ECF No. 138. The Court heard oral argument on November 18, 2025, and set forth its findings on the record, granting in part and denying in part Defendants' Motion to Compel Discovery. *See* ECF 230.

    5.      On October 17, 2025, Defendants moved to dissolve the preliminary injunction entered on April 9. ECF No. 142. On November 14, 2025, the Court heard oral argument on Defendants' motion to dissolve the preliminary injunction. On November 24, 2025, Chief Judge Gordon granted Defendants' motion to dissolve. ECF No. 237.

    6.      On November 25, 2025, Plaintiff filed an Emergency Motion for a Stay Pending Appeal of Order Granting Motion to Dissolve Preliminary Injunction. ECF No. 238. The same day, Plaintiff filed a notice of appeal of Chief Judge Gordon's order granting Defendants' motion to dissolve. ECF No. 241.

    7.      The parties have stipulated to extend the time for the parties to complete discovery so that the parties may comply with the Court's order on Defendant's Motion to Compel Discovery and progress other pending and anticipated discovery, and so that the parties may determine how best to proceed with discovery in light of Chief Judge Gordon's order dissolving the preliminary injunction granted on April 9, 2025. The parties further agree that good cause exists for this extension, and that an extension will not prejudice any party.

    8.      In particular, the parties have agreed to amend the current discovery deadlines as follows:

    a.  Substantial Completion of Document Productions: February 2, 2026
    b.  Close of Fact Discovery: March 2, 2026
    c.  Initial Expert Disclosures: March 20, 2026
    d.  Rebuttal Expert Disclosures: April 17, 2026
    e.  Close of Expert Discovery: May 8, 2026
    f.  Dispositive Motion Deadline: June 5, 2026
    g.  Proposed Joint Pretrial Order: June 22, 2026 (or 30 days after resolution of dispositive motion)

1  9. The parties therefore respectfully request that the Court vacate the current scheduling order, and order the parties to proceed with discovery in this case pursuant to the amended deadlines set forth in Paragraph 10, *supra*.

10. The parties agree that this stipulation is without prejudice to Kalshi's right to move for a stay of the proceedings in this action pending appeal.

1 | Respectfully submitted on December 4, 2025.

| | |
|---|---|
| /s/ Paul C. Williams<br>Dennis L. Kennedy (Bar No. 1462)<br>Paul C. Williams (Bar No. 12524)<br>Bailey Kennedy<br>8984 Spanish Ridge Avenue<br>Las Vegas, NV 89148<br>Telephone: (702) 562-8820<br>dkennedy@baileykennedy.com<br>pwilliams@baileykennedy.com<br><br>Neal Kumar Katyal (*Pro Hac Vice*)<br>Joshua B. Sterling (*Pro Hac Vice*)<br>William E. Havemann (*Pro Hac Vice*)<br>Milbank LLP<br>1850 K Street, Suite 1100<br>Washington D.C. 20006<br>Telephone: (202) 835-7505<br>nkatyal@milbank.com<br>jsterling@milbank.com<br>whavemann@milbank.com<br><br>Grant R. Mainland (*Pro Hac Vice*)<br>Andrew L. Porter (*Pro Hac Vice*)<br>Nicole Valente (*Pro Hac Vice*)<br>Katrin Cassidy-Ginsberg (*Pro Hac Vice*)<br>Victor Hollenberg (*Pro Hac Vice*)<br>Milbank LLP<br>55 Hudson Yards<br>New York, N.Y. 10001<br>Telephone: (212) 530-5000<br>gmainland@milbank.com<br>aporter@milbank.com<br>nvalente@milbank.com<br>kcassidy-ginsberg@milbank.com<br>vhollenberg@milbank.com<br><br>*Attorneys for Plaintiff KalshiEX, LLC* | /s/ Rory K. Schneider<br>AARON D. FORD<br>Attorney General<br>Jessica E. Whelan (Bar No. 14781)<br>  Chief Deputy Solicitor General<br>Sabrena K. Clinton (Bar No. 6499)<br>  Senior Deputy Attorney General<br>State of Nevada<br>Office of the Attorney General<br>1 State of Nevada Way, Suite 100<br>Las Vegas, NV 89119<br>Telephone: (702) 486-3420<br>jwhelan@ag.nv.gov<br>sclinton@ag.nv.gov<br><br>Nicole A. Saharsky (*Pro Hac Vice*)<br>Minh Nguyen-Dang (*Pro Hac Vice*)<br>Mayer Brown LLP<br>1999 K Street NW<br>Washington, D.C. 20006<br>Telephone: (202) 263-5282<br>NSaharsky@mayerbrown.com<br>MNguyen-Dang@mayerbrown.com<br><br>Rory K. Schneider (*Pro Hac Vice*)<br>Mayer Brown LLP<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 506-2500<br>RSchneider@mayerbrown.com<br><br>*Attorneys for State Defendants*<br><br>/s/ Thaddeus C. Houston<br>Adam Hosmer-Henner (Bar. No. 12779)<br>A.G. Burnett (Bar No. 5895)<br>Jane Susskind (Bar No. 15099)<br>Katrina Weil (Bar No. 16152)<br>Thaddeus C. Houston (Bar No. 17215)<br>McDonald Carano LLP<br>100 West Liberty Street, 10th Floor<br>Reno, NV 89501<br><br>*Attorneys for Intervenor-Defendant* |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated:_____