1  Dennis L. Kennedy (Bar No. 1462)
   Paul C. Williams (Bar No. 12524)
2  Bailey Kennedy
   8984 Spanish Ridge Avenue
3  Las Vegas, NV 89148
   Telephone: (702) 562-8820
4  dkennedy@baileykennedy.com
   pwilliams@baileykennedy.com
5
   Neal Kumar Katyal (*Pro Hac Vice*)
6  Joshua B. Sterling (*Pro Hac Vice*)
   William E. Havemann (*Pro Hac Vice*)
7  Milbank LLP
   1850 K Street, Suite 1100
8  Washington D.C. 20006
   Telephone: (202) 835-7505
9  nkatyal@milbank.com
   jsterling@milbank.com
10 whavemann@milbank.com

11 Grant R. Mainland (*Pro Hac Vice*)
   Andrew L. Porter (*Pro Hac Vice*)
12 Victor Hollenberg (*Pro Hac Vice*)
   Milbank LLP
13 55 Hudson Yards
   New York, N.Y. 10001
14 Telephone: (212) 530-5000
   gmainland@milbank.com
15 aporter@milbank.com
   vhollenberg@milbank.com
16
   *Attorneys for Plaintiff KalshiEX, LLC*
17

AARON D. FORD
Attorney General
Jessica E. Whelan (Bar No. 14781)
  Chief Deputy Solicitor General
Sabrena K. Clinton (Bar No. 6499)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
Telephone: (702) 486-3420
jwhelan@ag.nv.gov
sclinton@ag.nv.gov

Nicole A. Saharsky (*Pro Hac Vice*)
Minh Nguyen-Dang (*Pro Hac Vice*)
Mayer Brown LLP
1999 K Street NW
Washington, D.C. 20006
Telephone: (202) 263-5282
NSaharsky@mayerbrown.com
MNguyen-Dang@mayerbrown.com

Rory K. Schneider (*Pro Hac Vice*)
Mayer Brown LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 506-2500
RSchneider@mayerbrown.com

*Attorneys for State Defendants*

Adam Hosmer-Henner (Bar. No. 12779)
A.G. Burnett (Bar No. 5895)
Jane Susskind (Bar No. 15099)
Katrina Weil (Bar No. 16152)
Thaddeus C. Houston (Bar No. 17215)
McDonald Carano LLP
100 West Liberty Street, 10th Floor
Reno, NV 89501
ahosmerhenner@mcdonaldcarano.com
agburnett@mcdonaldcarano.com
jsusskind@mcdonaldcarano.com
kweil@mcdonaldcarano.com
thouston@mcdonaldcarano.com

*Attorneys for Intervenor-Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

KALSHIEX, LLC,
    Plaintiff,

v.

KIRK D. HENDRICK, in his official capacity as
Chairman of the Nevada Gaming Control Board,
et al.
    Defendants,

v.

NEVADA RESORT ASSOCIATION,
    Intervenor-Defendant.

Case No. 2:25-cv-00575-APG-BNW

**STIPULATION AND [PROPOSED]**
**ORDER EXTENDING THE DEADLINE**
**TO RESPOND TO PLAINTIFF'S**
**MOTION FOR SUMMARY JUDGMENT**

Plaintiff KalshiEX, LLC (Kalshi) and Defendants Kirk D. Hendrick, George Assad, Chandeni K. Sendall, Nevada Gaming Control Board, Jennifer Togliatti, Rosa Solis-Rainey, Brian Krolicki, George Markantonis, Nevada Gaming Commission, and Aaron D. Ford and Intervenor-Defendant Nevada Resort Association (collectively, Defendants), by and through their undersigned counsel, hereby stipulate and request that the Court extend the deadline for Defendants to respond to Kalshi's motion for summary judgment (ECF No. 86) until the earlier of (1) 14 days after the Ninth Circuit issues its decision on the merits in Kalshi's appeal of the Court's decision dissolving the preliminary injunction or (2) 21 days after the date for filing dispositive motions set out in the amended scheduling order (ECF No. 246), including any future amendments to the order the Court may enter. In support thereof, the parties state as follows:

1.    On March 28, 2025, Kalshi moved for a preliminary injunction. ECF No. 18. On April 9, the Court granted that motion. ECF No. 45.

2.    On August 1, 2025, Kalshi moved for summary judgment. ECF No. 86.

3.    On August 15, 2025, Defendants moved to hold in abeyance briefing on Kalshi's motion for summary judgment or alternatively to extend the time to respond. ECF No. 93. On August 21, 2025, the Court granted Defendants' motion to extend the time to respond to Kalshi's motion for summary judgment, extending the deadline to September 22, 2025. ECF No. 109.

1    4.    On September 15, 2025, Defendants moved to hold summary judgment briefing in

2  abeyance pending the close of discovery. ECF No. 129. On September 16, 2025, the Court vacated

3  the deadline to respond to Kalshi's motion for summary judgment pending its ruling on Defendants'

4  motion. ECF No. 132. On October 21, 2025, the Court denied Defendants' motion and ordered

5  Defendants to file their response to Kalshi's motion for summary judgment by November 21, 2025.

6  ECF No. 151.

7    5.    On October 17, 2025, Defendants moved to dissolve the preliminary injunction

8  entered on April 9. ECF No. 142.

9    6.    On November 20, 2025, the parties stipulated to holding in abeyance the deadline

10  for Defendants to respond to Kalshi's motion for summary judgment pending the Court's decision

11  on the motion to dissolve the preliminary injunction. ECF No. 232. The parties agreed to meet and

12  confer on the briefing schedule within 10 days of the Court's decision.

13    7.    On November 24, 2025, the Court granted Defendants' motion to dissolve the

14  preliminary injunction. ECF No. 237. On November 2025, Kalshi filed a notice of appeal of the

15  Court's decision dissolving the preliminary injunction. ECF No. 241. Kalshi's appeal has been

16  docketed as *KalshiEX, LLC v. Hendrick*, 9th Cir. No. 25-7516.

17    8.    On December 4, 2025, the parties stipulated to an amended scheduling order. ECF

18  No. 246. Under the amended schedule, the current deadline for filing dispositive motions is June

19  5, 2026. Under the Court's rules, the deadline for responding to a motion for summary judgment

20  is 21 days. L.R. 7-2(b).

21    9.    In light of Kalshi's pending appeal of the Court's decision dissolving the

22  preliminary injunction, as well as the ongoing discovery in this case, the parties have agreed to

23  extend the time for Defendants to respond to the motion for summary judgment. The parties further

24  agree that good cause exists for this extension, and that an extension will not prejudice any party.

25    10.    In particular, the parties have agreed to extend the deadline for Defendants to

26  respond to Kalshi's motion for summary judgment until the earlier of (1) 14 days after the Ninth

27  Circuit issues its decision on the merits in *KalshiEX, LLC v. Hendrick*, 9th Cir. No. 25-7516, or

28

1    (2) 21 days after the date for filing dispositive motions set out in the amended scheduling order

2    (ECF No. 246), including any future amendments to the order the Court may enter.

3        11.    The parties therefore respectfully request that the Court extend the deadline for

4    Defendants to respond to Kalshi's motion for summary judgment as set out in paragraph 10, *supra*.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  Respectfully submitted on December 5, 2025.

2  /s/ *Paul C. Williams*                              /s/ *Nicole A. Saharsky*
   Dennis L. Kennedy (Bar No. 1462)              AARON D. FORD
3  Paul C. Williams (Bar No. 12524)             Attorney General
   Bailey Kennedy                               Jessica E. Whelan (Bar No. 14781)
4  8984 Spanish Ridge Avenue                       Chief Deputy Solicitor General
   Las Vegas, NV 89148                          Sabrena K. Clinton (Bar No. 6499)
5  Telephone: (702) 562-8820                       Senior Deputy Attorney General
   dkennedy@baileykennedy.com                   State of Nevada
6  pwilliams@baileykennedy.com                  Office of the Attorney General
                                                1 State of Nevada Way, Suite 100
7  Neal Kumar Katyal (*Pro Hac Vice*)           Las Vegas, NV 89119
   Joshua B. Sterling (*Pro Hac Vice*)          Telephone: (702) 486-3420
8  William E. Havemann (*Pro Hac Vice*)         jwhelan@ag.nv.gov
   Milbank LLP                                  sclinton@ag.nv.gov
9  1850 K Street, Suite 1100
   Washington D.C. 20006                        Nicole A. Saharsky (*Pro Hac Vice*)
10 Telephone: (202) 835-7505                    Minh Nguyen-Dang (*Pro Hac Vice*)
   nkatyal@milbank.com                          Mayer Brown LLP
11 jsterling@milbank.com                        1999 K Street NW
   whavemann@milbank.com                        Washington, D.C. 20006
12                                              Telephone: (202) 263-5282
   Grant R. Mainland (*Pro Hac Vice*)           NSaharsky@mayerbrown.com
13 Andrew L. Porter (*Pro Hac Vice*)            MNguyen-Dang@mayerbrown.com
   Victor Hollenberg (*Pro Hac Vice*)
14 Milbank LLP                                  Rory K. Schneider (*Pro Hac Vice*)
   55 Hudson Yards                              Mayer Brown LLP
15 New York, N.Y. 10001                         1221 Avenue of the Americas
   Telephone: (212) 530-5000                    New York, New York 10020
16 gmainland@milbank.com                        Telephone: (212) 506-2500
   aporter@milbank.com                          RSchneider@mayerbrown.com
17 vhollenberg@milbank.com
                                                *Attorneys for State Defendants*
18 *Attorneys for Plaintiff KalshiEX, LLC*
                                                /s/ *Adam Hosmer-Henner*
19                                              Adam Hosmer-Henner (Bar. No. 12779)
                                                A.G. Burnett (Bar No. 5895)
20                                              Jane Susskind (Bar No. 15099)
                                                Katrina Weil (Bar No. 16152)
21                                              Thaddeus C. Houston (Bar No. 17215)
                                                McDonald Carano LLP
22                                              100 West Liberty Street, 10th Floor
                                                Reno, NV 89501
23
                                                *Attorneys for Intervenor-Defendant*
24
                                       **IT IS SO ORDERED.**
25

26                                     _____
                                       ANDREW P. GORDON
27                                     CHIEF UNITED STATES DISTRICT JUDGE

28                                     Dated:_____