UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KALSHIEX, LLC, | Case No.: 2:25-cv-00575-APG-BNW |
| Plaintiff | **Order Denying (1) Stipulation and (2) Motion for Summary Judgment Without Prejudice** |
| v. | |
| KIRK D. HENDRICK, et al., | [ECF Nos. 86, 247] |
| Defendants | |

The parties have stipulated to extend the deadline for the defendants to respond to plaintiff KalshiEX, LLC's motion for summary judgment "until the earlier of (1) 14 days after the Ninth Circuit issues its decision on the merits in *KalshiEX, LLC v. Hendrick*, 9th Cir. No. 25-7516, or (2) 21 days after the date for filing dispositive motions set out in the amended scheduling order (ECF No. 246), including any future amendments to the order the Court may enter." ECF No. 247 at 3-4. Rather than extend the response deadline for an indefinite (and likely lengthy period), I deny the summary judgment motion without prejudice for Kalshi to refile it after the Ninth Circuit issues its decision or by the dispositive motion deadline. Given the evolving nature and caselaw regarding the relevant issues, Kalshi's arguments are likely to change based on the Ninth Circuit's ruling and other court rulings that may come out in the meantime. This procedure will avoid the need for requests for supplemental briefs.

I THEREFORE ORDER that plaintiff KalshiEX, LLC's motion for summary judgment **(ECF No. 86) is DENIED without prejudice**.

I FURTHER ORDER the parties' stipulation **(ECF No. 247) is DENIED**.

DATED this 8th day of December, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE