UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

# DESIGNATION OF TRANSCRIPTS
# TO BE USED IN RECORD ON APPEAL

District Court Case Number: 2:25-cv-00575-APG-BNW

Court of Appeals Case Number: 25-7516

Case Caption: *Kalshiex, LLC v. Hendrick et al.*

_____ Transcripts are **NOT** required for this appeal.

The undersigned hereby designates the following transcripts to be used in the record on appeal for the above listed case and appeal:

| Date of Hearing | Docket Number | Proceeding | Recorder/ Reporter | Transcript Filed Yes/No |
|---|---|---|---|---|
| 04/08/25 | 46 | TRO and Preliminary Injunction Hearing | Judy K. Moore | Yes |
| 11/14/25 | 219 | Hearing on Motion to Dissolve | Judy K. Moore | Yes |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Date: December 9, 2025

/s/ *Paul C. Williams*
Signature

Paul C. Williams
Print Name

Appellant
Appellant/Appellee