UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| KALSHIEX, LLC, | Case No.: 2:25-cv-00575-APG-BNW |
|---|---|
| Plaintiff | **Order Denying Motion for Stay Pending Appeal and Denying Motion for Leave to File Surreply** |
| v. | |
| KIRK D. HENDRICK, et al., | [ECF Nos. 238, 257] |
| Defendants | |

Plaintiff KalshiEX, LLC moves for a stay of my order dissolving the preliminary injunction in this case pending the Ninth Circuit's resolution of Kalshi's appeal of that order. Alternatively, Kalshi requests a short-term stay to give it time to seek a stay from the Ninth Circuit. The defendants and intervenor oppose. Additionally, the defendants move for leave to file a surreply.

Under Federal Rule of Civil Procedure 62(d), I may "grant an injunction on terms for bond or other terms that secure the opposing party's rights" while "an appeal is pending from an interlocutory order . . . that . . . dissolves" a preliminary injunction. To determine whether to grant a motion to stay pending appeal, I consider "(1) whether the stay applicant has made a strong showing that he is likely to succeed on the merits; (2) whether the applicant will be irreparably injured absent a stay; (3) whether issuance of the stay will substantially injure the other parties interested in the proceeding; and (4) where the public interest lies." *Nken v. Holder*, 556 U.S. 418, 434 (2009). I deny the motion for stay for the reasons articulated in my order dissolving the preliminary injunction. ECF No. 237; *see also Nken*, 556 U.S. at 434 (stating there "is substantial overlap between these and the factors governing preliminary injunctions"). I deny the defendants' motion for leave to file a surreply as moot.

1   I THEREFORE ORDER that plaintiff KalshiEX, LLC's motion to stay case **(ECF No. 238) is DENIED**.

2   I FURTHER ORDER the defendants' motion for leave to file a surreply **(ECF No. 257) is DENIED as moot**.

DATED this 16th day of December, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE