UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| KALSHIEX, LLC, | Case No.: 2:25-cv-00575-APG-BNW |
|---|---|
| Plaintiff | **Order Granting in Part Motion for Stay** |
| v. | [ECF No. 259] |
| KIRK D. HENDRICK, et al., | |
| Defendants | |

    Plaintiff KalshiEX, LLC moves for a stay of this case pending the Ninth Circuit's resolution of Kalshi's appeal of my order dissolving the preliminary injunction. The defendants and intervenor oppose. I deny the motion as to discovery. Kalshi appealed dissolution of a preliminary injunction, which looks at a likelihood of success on the merits. The Ninth Circuit's ruling thus may resolve only likelihood of success and not necessarily constitute a definitive ruling on the merits, in which case this lawsuit will return to this court for further proceedings. Consequently, discovery should continue in the meantime.

    However, the Ninth Circuit decision is likely to give the parties and the court some direction on the law, so I grant Kalshi's motion to stay with respect to the dispositive motion and proposed joint pretrial order deadlines. Those deadlines are vacated and will be reset after Kalshi's appeal is finally resolved and the mandate has issued. However, if there is a change in circumstances, any party may move for leave to file a motion for summary judgment if good cause supports filing one earlier.

    I THEREFORE ORDER that plaintiff KalshiEX, LLC's motion to stay case **(ECF No. 259) is GRANTED in part**.

    I FURTHER ORDER that discovery is not stayed.

I FURTHER ORDER that the dispositive motion and proposed joint pretrial order deadlines are vacated pending further order of the court.

DATED this 14th day of January, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE