| | |
|---|---|
| Dennis L. Kennedy (Bar No. 1462)<br>Paul C. Williams (Bar No. 12524)<br>**Bailey Kennedy**<br>8984 Spanish Ridge Avenue<br>Las Vegas, NV 89148<br>Telephone: (702) 562-8820<br>dkennedy@baileykennedy.com<br>pwilliams@baileykennedy.com<br><br>Neal Kumar Katyal (*Pro Hac Vice*)<br>Joshua B. Sterling (*Pro Hac Vice*)<br>William E. Havemann (*Pro Hac Vice*)<br>**Milbank LLP**<br>1101 New York Avenue NW<br>Washington, DC 20005<br>Telephone: (202) 835-7505<br>nkatyal@milbank.com<br>jsterling@milbank.com<br>whavemann@milbank.com<br><br>Grant R. Mainland (*Pro Hac Vice*)<br>Andrew L. Porter (*Pro Hac Vice*)<br>Nicole Valente (*Pro Hac Vice*)<br>Katrin Cassidy-Ginsberg (*Pro Hac Vice*)<br>Victor Hollenberg (*Pro Hac Vice*)<br>**Milbank LLP**<br>55 Hudson Yards<br>New York, N.Y. 10001<br>Telephone: (212) 530-5000<br>gmainland@milbank.com<br>aporter@milbank.com<br>nvalente@milbank.com<br>kcassidy-ginsberg@milbank.com<br>vhollenberg@milbank.com<br><br>*Attorneys for Plaintiff KalshiEX LLC* | AARON D. FORD<br>Attorney General<br>Jessica E. Whelan (Bar No. 14781)<br>   Chief Deputy Solicitor General<br>Sabrena K. Clinton (Bar No. 6499)<br>   Senior Deputy Attorney General<br>**State of Nevada**<br>**Office of the Attorney General**<br>1 State of Nevada Way, Suite 100<br>Las Vegas, NV 89119<br>Telephone: (702) 486-3420<br>jwhelan@ag.nv.gov<br>sclinton@ag.nv.gov<br><br>Nicole A. Saharsky (*Pro Hac Vice*)<br>Minh Nguyen-Dang (*Pro Hac Vice*)<br>**Mayer Brown LLP**<br>1999 K Street NW<br>Washington, D.C. 20006<br>Telephone: (202) 263-5282<br>NSaharsky@mayerbrown.com<br>MNguyen-Dang@mayerbrown.com<br><br>Rory K. Schneider (*Pro Hac Vice*)<br>**Mayer Brown LLP**<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 506-2500<br>RSchneider@mayerbrown.com<br><br>*Attorneys for State Defendants*<br><br>Adam Hosmer-Henner (Bar. No. 12779)<br>A.G. Burnett (Bar No. 5895)<br>Jane Susskind (Bar No. 15099)<br>Katrina Weil (Bar No. 16152)<br>Thaddeus C. Houston (Bar No. 17215)<br>**McDonald Carano LLP**<br>100 West Liberty Street, 10th Floor<br>Reno, NV 89501<br>ahosmerhenner@mcdonaldcarano.com<br>agburnett@mcdonaldcarano.com<br>jsusskind@mcdonaldcarano.com<br>kweil@mcdonaldcarano.com<br>thouston@mcdonaldcarano.com<br><br>*Attorneys for Intervenor-Defendant* |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| KALSHIEX LLC,<br>    Plaintiff,<br>v.<br><br>KIRK D. HENDRICK, in his official capacity as Chairman of the Nevada Gaming Control Board, et al.<br>    Defendants,<br><br>v.<br><br>NEVADA RESORT ASSOCIATION,<br>    Intervenor-Defendant. | Case No. 2:25-cv-00575-APG-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER TO VACATE CASE SCHEDULE AND ENTER AN AMENDED SCHEDULING ORDER** |

Plaintiff KalshiEX, LLC ("Kalshi") and Defendants Mike Dreitzer, George Assad, Chandeni K. Sendall, Nevada Gaming Control Board, Jennifer Togliatti, Rosa Solis-Rainey, Brian Krolicki, George Markantonis, Nevada Gaming Commission, and Aaron D. Ford and Intervenor-Defendant Nevada Resort Association (collectively, "Defendants"), by and through their undersigned counsel, hereby stipulate and request that the Court vacate the current scheduling order (ECF No. 133) and enter the amended case schedule and discovery deadlines set forth below. *See infra* at ¶ 15. In support thereof, the parties state as follows:

1. On March 28, 2025, Plaintiff filed a Motion for an Immediate Temporary Restraining Order and Preliminary Injunction. ECF No. 18. On April 9, the Court granted that motion. ECF No. 45.

2. On August 1, 2025, Plaintiff filed an Emergency Motion to Stay Discovery. ECF No. 87. On September 3, 2025, the Court denied Plaintiff's Emergency Motion to Stay Discovery. ECF No. 118.

3. On September 10, 2025, in light of the Court's ruling on the Emergency Motion to Stay Discovery, the parties filed an amended stipulated discovery plan and scheduling order. ECF No. 133. On September 17, 2025, the Court found good cause to modify the existing scheduling order. *See id.* at 2-3.

4. On October 10, 2025, Defendants filed a Motion to Compel Discovery. ECF No. 138. The Court heard oral argument on November 18, 2025, and set forth its findings on the record, granting in part and denying in part Defendants' Motion to Compel Discovery. *See* ECF 230.

5. On October 17, 2025, Defendants moved to dissolve the preliminary injunction entered on April 9. ECF No. 142. On November 14, 2025, the Court heard oral argument on Defendants' motion to dissolve the preliminary injunction. On November 24, 2025, Chief Judge Gordon granted Defendants' motion to dissolve. ECF No. 237.

6. On November 25, 2025, Plaintiff filed an Emergency Motion for a Stay Pending Appeal of Order Granting Motion to Dissolve Preliminary Injunction. ECF No. 238. The same day, Plaintiff filed a notice of appeal of Chief Judge Gordon's order granting Defendants' motion to dissolve. ECF No. 241.

7. On December 4, 2025, the parties filed an amended stipulated discovery plan and scheduling order. ECF No. 248. On December 5, 2025, the Court found good cause to modify the existing scheduling order. *See id.* at 5.

8. On December 16, 2025, the Court denied Plaintiff's Motion for a Stay Pending Appeal. ECF No. 258. On December 17, 2025, Plaintiff filed a Motion for a Stay Pending Appeal in the Ninth Circuit. On January 27, 2026, the Ninth Circuit referred Plaintiffs' stay motion to the merits panel.

9. On December 18, 2025, Plaintiff filed a Motion to Stay All Proceedings Pending Appeal of Order Granting Motion to Dissolve Preliminary Injunction. ECF No. 259. On January 14, 2026, the Court granted Plaintiff's motion to stay with respect to the dispositive motions and proposed joint pretrial order deadlines but denied the motion with respect to discovery. ECF No. 263. The Court further vacated the existing dispositive motion and proposed joint pretrial order deadlines. *Id.*

10. On January 23, 2026, Plaintiff served notices of Rule 45 third party subpoenas upon Caesars Entertainment, Inc., Circa Hospitality Group LLC, Circa Hospitality Group I LLC, Circa Hospitality Group II, LLC, Circa Hospitality Group III, LLC, and PENN Entertainment, Inc.

11. On January 27, 2026, Plaintiff served a notice of Rule 45 third party subpoena upon PENN Entertainment, Inc.

12. On January 28, 2026, Plaintiff and Defendants agreed in principle to extend fact discovery and to provide additional time to schedule depositions.

13. On January 30, 2026, State Defendants served additional document requests on Plaintiff (the "January 30 Requests"). On the same day, Kalshi served an additional set of interrogatories on State Defendants and the NRA, and served notices of Rule 45 third party subpoenas upon William Hill Nevada I, and William Hill Nevada II.

14. On February 3, 2026, Kalshi served a notice of Rule 45 third party subpoena on LVGV, LLC d/b/a M Resort Spa Casino.

15. The parties agree that good cause exists to extend the discovery schedule in this matter, and that such an extension will not prejudice any party. Throughout the document discovery process, the parties have engaged in meet-and-confers and extended mutual courtesy extensions related to the production of documents. Although the parties have significantly narrowed their document disputes through the meet-and-confer process, the parties still have certain disputes regarding the scope and extent of proper discovery in this matter, which may be the subject of limited motion practice to this court. The parties agree that it is appropriate to defer depositions until after material disputes about the scope and extent of document discovery are resolved and, therefore, the parties have not yet begun depositions in this matter. Additionally, the parties acknowledge that the discovery schedule in this matter can be extended, as set forth below, without serious risk of prejudice to any party because the Court has determined to vacate dispositive motion and pretrial deadlines until after a decision from the Ninth Circuit on the currently pending appeal in this matter, which is scheduled for argument on April 16, 2026.

16. Accordingly, the parties have stipulated to extend the time for the parties to complete discovery so that the parties may progress pending discovery as follows:

    a. <u>Plaintiff's Last Day to Serve Reciprocal Discovery Requests on the Topics in State Defendants' January 30 Requests</u>: March 2, 2026

b. <u>Last Day to Complete Document Production in Response to Requests Served Before January 1, 2026</u>:  March 4, 2026

c. <u>Last Day for Discovery Motions related to Requests Served Before January 1, 2026</u>:  March 11, 2026

d. <u>Last Day for Discovery Motions on Third Party Subpoenas</u>:  March 25, 2026

e. <u>Last Day to Complete Document Production in Response to Requests Served After January 1, 2026</u>:  April 6, 2026

f. <u>Last Day for Discovery Motions related to Requests Served After January 1, 2026</u>:  April 13, 2026

g. <u>Depositions Begin</u>:  April 27, 2026

h. <u>Close of Fact Discovery</u>:  May 29, 2026

i. <u>Initial Expert Disclosures</u>:  June 3, 2026

j. <u>Rebuttal Expert Disclosures</u>:  July 1, 2026

k. <u>Close of Expert Discovery</u>:  August 18, 2026

17. The parties therefore respectfully request that the Court vacate the current scheduling order, and order the parties to proceed with discovery in this case pursuant to the amended deadlines set forth in Paragraph 15, *supra*.

Respectfully submitted on February 27, 2026.

/s/ Paul C. Williams
Dennis L. Kennedy (Bar No. 1462)
Paul C. Williams (Bar No. 12524)
Bailey Kennedy
8984 Spanish Ridge Avenue
Las Vegas, NV 89148
Telephone: (702) 562-8820
dkennedy@baileykennedy.com
pwilliams@baileykennedy.com

Neal Kumar Katyal (*Pro Hac Vice*)
Joshua B. Sterling (*Pro Hac Vice*)
William E. Havemann (*Pro Hac Vice*)
Milbank LLP
1101 New York Avenue NW
Washington, DC 20005
Telephone: (202) 835-7505
nkatyal@milbank.com
jsterling@milbank.com
whavemann@milbank.com

Grant R. Mainland (*Pro Hac Vice*)
Andrew L. Porter (*Pro Hac Vice*)
Nicole Valente (*Pro Hac Vice*)
Katrin Cassidy-Ginsberg (*Pro Hac Vice*)
Victor Hollenberg (*Pro Hac Vice*)
Milbank LLP
55 Hudson Yards
New York, N.Y. 10001
Telephone: (212) 530-5000
gmainland@milbank.com
aporter@milbank.com
nvalente@milbank.com
kcassidy-ginsberg@milbank.com
vhollenberg@milbank.com

*Attorneys for Plaintiff KalshiEX LLC*

/s/ Rory K. Schneider
AARON D. FORD
Attorney General
Jessica E. Whelan (Bar No. 14781)
  Chief Deputy Solicitor General
Sabrena K. Clinton (Bar No. 6499)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
Telephone: (702) 486-3420
jwhelan@ag.nv.gov
sclinton@ag.nv.gov

Nicole A. Saharsky (*Pro Hac Vice*)
Minh Nguyen-Dang (*Pro Hac Vice*)
Mayer Brown LLP
1999 K Street NW
Washington, D.C. 20006
Telephone: (202) 263-5282
NSaharsky@mayerbrown.com
MNguyen-Dang@mayerbrown.com

Rory K. Schneider (*Pro Hac Vice*)
Mayer Brown LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 506-2500
RSchneider@mayerbrown.com

*Attorneys for State Defendants*

/s/ Adam Hosmer-Hennen
Adam Hosmer-Hennen (Bar. No. 12779)
A.G. Burnett (Bar No. 5895)
Jane Susskind (Bar No. 15099)
Katrina Weil (Bar No. 16152)
Thaddeus C. Houston (Bar No. 17215)
McDonald Carano LLP
100 West Liberty Street, 10th Floor
Reno, NV 89501

*Attorneys for Intervenor-Defendant*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: March 2, 2026