# EXHIBIT C
# 9/26/2025 - 10/16/2025
# Email Chain

**Jay Jung**

| | |
|---|---|
| **From:** | Cassidy-Ginsberg, Katie <KCassidy-Ginsberg@milbank.com> |
| **Sent:** | Thursday, October 16, 2025 10:51 PM |
| **To:** | Rory K. Schneider; Alexander Mendelson; Porter, Andrew; Jane E. Susskind |
| **Cc:** | Adam Hosmer-Henner; A. G. Burnett; Thad Houston; Jacqueline Carstenbrook; Nicole A. Saharsky; Minh Olivier Nguyen-Dang; jwhelan@ag.nv.gov; DKennedy@baileykennedy.com; pwilliams@baileykennedy.com; Sterling, Josh; Mainland, Grant; Havemann, Will; Valente, Nicole; Baum, Rosa |
| **Subject:** | RE: Kalshiex, LLC v. Hendrick et al. |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**CAUTION: External Email - Only click on contents you know are safe.**

Rory,

With respect to advertisements, Kalshi's proposal is limited to advertisements placed directly by Kalshi on one of the specified platforms. Kalshi contracts with advertising agencies to place some advertisements. We have been looking into the feasibility of producing such advertisements, including if they are under Kalshi's possession, custody, or control, but in any event we believe production of such advertisements from these third parties would be unduly burdensome and not proportional to the needs of the case, particularly when (1) Kalshi has agreed to produce the advertisements directly placed by Kalshi, and (2) the advertisements are publicly available. We continue to fail to see the relevancy of any production of advertisements, and made our offer as a compromise (just as we previously offered to stipulate to Kalshi has placed advertisements in Nevada using the word "bet"), to avoid burdening the Court with unnecessary motion practice. To the extent further discovery on advertisements is warranted after Kalshi produces the documents it has already agreed to produce, Kalshi is willing to meet and confer.

With respect to the metadata, as we have previously explained, we have been investigating whether there is any other unproduced metadata associated with the production certifications and related appendices. That investigation is still ongoing.

Best,
Katie

Katie Cassidy-Ginsberg | Milbank | Associate
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5030
KCassidy-Ginsberg@milbank.com | milbank.com

---

**From:** Schneider, Rory K. <RSchneider@mayerbrown.com>
**Sent:** Thursday, October 16, 2025 11:44 AM
**To:** Cassidy-Ginsberg, Katie <KCassidy-Ginsberg@milbank.com>; Mendelson, Alexander <AMendelson@mayerbrown.com>; Porter, Andrew <APorter@milbank.com>; Jane E. Susskind <jsusskind@mcdonaldcarano.com>
**Cc:** Adam Hosmer-Henner <ahosmerhenner@mcdonaldcarano.com>; A. G. Burnett <agburnett@mcdonaldcarano.com>; Thad Houston <thouston@mcdonaldcarano.com>; Jacqueline Carstenbrook <jcarstenbrook@mcdonaldcarano.com>; Saharsky, Nicole A. <NSaharsky@mayerbrown.com>; Nguyen-Dang, Minh Olivier <MNguyen-Dang@mayerbrown.com>; jwhelan@ag.nv.gov; DKennedy@baileykennedy.com; pwilliams@baileykennedy.com; Sterling, Josh <jsterling@milbank.com>; Mainland, Grant <GMainland@milbank.com>; Havemann, Will <whavemann@milbank.com>;

Valente, Nicole <nvalente@milbank.com>; Baum, Rosa <rbaum@milbank.com>
**Subject:** [EXT] RE: Kalshiex, LLC v. Hendrick et al.

Counsel:  It has been one week since you made a proposal about producing Kalshi's advertisements to resolve an outstanding discovery dispute.  We promptly asked for a straightforward clarification about that proposal, and you have still failed to respond.  Nor have you explained, much less justified, your apparent refusal to respond.  We expect a response today and, provided the terms are acceptable after you provide the requested clarification, a production soon thereafter.

It has also been more than two weeks since we brought to your attention the absence of required metadata in Kalshi's production.  You have still not explained why the metadata was withheld or provided the missing metadata.  Please provide the metadata by the end of this week.

We are available to discuss if helpful.

_____

**Rory K. Schneider**
*Partner*
Mayer Brown LLP
1221 Avenue of the Americas
New York, New York 10020-1001
T +1 212 506 2157

mayerbrown.com

Please consider the environment before printing this e-mail. If you need to print it, consider printing it double-sided.

---

**From:** Schneider, Rory K.
**Sent:** Tuesday, October 14, 2025 4:07 PM
**To:** 'Cassidy-Ginsberg, Katie' <KCassidy-Ginsberg@milbank.com>; Mendelson, Alexander <AMendelson@mayerbrown.com>; Porter, Andrew <APorter@milbank.com>; Jane E. Susskind <jsusskind@mcdonaldcarano.com>
**Cc:** Adam Hosmer-Henner <ahosmerhenner@mcdonaldcarano.com>; A. G. Burnett <agburnett@mcdonaldcarano.com>; Thad Houston <thouston@mcdonaldcarano.com>; Jacqueline Carstenbrook <jcarstenbrook@mcdonaldcarano.com>; Saharsky, Nicole A. <NSaharsky@mayerbrown.com>; Nguyen-Dang, Minh Olivier <MNguyen-Dang@mayerbrown.com>; jwhelan@ag.nv.gov; DKennedy@baileykennedy.com; pwilliams@baileykennedy.com; Sterling, Josh <jsterling@milbank.com>; Mainland, Grant <GMainland@milbank.com>; Havemann, Will <whavemann@milbank.com>; Valente, Nicole <nvalente@milbank.com>; Baum, Rosa <rbaum@milbank.com>
**Subject:** RE: Kalshiex, LLC v. Hendrick et al.

Thank you, Katie.  Alex's request was merely for confirmation of the terms of Kalshi's proposal (sent at 9:52 pm Thursday night).  We fail to understand the delay in responding.

---

**From:** Cassidy-Ginsberg, Katie <KCassidy-Ginsberg@milbank.com>
**Sent:** Monday, October 13, 2025 10:08 PM
**To:** Schneider, Rory K. <RSchneider@mayerbrown.com>; Mendelson, Alexander <AMendelson@mayerbrown.com>; Porter, Andrew <APorter@milbank.com>; Jane E. Susskind <jsusskind@mcdonaldcarano.com>
**Cc:** Adam Hosmer-Henner <ahosmerhenner@mcdonaldcarano.com>; A. G. Burnett <agburnett@mcdonaldcarano.com>; Thad Houston <thouston@mcdonaldcarano.com>; Jacqueline Carstenbrook <jcarstenbrook@mcdonaldcarano.com>; Saharsky, Nicole A. <NSaharsky@mayerbrown.com>; Nguyen-Dang, Minh Olivier <MNguyen-Dang@mayerbrown.com>; jwhelan@ag.nv.gov; DKennedy@baileykennedy.com; pwilliams@baileykennedy.com; Sterling, Josh <jsterling@milbank.com>; Mainland, Grant <GMainland@milbank.com>; Havemann, Will <whavemann@milbank.com>;

Valente, Nicole <nvalente@milbank.com>; Baum, Rosa <rbaum@milbank.com>
**Subject:** RE: Kalshiex, LLC v. Hendrick et al.

**CAUTION: External Email - Only click on contents you know are safe.**

Rory,

We are in receipt of your communications (including Alex's from 11:14 pm Thursday night) and have been working with Kalshi to prepare a response.

Thank you,
Katie

Katie Cassidy-Ginsberg | Milbank | Associate
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5030
KCassidy-Ginsberg@milbank.com | milbank.com

---

**From:** Schneider, Rory K. <RSchneider@mayerbrown.com>
**Sent:** Monday, October 13, 2025 1:25 PM
**To:** Mendelson, Alexander <AMendelson@mayerbrown.com>; Cassidy-Ginsberg, Katie <KCassidy-Ginsberg@milbank.com>; Porter, Andrew <APorter@milbank.com>; Jane E. Susskind <jsusskind@mcdonaldcarano.com>
**Cc:** Adam Hosmer-Henner <ahosmerhenner@mcdonaldcarano.com>; A. G. Burnett <agburnett@mcdonaldcarano.com>; Thad Houston <thouston@mcdonaldcarano.com>; Jacqueline Carstenbrook <jcarstenbrook@mcdonaldcarano.com>; Saharsky, Nicole A. <NSaharsky@mayerbrown.com>; Nguyen-Dang, Minh Olivier <MNguyen-Dang@mayerbrown.com>; jwhelan@ag.nv.gov; DKennedy@baileykennedy.com; pwilliams@baileykennedy.com; Sterling, Josh <jsterling@milbank.com>; Mainland, Grant <GMainland@milbank.com>; Havemann, Will <whavemann@milbank.com>; Valente, Nicole <nvalente@milbank.com>
**Subject:** [EXT] RE: Kalshiex, LLC v. Hendrick et al.

Hi Katie – Kindly following up on the below, including Alex's request for clarification regarding Kalshi's proposal for advertisements on Thursday.  Please confirm receipt and indicate when we can expect responses on each of the items raised below.  Thank you.

---

**From:** Mendelson, Alexander <AMendelson@mayerbrown.com>
**Sent:** Friday, October 10, 2025 1:45 PM
**To:** Cassidy-Ginsberg, Katie <KCassidy-Ginsberg@milbank.com>; Porter, Andrew <APorter@milbank.com>; Schneider, Rory K. <RSchneider@mayerbrown.com>; Jane E. Susskind <jsusskind@mcdonaldcarano.com>
**Cc:** Adam Hosmer-Henner <ahosmerhenner@mcdonaldcarano.com>; A. G. Burnett <agburnett@mcdonaldcarano.com>; Thad Houston <thouston@mcdonaldcarano.com>; Jacqueline Carstenbrook <jcarstenbrook@mcdonaldcarano.com>; Saharsky, Nicole A. <NSaharsky@mayerbrown.com>; Nguyen-Dang, Minh Olivier <MNguyen-Dang@mayerbrown.com>; jwhelan@ag.nv.gov; DKennedy@baileykennedy.com; pwilliams@baileykennedy.com; Sterling, Josh <jsterling@milbank.com>; Mainland, Grant <GMainland@milbank.com>; Havemann, Will <whavemann@milbank.com>; Valente, Nicole <nvalente@milbank.com>
**Subject:** RE: Kalshiex, LLC v. Hendrick et al.

Katie,

In addition to our question with respect to advertisements below, I write to follow up on a few additional outstanding discovery matters.

- **CFTC Communications:**  At our initial meet and confer on September 22, Kalshi represented that it had identified fewer than 20,000 potentially responsive documents to State Defendants' request for communications with the CFTC among likely custodians from 2023 to that date.  Since then, we have reached agreement with respect to custodians, search terms, and time period (October 2, 2024 through September 11, 2025), and Kalshi has agreed to produce responsive documents.  Kalshi should make productions on a rolling basis and as expeditiously as reasonably practicable.
  - o  Given these updated search parameters, can you please provide a revised estimate of the number of potentially responsive documents that have been collected, and provide a date on which you expect to begin producing documents?
- **Initial Production Metadata**:  In your 9/29 Letter, you indicated that you were continuing to investigate the issues that State Defendants' had identified, and that you intended to produce any additional metadata associated with Kalshi's initial production, to the extent any such unproduced metadata exists.
  - o  Can you please confirm the status of your investigation, whether you intend to produce any additional metadata with respect to your first or second production, and if so, when?

We are available to meet and confer.

Thank you,
Alex

_____

**Alexander S. Mendelson**
*Associate*
*Pronouns: he/him*
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001
United States of America
T +1 212 506 2152 | M +1 516 902 5416
mayerbrown.com

Please consider the environment before printing this e-mail. If you need to print it, consider printing it double-sided.

---

**From:** Mendelson, Alexander
**Sent:** Thursday, October 9, 2025 11:14 PM
**To:** 'Cassidy-Ginsberg, Katie' <KCassidy-Ginsberg@milbank.com>; Porter, Andrew <APorter@milbank.com>; Schneider, Rory K. <RSchneider@mayerbrown.com>; Jane E. Susskind <jsusskind@mcdonaldcarano.com>
**Cc:** Adam Hosmer-Henner <ahosmerhenner@mcdonaldcarano.com>; A. G. Burnett <agburnett@mcdonaldcarano.com>; Thad Houston <thouston@mcdonaldcarano.com>; Jacqueline Carstenbrook <jcarstenbrook@mcdonaldcarano.com>; Saharsky, Nicole A. <NSaharsky@mayerbrown.com>; Nguyen-Dang, Minh Olivier <MNguyen-Dang@mayerbrown.com>; jwhelan@ag.nv.gov; DKennedy@baileykennedy.com; pwilliams@baileykennedy.com; Sterling, Josh <jsterling@milbank.com>; Mainland, Grant <GMainland@milbank.com>; Havemann, Will <whavemann@milbank.com>; Valente, Nicole <nvalente@milbank.com>
**Subject:** RE: Kalshiex, LLC v. Hendrick et al.

Thanks, Katie.  To confirm, "ads placed by Kalshi" would include advertisements placed by Kalshi on one of the specified platforms through an affiliate or third party (such as an advertising agency)?

Thank you,
Alex

_____

**Alexander S. Mendelson**
*Associate*
*Pronouns: he/him*
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001
United States of America
T +1 212 506 2152 | M +1 516 902 5416
mayerbrown.com

Please consider the environment before printing this e-mail. If you need to print it, consider printing it double-sided.

**From:** Cassidy-Ginsberg, Katie <KCassidy-Ginsberg@milbank.com>
**Sent:** Thursday, October 9, 2025 9:52 PM
**To:** Porter, Andrew <APorter@milbank.com>; Schneider, Rory K. <RSchneider@mayerbrown.com>; Jane E. Susskind <jsusskind@mcdonaldcarano.com>; Mendelson, Alexander <AMendelson@mayerbrown.com>
**Cc:** Adam Hosmer-Henner <ahosmerhenner@mcdonaldcarano.com>; A. G. Burnett <agburnett@mcdonaldcarano.com>; Thad Houston <thouston@mcdonaldcarano.com>; Jacqueline Carstenbrook <jcarstenbrook@mcdonaldcarano.com>; Saharsky, Nicole A. <NSaharsky@mayerbrown.com>; Nguyen-Dang, Minh Olivier <MNguyen-Dang@mayerbrown.com>; jwhelan@ag.nv.gov; DKennedy@baileykennedy.com; pwilliams@baileykennedy.com; Sterling, Josh <jsterling@milbank.com>; Mainland, Grant <GMainland@milbank.com>; Havemann, Will <whavemann@milbank.com>; Valente, Nicole <nvalente@milbank.com>
**Subject:** Re: Kalshiex, LLC v. Hendrick et al.

> [!CAUTION] **External Email - Only click on contents you know are safe.**

Rory,

With respect to Item 5, we are amenable to using Defendants' search terms on ads placed by Kalshi with the identified platforms and during the relevant time periods that you identified.  It is still our view that any discovery regarding Kalshi's advertising is irrelevant, and any agreement to run the proposed search terms against ads placed on the proposed platforms is intended as a compromise to resolve Defendants' request for advertisements placed by Kalshi.  Please confirm your agreement.

Thank you,
Katie

Katie Cassidy-Ginsberg | Milbank | Associate
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5030
KCassidy-Ginsberg@milbank.com | milbank.com

---

**From:** Porter, Andrew <APorter@milbank.com>
**Sent:** Tuesday, October 7, 2025 12:02:25 PM
**To:** Schneider, Rory K. <RSchneider@mayerbrown.com>; Jane E. Susskind <jsusskind@mcdonaldcarano.com>; Mendelson, Alexander <AMendelson@mayerbrown.com>; Cassidy-Ginsberg, Katie <KCassidy-Ginsberg@milbank.com>
**Cc:** Adam Hosmer-Henner <ahosmerhenner@mcdonaldcarano.com>; A. G. Burnett <agburnett@mcdonaldcarano.com>; Thad Houston <thouston@mcdonaldcarano.com>; Jacqueline Carstenbrook <jcarstenbrook@mcdonaldcarano.com>; Saharsky, Nicole A. <NSaharsky@mayerbrown.com>; Nguyen-Dang, Minh Olivier <MNguyen-Dang@mayerbrown.com>; jwhelan@ag.nv.gov <jwhelan@ag.nv.gov>; DKennedy@baileykennedy.com <DKennedy@baileykennedy.com>;

pwilliams@baileykennedy.com <pwilliams@baileykennedy.com>; Sterling, Josh <jsterling@milbank.com>; Mainland, Grant <GMainland@milbank.com>; Havemann, Will <whavemann@milbank.com>; Valente, Nicole <nvalente@milbank.com>
**Subject:** RE: Kalshiex, LLC v. Hendrick et al.

Rory,

As Katie explained on Friday, we've been working with Kalshi on a response to Defendants' proposed terms, which we received just one week ago. Defendants' proposal involved running search terms on nine separate platforms, across four time periods. We expect to be able to provide a response today or tomorrow, but given that any response may necessitate further meeting-and-conferring, we are amenable to your proposal and agree that Item 5 can remain open.

Andrew

Andrew Porter | Milbank | Partner
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5361
APorter@milbank.com | milbank.com

---

**From:** Schneider, Rory K. <RSchneider@mayerbrown.com>
**Sent:** Tuesday, October 7, 2025 11:38 AM
**To:** Jane E. Susskind <jsusskind@mcdonaldcarano.com>; Mendelson, Alexander <AMendelson@mayerbrown.com>; Cassidy-Ginsberg, Katie <KCassidy-Ginsberg@milbank.com>; Porter, Andrew <APorter@milbank.com>
**Cc:** Adam Hosmer-Henner <ahosmerhenner@mcdonaldcarano.com>; A. G. Burnett <agburnett@mcdonaldcarano.com>; Thad Houston <thouston@mcdonaldcarano.com>; Jacqueline Carstenbrook <jcarstenbrook@mcdonaldcarano.com>; Saharsky, Nicole A. <NSaharsky@mayerbrown.com>; Nguyen-Dang, Minh Olivier <MNguyen-Dang@mayerbrown.com>; jwhelan@ag.nv.gov; DKennedy@baileykennedy.com; pwilliams@baileykennedy.com; Sterling, Josh <jsterling@milbank.com>; Mainland, Grant <GMainland@milbank.com>; Havemann, Will <whavemann@milbank.com>; Valente, Nicole <nvalente@milbank.com>
**Subject:** [EXT] RE: Kalshiex, LLC v. Hendrick et al.

Hi Katie –The deadline for motions to compel is tomorrow, and we are still awaiting Kalshi's position with respect to Item 5. Given that, I assume we can agree that the meet-and-confer process over advertisement-related document discovery remains open and that any eventual disagreement may be raised with the Court at a later date if necessary. I would appreciate if you could confirm when you have a chance. Thank you.

---

**From:** Jane E. Susskind <jsusskind@mcdonaldcarano.com>
**Sent:** Monday, October 6, 2025 6:14 PM
**To:** Mendelson, Alexander <AMendelson@mayerbrown.com>; Cassidy-Ginsberg, Katie <KCassidy-Ginsberg@milbank.com>; Porter, Andrew <APorter@milbank.com>; Schneider, Rory K. <RSchneider@mayerbrown.com>
**Cc:** Adam Hosmer-Henner <ahosmerhenner@mcdonaldcarano.com>; A. G. Burnett <agburnett@mcdonaldcarano.com>; Thad Houston <thouston@mcdonaldcarano.com>; Jacqueline Carstenbrook <jcarstenbrook@mcdonaldcarano.com>; Saharsky, Nicole A. <NSaharsky@mayerbrown.com>; Nguyen-Dang, Minh Olivier <MNguyen-Dang@mayerbrown.com>; jwhelan@ag.nv.gov; DKennedy@baileykennedy.com; pwilliams@baileykennedy.com; Sterling, Josh <jsterling@milbank.com>; Mainland, Grant <GMainland@milbank.com>; Havemann, Will <whavemann@milbank.com>; Valente, Nicole <nvalente@milbank.com>
**Subject:** RE: Kalshiex, LLC v. Hendrick et al.

**CAUTION: External Email - Only click on contents you know are safe.**

Katie,

I'm following up on Alex's response below, but on the NRA's behalf. We join the State Defendants' positions as to Items 1-5. That includes the State Defendants' proposed search parameters for advertisements, which we believe is reasonable.

I do want to echo Alex's point with respect to Item 4. We don't agree with Kalshi's attempts to limit discovery on this key issue to less than a one-month timeframe and just one custodian. While we appreciate you providing an explanation, we have a hard time believing that there were no discussions about compliance with Nevada law before Kalshi started offering sports event contracts in Nevada (which was before the March 4 cease and desist letter). And without running searches using the search terms proposed below, we don't believe Kalshi can be sure of that either. We also don't believe that the initiation of litigation is a reasonable ending point to your timeframe, as anything privileged can be logged.

As for Item 6, we're discussing internally whether an additional meet and confer would be productive, but do not think one would be at this point.

Thanks,

**Jane Susskind** | Attorney

D: 775.326.4336  |  E: jsusskind@mcdonaldcarano.com

---

**From:** Mendelson, Alexander <AMendelson@mayerbrown.com>
**Sent:** Saturday, October 4, 2025 9:42 AM
**To:** Cassidy-Ginsberg, Katie <KCassidy-Ginsberg@milbank.com>; Porter, Andrew <APorter@milbank.com>; Schneider, Rory K. <RSchneider@mayerbrown.com>
**Cc:** Adam Hosmer-Henner <ahosmerhenner@mcdonaldcarano.com>; A. G. Burnett <agburnett@mcdonaldcarano.com>; Jane E. Susskind <jsusskind@mcdonaldcarano.com>; Thad Houston <thouston@mcdonaldcarano.com>; Jacqueline Carstenbrook <jcarstenbrook@mcdonaldcarano.com>; Saharsky, Nicole A. <NSaharsky@mayerbrown.com>; Nguyen-Dang, Minh Olivier <MNguyen-Dang@mayerbrown.com>; jwhelan@ag.nv.gov; DKennedy@baileykennedy.com; pwilliams@baileykennedy.com; Sterling, Josh <jsterling@milbank.com>; Mainland, Grant <GMainland@milbank.com>; Havemann, Will <whavemann@milbank.com>; Valente, Nicole <nvalente@milbank.com>
**Subject:** RE: Kalshiex, LLC v. Hendrick et al.

Katie,

Thanks for your response.

With respect to Item 4, we consider the parties to have reached an impasse; State Defendants will move to compel.

Kalshi's proposed timeframe ignores that its conflict preemption arguments and the proposed searches related to those arguments are not even strictly limited to Nevada. Kalshi has not represented that it engaged in no discussions about its alleged inability to comply with state (including Nevada) law and regulation (or the supposed obstacles such compliance would present) prior to March 4, 2025. Nor does your statement that subsequent communications are likely to be privileged mean that no non-privileged communications occurred or that privileged communications you concede did occur need not be logged. We'll take these and other issues up with the Court.

Please let us know as soon as possible when we may expect a more fulsome response with respect to Item 5. State Defendants do not understand NRA's joinder or lack thereof in these requests as a gating issue that must be resolved before Kalshi provides such response.

State Defendants reserve all rights, including with respect to NRA's interrogatories discussed below.

Thank you,
Alex

_____

**Alexander S. Mendelson**
*Associate*
*Pronouns: he/him*
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001
United States of America
T +1 212 506 2152 | M +1 516 902 5416
mayerbrown.com

Please consider the environment before printing this e-mail. If you need to print it, consider printing it double-sided.

**From:** Cassidy-Ginsberg, Katie <KCassidy-Ginsberg@milbank.com>
**Sent:** Friday, October 3, 2025 8:58 PM
**To:** Mendelson, Alexander <AMendelson@mayerbrown.com>; Porter, Andrew <APorter@milbank.com>; Schneider, Rory K. <RSchneider@mayerbrown.com>
**Cc:** Adam Hosmer-Henner <ahosmerhenner@mcdonaldcarano.com>; A. G. Burnett <agburnett@mcdonaldcarano.com>; Jane E. Susskind <jsusskind@mcdonaldcarano.com>; Thad Houston <thouston@mcdonaldcarano.com>; Jacqueline Carstenbrook <jcarstenbrook@mcdonaldcarano.com>; Saharsky, Nicole A. <NSaharsky@mayerbrown.com>; Nguyen-Dang, Minh Olivier <MNguyen-Dang@mayerbrown.com>; jwhelan@ag.nv.gov; DKennedy@baileykennedy.com; pwilliams@baileykennedy.com; Sterling, Josh <jsterling@milbank.com>; Mainland, Grant <GMainland@milbank.com>; Havemann, Will <whavemann@milbank.com>; Valente, Nicole <nvalente@milbank.com>
**Subject:** RE: Kalshiex, LLC v. Hendrick et al.

<mark>CAUTION: **External Email - Only click on contents you know are safe.**</mark>

All,

*With respect to Item 4*, we do not agree to extend the time period for review. As we previously discussed, Kalshi does not believe compliance with Nevada law would have been discussed prior to receipt of the Nevada Gaming Control Board's cease and desist letter on March 4, 2025. Moreover, there is no reason to extend the review beyond March 28, 2025, the date Kalshi filed the instant action, given any communications on this topic would likely be privileged or constitute attorney work product.

*With respect to Item 5*, we are still awaiting confirmation from NRA on if it joins in State Defendants' request. Please let us know as soon as possible. We are continuing to work with Kalshi regarding this request, including determining the extent to which the advertising on each platform is duplicative of one another, and expect that a more fulsome response is forthcoming.

*With respect to Item 6*, regarding NRA's Interrogatory Nos. 4 and 7, Kalshi stands on its previously-provided responses and objections, but is willing to further meet and confer.

With respect to NRA Interrogatory No. 4, NRA's counsel articulated on Monday's call that this Interrogatory is relevant to the question of whether Kalshi operates as "the house" akin to a sportsbook. We continue to fail to see the relevance of this request to the issue in this case. Whether or not Kalshi acts like "the house" is irrelevant to the question of whether the CEA preempts state law regulation of Kalshi's offerings, and its claim for an injunction to prevent State Defendants from enforcing preempted state law against Kalshi. To the extent it would be useful to further meet-and-confer, we are happy to do so over email, or can otherwise make ourselves available on Monday.

With respect to NRA Interrogatory No. 7, we continue to not understand what is meant by "effects or consequences accruing to Kalshi from its Sports Event Contracts" or "whether Kalshi receives a larger or smaller financial effect or consequence depending on the outcome of each sporting event." To the extent the Interrogatory is requesting whether Kalshi receives a larger or smaller fee for facilitating the trading of sports event contracts as opposed to other event contracts, Kalshi's fee structure for all trades is publicly disclosed on its website, available here: <u>Fee Schedule for Oct 2025 - 10.1.25 Update</u>. To the extent NRA is making a different inquiry, please clarify in response to this email. We are also available to meet and confer on Monday, if helpful.

Best,
Katie

Katie Cassidy-Ginsberg | Milbank | Associate
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5030
KCassidy-Ginsberg@milbank.com | milbank.com

---

**From:** Mendelson, Alexander <AMendelson@mayerbrown.com>
**Sent:** Friday, October 3, 2025 11:22 AM
**To:** Cassidy-Ginsberg, Katie <KCassidy-Ginsberg@milbank.com>; Porter, Andrew <APorter@milbank.com>; Schneider, Rory K. <RSchneider@mayerbrown.com>
**Cc:** Adam Hosmer-Henner <ahosmerhenner@mcdonaldcarano.com>; A. G. Burnett <agburnett@mcdonaldcarano.com>; Jane E. Susskind <jsusskind@mcdonaldcarano.com>; Thad Houston <thouston@mcdonaldcarano.com>; Jacqueline Carstenbrook <jcarstenbrook@mcdonaldcarano.com>; Saharsky, Nicole A. <NSaharsky@mayerbrown.com>; Nguyen-Dang, Minh Olivier <MNguyen-Dang@mayerbrown.com>; jwhelan@ag.nv.gov; DKennedy@baileykennedy.com; pwilliams@baileykennedy.com; Sterling, Josh <jsterling@milbank.com>; Mainland, Grant <GMainland@milbank.com>; Havemann, Will <whavemann@milbank.com>; Valente, Nicole <nvalente@milbank.com>
**Subject:** [EXT] RE: Kalshiex, LLC v. Hendrick et al.

Counsel,

With respect to items 1 through 3 below, we will agree that the search terms proposed by Kalshi on September 29, and our additional search terms proposed on September 30, run against the five custodians on September 30, from October 2, 2024, through September 11, 2025 are sufficient for an initial production responsive to State Defendants' request for Kalshi's communications with the CFTC.

State Defendants reserve the right to request additional search terms and/or custodians if further information suggests they are appropriate. We also note that this preliminary agreement to search terms and custodians does not extend to any internal communications that State Defendants may seek via a motion to compel

With respect to Item 4: we do not agree with Plaintiff's proposal. Though we are generally amenable to your proposed search terms (subject to the following additions (in red)), Kalshi has significantly narrowed the application of those terms over just one custodian and over less than a month. These undue limitations in connection with central issues in this action—conflict preemption—require, at a minimum, further explanation. Absent Kalshi's agreement to conduct these searches over the same time frame (October 2, 2024, through September 11, 2025) and over similar custodians as the resolved categories above, we will move to compel..

1. <u>Search Terms:</u>

    1. "State law" or (state w/10 law) or "state regulation" or (state w/10 regulation) or "state gaming laws" or "state gambling laws" <span style="color:red">or "gaming" or "gambling"</span>

    2. ("State law" or (state w/10 law) or "state regulation" or (state w/10 regulation) or "state gaming laws" or "state gambling laws" <span style="color:red">or "gaming" or "gambling"</span>) and (compliance or <span style="color:red">compl!</span> or preempt! or <span style="color:red">appl!</span>)

    3. Nevada w/10 law

    4. Nevada w/10 (comply or compliance <span style="color:red">or compl!</span>)
    5. <span style="color:red">Nevada and (interfer! or operat!)</span>

We look forward to hearing from you on items 5 and 6 below and are available to meet and confer further regarding Item 4. State Defendants reserve all rights.

Thank you,
Alex

_____

**Alexander S. Mendelson**
*Associate*
*Pronouns: he/him*
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001
United States of America
T +1 212 506 2152 | M +1 516 902 5416
mayerbrown.com

Please consider the environment before printing this e-mail. If you need to print it, consider printing it double-sided.

**From:** Cassidy-Ginsberg, Katie <KCassidy-Ginsberg@milbank.com>
**Sent:** Thursday, October 2, 2025 9:40 PM
**To:** Mendelson, Alexander <AMendelson@mayerbrown.com>; Porter, Andrew <APorter@milbank.com>; Schneider, Rory K. <RSchneider@mayerbrown.com>
**Cc:** Adam Hosmer-Henner <ahosmerhenner@mcdonaldcarano.com>; A. G. Burnett <agburnett@mcdonaldcarano.com>; Jane E. Susskind <jsusskind@mcdonaldcarano.com>; Thad Houston <thouston@mcdonaldcarano.com>; Jacqueline Carstenbrook <jcarstenbrook@mcdonaldcarano.com>; Saharsky, Nicole A. <NSaharsky@mayerbrown.com>; Nguyen-Dang, Minh Olivier <MNguyen-Dang@mayerbrown.com>; jwhelan@ag.nv.gov; DKennedy@baileykennedy.com; pwilliams@baileykennedy.com; Sterling, Josh <jsterling@milbank.com>; Mainland, Grant <GMainland@milbank.com>; Havemann, Will <whavemann@milbank.com>; Valente, Nicole <nvalente@milbank.com>
**Subject:** RE: Kalshiex, LLC v. Hendrick et al.

> <span style="color:red">**CAUTION: External Email -**</span> Only click on contents you know are safe.

Counsel,

In furtherance to our correspondence below:

***With respect to items 2 and 3***, Kalshi is willing to expand the "buffer period" to September 11, 2025, conditional on Defendants' acceptance of the proposals in the first and second items of my email from last night.

**With respect to item 4**, with regards to Nevada law issues, Kalshi will apply the following search criteria and produce any responsive, non-privileged documents:

- <u>Time Period</u>:  March 4, 2025 through March 28, 2025

- <u>Custodians</u>:  Xavier Sottile

- <u>Search Terms</u>:

    o "State law" or (state w/10 law) or "state regulation" or (state w/10 regulation) or "state gaming laws" or "state gambling laws"

    o ("State law" or (state w/10 law) or "state regulation" or (state w/10 regulation) or "state gaming laws" or "state gambling laws") and (compliance or comply! or preempt! or applicability or applicable)

    o Nevada w/10 law

    o Nevada w/10 (comply or compliance)

As indicated yesterday, we are available to have a meet and confer call if useful.  To allow the parties to advance this process, please let us know your responses to the items raised in yesterday's email as soon as practicable.  Kalshi reserves all rights.

Thank you,
Katie

Katie Cassidy-Ginsberg | Milbank | Associate
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5030
KCassidy-Ginsberg@milbank.com | milbank.com

---

**From:** Cassidy-Ginsberg, Katie
**Sent:** Wednesday, October 1, 2025 10:19 PM
**To:** 'Mendelson, Alexander' <AMendelson@mayerbrown.com>; Porter, Andrew <APorter@milbank.com>; Schneider, Rory K. <RSchneider@mayerbrown.com>
**Cc:** Adam Hosmer-Henner <ahosmerhenner@mcdonaldcarano.com>; A. G. Burnett <agburnett@mcdonaldcarano.com>; Jane E. Susskind <jsusskind@mcdonaldcarano.com>; Thad Houston <thouston@mcdonaldcarano.com>; Jacqueline Carstenbrook <jcarstenbrook@mcdonaldcarano.com>; Saharsky, Nicole A. <NSaharsky@mayerbrown.com>; Nguyen-Dang, Minh Olivier <MNguyen-Dang@mayerbrown.com>; jwhelan@ag.nv.gov; DKennedy@baileykennedy.com; pwilliams@baileykennedy.com; Sterling, Josh <jsterling@milbank.com>; Mainland, Grant <GMainland@milbank.com>; Havemann, Will <whavemann@milbank.com>; Valente, Nicole <nvalente@milbank.com>
**Subject:** RE: Kalshiex, LLC v. Hendrick et al.

Counsel,

We write in response to State Defendants' email below, and in furtherance of the discussion during our September 29, 2025 meet-and-confer call and related prior correspondence.

**First**, Kalshi agrees to run the "Proposed Additional CFTC Communication Search Terms" identified below over communications to and from the CFTC for the date range we previously agreed to run search terms for, conditional on State Defendants and NRA agreeing that these terms, in addition to the ones previously proposed by Kalshi, run against the custodians proposed by Kalshi, are sufficient for the document search for these communications.

**Second**, we have determined that Kalshi did not self-certify any US-election related contracts from January 1, 2024 through October 2, 2024, the date on which D.C. Circuit Court of Appeals lifted the administrative stay regarding Kalshi's

offering of election contracts in *KalshiEx LLC v. CFTC* (No. 24-5205).  Subsequent to the lifting of that stay, Kalshi began to self-certify such contracts. As such, we propose that the relevant period for document discovery in this matter run from October 2, 2024 through at least September 4, 2025 (see further discussion below).  In light of the then-extant stay and ongoing litigation, we expect there are no 2024 communications with the CFTC regarding election contract offerings.  This proposed period will encompass the self-certification period for Kalshi's US election offerings, as well as sports offerings (which did not occur until late January 2025), and will cover the requested "buffer period" for pre-2025 communications.  If State Defendants and NRA accept this proposal, and the first proposal regarding search terms, Kalshi will apply the agreed search terms to all communications to and from the CFTC from October 2, 2024 through at least September 4, 2025.

*Third*, we are continuing to review your request to expand the "buffer period" to a date later than September 4, 2025 and expect to provide you Kalshi's position on that request tomorrow.

*Fourth*, we are continuing to review your request for a search for documents related to Nevada law issues and expect to provide you Kalshi's position on that request tomorrow.

*Fifth*, we are continuing to review State Defendants' proposed platforms, time periods, and search terms related to advertisements and expect to provide you Kalshi's position on that request by the end of the week.  NRA – please let us know as soon as possible if you join in State Defendants' request.

*Sixth*, we are continuing to review State Defendants' proposals regarding the responses to Interrogatories No. 4 and 7 and plan to provide Kalshi's position by the end of the week.

Please let us know if it would be helpful to have a meet-and-confer call regarding any of the foregoing.

Best,
Katie

Katie Cassidy-Ginsberg | Milbank | Associate
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5030
KCassidy-Ginsberg@milbank.com | milbank.com

---

**From:** Mendelson, Alexander <AMendelson@mayerbrown.com>
**Sent:** Tuesday, September 30, 2025 9:32 AM
**To:** Cassidy-Ginsberg, Katie <KCassidy-Ginsberg@milbank.com>; Porter, Andrew <APorter@milbank.com>; Schneider, Rory K. <RSchneider@mayerbrown.com>
**Cc:** Adam Hosmer-Henner <ahosmerhenner@mcdonaldcarano.com>; A. G. Burnett <agburnett@mcdonaldcarano.com>; Jane E. Susskind <jsusskind@mcdonaldcarano.com>; Thad Houston <thouston@mcdonaldcarano.com>; Jacqueline Carstenbrook <jcarstenbrook@mcdonaldcarano.com>; Saharsky, Nicole A. <NSaharsky@mayerbrown.com>; Nguyen-Dang, Minh Olivier <MNguyen-Dang@mayerbrown.com>; jwhelan@ag.nv.gov; DKennedy@baileykennedy.com; pwilliams@baileykennedy.com; Sterling, Josh <jsterling@milbank.com>; Mainland, Grant <GMainland@milbank.com>; Havemann, Will <whavemann@milbank.com>; Valente, Nicole <nvalente@milbank.com>
**Subject:** [EXT] RE: Kalshiex, LLC v. Hendrick et al.

Thank you, Katie.

Please see below our proposed additions to your CFTC search terms, as well as proposed search parameters with respect to our request for advertisements.

Given that there are several items that remain outstanding following our meet and confers with respect to our requests, we propose jointly requesting a one-week extension of the deadlines for any motion to resolve outstanding discovery issues.

The outstanding items with respect to State Defendants' requests are:

1. proposed custodians and search terms with respect to our Request No. 7 (reflecting, referencing, or discussing Kalshi's contention that compliance with Nevada law interferes with the operation and function of Kalshi's markets for event contracts);
2. provision of metadata for productions to date or explanation for its absence;
3. whether Kalshi will extend the date range of its searches to include a buffer period before January 1, 2025, and after September 4, 2025;
4. the volume of pre-2025 political/election-based contracts and feasibility of their production.

**<u>Proposed Additional CFTC Communication Search Terms:</u>**

- ("CP" or CP*)
- elect! or poli!
- ("state law" or (state w/10 law) or "state regulation" or (state w/10 regulation) or "state gaming laws" or "state gambling laws") and ("federal law" or (federal w/10 law) or "federal regulation" or (federal w/10 regulation);
- sport and "swap"
- elect! and "swap"
- poli! and "swap"
- ("football" or "baseball" or "basketball" or "soccer" or "hockey" or "golf" or "cricket" or "tennis" or "chess" or "esports" or "motorsport" or "UFC" or "mixed martial arts" or "boxing")
- (sport OR elect!) and "risk mitigation"
- (sport OR elect!) and "hedg!"
- (sport OR elect!) and "price" and ("basing" or  discovery")
- "enumerated categories"
- "Section 5c(c)(i)"
- "gaming"
- "gamble"
- "gambling"
- "bet"
- "betting"
- "wager"
- "wagering"
- "rake"
- "vig"

**<u>Proposed Advertising Search Parameters</u>**

- Platforms
  - Meta (Facebook/Facebook blue, Instagram, Whatsapp, Threads)
  - TikTok
  - Twitter / X
  - Youtube
  - Twitch
  - GoogleAds
  - Snapchat
  - Linkedin
  - Reddit
- Representative Time Periods

- o   February 1 – February 10, 2025
- o   March 24 – April 7, 2025
- o   June 8 – June 22, 2025
- o   August 24 – September 23, 2025
- Terms:
  - o   "bet" or "betting" or "sports" or "sports betting" or "50" or "fifty" or "wager" or "wagering" or "gamble" or "gambling" or "promo" or "promo code"
  - o   Any advertising related to Kalshi's "College Ambassadors Program"

_____

**Alexander S. Mendelson**
*Associate*
*Pronouns: he/him*
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001
United States of America
T +1 212 506 2152 | M +1 516 902 5416
mayerbrown.com

Please consider the environment before printing this e-mail. If you need to print it, consider printing it double-sided.

**From:** Cassidy-Ginsberg, Katie <KCassidy-Ginsberg@milbank.com>
**Sent:** Monday, September 29, 2025 10:48 PM
**To:** Porter, Andrew <APorter@milbank.com>; Schneider, Rory K. <RSchneider@mayerbrown.com>
**Cc:** Adam Hosmer-Henner <ahosmerhenner@mcdonaldcarano.com>; A. G. Burnett <agburnett@mcdonaldcarano.com>; Jane E. Susskind <jsusskind@mcdonaldcarano.com>; Thad Houston <thouston@mcdonaldcarano.com>; Jacqueline Carstenbrook <jcarstenbrook@mcdonaldcarano.com>; Mendelson, Alexander <AMendelson@mayerbrown.com>; Saharsky, Nicole A. <NSaharsky@mayerbrown.com>; Nguyen-Dang, Minh Olivier <MNguyen-Dang@mayerbrown.com>; jwhelan@ag.nv.gov; DKennedy@baileykennedy.com; pwilliams@baileykennedy.com; Sterling, Josh <jsterling@milbank.com>; Mainland, Grant <GMainland@milbank.com>; Havemann, Will <whavemann@milbank.com>; Valente, Nicole <nvalente@milbank.com>
**Subject:** RE: Kalshiex, LLC v. Hendrick et al.

**CAUTION: External Email -** Only click on contents you know are safe.

All,

We have determined that the below individuals are those reasonably likely to have contact with the CFTC regarding Kalshi's self-certifications of event contracts, and we have used each as custodians for the search terms and date range identified in our letter.

- Xavier Sottile, Head of Markets
- Marcus Lee, Engineering Lead
- Sam Schwartz, Chief Compliance Officer
- Elie Mishory, former Chief Regulatory Officer and General Counsel
- Rick Heaslip, General Counsel

Our use of these individuals as custodians for Defendants' requests regarding Kalshi's communications with the CFTC (*see, e.g.*, State Defendants Request Nos. 1, 2; Intervenor-Defendant's Requests Nos. 1, 2) is based on the facts and circumstances related to these topics and is not an admission these individuals are appropriate custodians for any other categories of documents that Kalshi undertakes a review of.

Thank you,

Katie

Katie Cassidy-Ginsberg | Milbank | Associate
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5030
KCassidy-Ginsberg@milbank.com | milbank.com

---

**From:** Porter, Andrew <APorter@milbank.com>
**Sent:** Monday, September 29, 2025 10:07 AM
**To:** Schneider, Rory K. <RSchneider@mayerbrown.com>
**Cc:** Adam Hosmer-Henner <ahosmerhenner@mcdonaldcarano.com>; A. G. Burnett <agburnett@mcdonaldcarano.com>;
Jane E. Susskind <jsusskind@mcdonaldcarano.com>; Thad Houston <thouston@mcdonaldcarano.com>; Jacqueline
Carstenbrook <jcarstenbrook@mcdonaldcarano.com>; Mendelson, Alexander <AMendelson@mayerbrown.com>;
Saharsky, Nicole A. <NSaharsky@mayerbrown.com>; Nguyen-Dang, Minh Olivier <MNguyen-Dang@mayerbrown.com>;
jwhelan@ag.nv.gov; DKennedy@baileykennedy.com; pwilliams@baileykennedy.com; Sterling, Josh
<jsterling@milbank.com>; Mainland, Grant <GMainland@milbank.com>; Havemann, Will <whavemann@milbank.com>;
Valente, Nicole <nvalente@milbank.com>; Cassidy-Ginsberg, Katie <KCassidy-Ginsberg@milbank.com>
**Subject:** RE: Kalshiex, LLC v. Hendrick et al.

Rory,

I said we would endeavor to get you a response by the end of last week, and while we did so, as I indicated Friday,
the effort was complicated by the letter we received on Friday from NRA.  In any event, our response to last week's
correspondence from both State Defendants and NRA is attached.  We look forward to speaking later today.

Andrew

Andrew Porter | Milbank | Partner
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5361
APorter@milbank.com | milbank.com

---

**From:** Schneider, Rory K. <RSchneider@mayerbrown.com>
**Sent:** Saturday, September 27, 2025 3:50 PM
**To:** Porter, Andrew <APorter@milbank.com>
**Cc:** Adam Hosmer-Henner <ahosmerhenner@mcdonaldcarano.com>; A. G. Burnett <agburnett@mcdonaldcarano.com>;
Jane E. Susskind <jsusskind@mcdonaldcarano.com>; Thad Houston <thouston@mcdonaldcarano.com>; Jacqueline
Carstenbrook <jcarstenbrook@mcdonaldcarano.com>; Mendelson, Alexander <AMendelson@mayerbrown.com>;
Saharsky, Nicole A. <NSaharsky@mayerbrown.com>; Nguyen-Dang, Minh Olivier <MNguyen-Dang@mayerbrown.com>;
jwhelan@ag.nv.gov; DKennedy@baileykennedy.com; pwilliams@baileykennedy.com; Sterling, Josh
<jsterling@milbank.com>; Mainland, Grant <GMainland@milbank.com>; Havemann, Will <whavemann@milbank.com>;
Valente, Nicole <nvalente@milbank.com>; Cassidy-Ginsberg, Katie <KCassidy-Ginsberg@milbank.com>
**Subject:** [EXT] Re: Kalshiex, LLC v. Hendrick et al.

Andrew: You've said all of that multiple times. The requests were neither vague nor overbroad; Kalshi just
opted not to search for responsive documents and rely on boilerplate objections to further delay
discovery.

In any event, as you acknowledge, we met and conferred on Monday and we agreed you would revert
with more information by the end of the week. You've provided no justification for failing to do so.

The amount of additional time needed to raise unresolved issues will depend on when we finally get the information you agreed to provide. We can address that once we hear more on Monday.

Thank you.


On Sep 27, 2025, at 2:10 PM, Porter, Andrew <APorter@milbank.com> wrote:


<mark>CAUTION: **External Email - Only click on contents you know are safe.**</mark>

Rory,

As I explained on Monday, the overbreadth and vagueness of Defendants' requests necessitated that we meet and confer to understand what documents Defendants were actually seeking. That's why we repeatedly invited Defendants to meet and confer starting on September 4, 2025, and including in our September 9, 2025 responses and objections. Defendants took more than a week following the service of those responses and objections to even reach out to schedule a meet and confer, and we first met-and-conferred this past Monday, September 22. We appreciate the information you provided during the meet-and-confer, and are working with our client to prepare a response, which will now include a response to NRA's (received early Friday morning ET). Kalshi is committed to working through discovery disputes in a productive matter. To that end, we are amenable to considering an extension of the deadline to raise unresolved issues. Let us know what you have in mind for a timeframe. We believe it is in no one's interest to trouble the Court with unnecessary disputes, and look forward to continuing the meet-and-confer process.

We're available for a call at 11:30 Monday.

Andrew

Andrew Porter | Milbank | Partner
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5361
APorter@milbank.com | milbank.com

---

**From:** Schneider, Rory K. <RSchneider@mayerbrown.com>
**Sent:** Friday, September 26, 2025 8:02:45 PM
**To:** Adam Hosmer-Henner <ahosmerhenner@mcdonaldcarano.com>; Porter, Andrew <APorter@milbank.com>
**Cc:** A. G. Burnett <agburnett@mcdonaldcarano.com>; Jane E. Susskind <jsusskind@mcdonaldcarano.com>; Thad Houston <thouston@mcdonaldcarano.com>; Jacqueline Carstenbrook <jcarstenbrook@mcdonaldcarano.com>; Mendelson, Alexander <AMendelson@mayerbrown.com>; Saharsky, Nicole A. <NSaharsky@mayerbrown.com>; Nguyen-Dang, Minh Olivier <MNguyen-Dang@mayerbrown.com>; jwhelan@ag.nv.gov <jwhelan@ag.nv.gov>; DKennedy@baileykennedy.com <DKennedy@baileykennedy.com>; pwilliams@baileykennedy.com <pwilliams@baileykennedy.com>; Sterling, Josh <jsterling@milbank.com>; Mainland, Grant <GMainland@milbank.com>; Havemann, Will <whavemann@milbank.com>; Valente, Nicole <nvalente@milbank.com>; Cassidy-Ginsberg, Katie <KCassidy-Ginsberg@milbank.com>
**Subject:** [EXT] Re: Kalshiex, LLC v. Hendrick et al.

Further to the below, we are available between 11:00 and 12:30 EST on Monday if there is going to be a joint meet and confer. Thank you.

On Sep 26, 2025, at 5:14 PM, Schneider, Rory K. <RSchneider@mayerbrown.com> wrote:

Andrew,

Kalshi and State Defendants met and conferred on Monday for an hour. Kalshi had the rest of the week to consider the items addressed and revert with more information. Our letter on Wednesday merely recapped the discussion. While we are happy to join a further meet and confer on Monday (and will check availability), that the NRA may have raised additional issues doesn't change the fact that Kalshi already conferred with State Defendants and has had time to address the issues discussed.

The Court ordered the parties to meet and confer by today to allow time to raise unresolved issues by this coming Wednesday. Kalshi's failure to get back to State Defendants this week with more information deprives State Defendants of time to assess Kalshi's positions and, if necessary, brief unresolved issues to the Court. If Kalshi needed more time, it should have said so before this afternoon.

Given Kalshi's apparent inability to respond today and the suggestion that a further meet and confer on Monday is warranted, we propose that the parties stipulate to a reasonable extension of the deadline to raise unresolved issues. Absent an extension and sufficient responses from Kalshi by Monday about points already discussed, State Defendants have satisfied their meet and confer obligation and will move forward with a motion to compel in accordance with the Court's order based on the current state of affairs.

We are available to discuss further if helpful.

_____

**Rory K. Schneider**
*Partner*
Mayer Brown LLP
1221 Avenue of the Americas
New York, New York 10020-1001
T +1 212 506 2157
mayerbrown.com

Please consider the environment before printing this e-mail. If you need to print it, consider printing it double-sided.

---

**From:** Adam Hosmer-Henner <ahosmerhenner@mcdonaldcarano.com>
**Sent:** Friday, September 26, 2025 3:25 PM
**To:** Porter, Andrew <APorter@milbank.com>; Schneider, Rory K. <RSchneider@mayerbrown.com>
**Cc:** A. G. Burnett <agburnett@mcdonaldcarano.com>; Jane E. Susskind <jsusskind@mcdonaldcarano.com>; Thad Houston <thouston@mcdonaldcarano.com>; Jacqueline Carstenbrook <jcarstenbrook@mcdonaldcarano.com>; Mendelson, Alexander <AMendelson@mayerbrown.com>; Saharsky, Nicole A.

<[NSaharsky@mayerbrown.com](mailto:NSaharsky@mayerbrown.com)>; Nguyen-Dang, Minh Olivier <[MNguyen-Dang@mayerbrown.com](mailto:MNguyen-Dang@mayerbrown.com)>; [jwhelan@ag.nv.gov](mailto:jwhelan@ag.nv.gov); [jwhelan@ag.nv.gov](mailto:jwhelan@ag.nv.gov); [dkennedy@baileykennedy.com](mailto:dkennedy@baileykennedy.com); [pwilliams@baileykennedy.com](mailto:pwilliams@baileykennedy.com); Sterling, Josh <[jsterling@milbank.com](mailto:jsterling@milbank.com)>; Mainland, Grant <[GMainland@milbank.com](mailto:GMainland@milbank.com)>; Havemann, Will <[whavemann@milbank.com](mailto:whavemann@milbank.com)>; Valente, Nicole <[nvalente@milbank.com](mailto:nvalente@milbank.com)>; Cassidy-Ginsberg, Katie <[KCassidy-Ginsberg@milbank.com](mailto:KCassidy-Ginsberg@milbank.com)>
**Subject:** RE: Kalshiex, LLC v. Hendrick et al.

> **CAUTION: External Email - Only click on contents you know are safe.**

Andrew – that makes some sense for us too as you saw from our letter that we were not trying to duplicate any efforts here. We're available prior to 11am pacific (2pm eastern) on Monday.

**Adam Hosmer-Henner** | Partner

**McDONALD CARANO**

**P:** 775.788.2000 | **E:** [ahosmerhenner@mcdonaldcarano.com](mailto:ahosmerhenner@mcdonaldcarano.com)

---

**From:** Porter, Andrew <[APorter@milbank.com](mailto:APorter@milbank.com)>
**Sent:** Friday, September 26, 2025 11:57 AM
**To:** Schneider, Rory K. <[rschneider@mayerbrown.com](mailto:rschneider@mayerbrown.com)>; Adam Hosmer-Henner <[ahosmerhenner@mcdonaldcarano.com](mailto:ahosmerhenner@mcdonaldcarano.com)>
**Cc:** A. G. Burnett <[agburnett@mcdonaldcarano.com](mailto:agburnett@mcdonaldcarano.com)>; Jane E. Susskind <[jsusskind@mcdonaldcarano.com](mailto:jsusskind@mcdonaldcarano.com)>; Thad Houston <[thouston@mcdonaldcarano.com](mailto:thouston@mcdonaldcarano.com)>; Jacqueline Carstenbrook <[jcarstenbrook@mcdonaldcarano.com](mailto:jcarstenbrook@mcdonaldcarano.com)>; [amendelson@mayerbrown.com](mailto:amendelson@mayerbrown.com); [nsaharsky@mayerbrown.com](mailto:nsaharsky@mayerbrown.com); [mnguyen-dang@mayerbrown.com](mailto:mnguyen-dang@mayerbrown.com); [jwhelan@ag.nv.gov](mailto:jwhelan@ag.nv.gov); [jwhelan@ag.nv.gov](mailto:jwhelan@ag.nv.gov); [dkennedy@baileykennedy.com](mailto:dkennedy@baileykennedy.com); [pwilliams@baileykennedy.com](mailto:pwilliams@baileykennedy.com); Sterling, Josh <[jsterling@milbank.com](mailto:jsterling@milbank.com)>; Mainland, Grant <[GMainland@milbank.com](mailto:GMainland@milbank.com)>; Havemann, Will <[whavemann@milbank.com](mailto:whavemann@milbank.com)>; Valente, Nicole <[nvalente@milbank.com](mailto:nvalente@milbank.com)>; Cassidy-Ginsberg, Katie <[KCassidy-Ginsberg@milbank.com](mailto:KCassidy-Ginsberg@milbank.com)>
**Subject:** Kalshiex, LLC v. Hendrick et al.

Rory, Adam,

We are in receipt of the State Defendants' letter of Wednesday, and NRA's letter of earlier this morning (at approx. 3:30 a.m. New York time). Although NRA joins the State Defendants' letter, it goes on to raise additional points on which "it would like to meet and confer." We are evaluating the issues raised in both letters, and preparing a joint response, which we will not be able to circulate today given the timing. We do think a single meet-and-confer would be most efficient to further address these issues. Please let us know some times on Monday that would work on your end.

Andrew

---

Andrew Porter | Milbank | Partner
55 Hudson Yards | New York, NY 10001-2163
T: [+1 212.530.5361](tel:+12125305361)
[APorter@milbank.com](mailto:APorter@milbank.com) | [milbank.com](http://milbank.com)

===================================== IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message from Milbank LLP is not intended or written to be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed. Some of that advice may have been written to support the promotion or marketing of the transactions or matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor. ===================================== This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

This email and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.

Mayer Brown is a global legal services provider comprising an association of legal practices that are separate entities, including Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown Hong Kong LLP (a Hong Kong limited liability partnership) and Tauil & Chequer Advogados (a Brazilian partnership).

Information about how we handle personal information and our use of relationship insight tools in conjunction with email is available in our Privacy Notice.

===================================== IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message from Milbank LLP is not intended or written to be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed. Some of that advice may have been written to support the promotion or marketing of the transactions or matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor. ===================================== This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

===================================== IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message from Milbank LLP is not intended or written to be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed. Some of that advice may have been written to support the promotion or marketing of

the transactions or matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor.

======================================= This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

======================================= IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message from Milbank LLP is not intended or written to be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed. Some of that advice may have been written to support the promotion or marketing of the transactions or matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor.

======================================= This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

======================================= IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message from Milbank LLP is not intended or written to be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed. Some of that advice may have been written to support the promotion or marketing of the transactions or matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor.

======================================= This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

======================================= IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message from Milbank LLP is not intended or written to be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed. Some of that advice may have been written to support the promotion or marketing of the transactions or matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor.

======================================= This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

======================================= IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message from Milbank LLP is not intended or written to be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed. Some of that advice may have been written to support the promotion or marketing of

the transactions or matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor.

======================================== This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

======================================== IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message from Milbank LLP is not intended or written to be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed. Some of that advice may have been written to support the promotion or marketing of the transactions or matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor.

======================================== This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.