# EXHIBIT E
# 10/20/2025 - 10/21/2025
# Email Chain

**Jay Jung**

| | |
|---|---|
| **From:** | Cassidy-Ginsberg, Katie <KCassidy-Ginsberg@milbank.com> |
| **Sent:** | Tuesday, October 21, 2025 1:28 PM |
| **To:** | Alexander Mendelson; Porter, Andrew; Havemann, Will; Sterling, Josh; Mainland, Grant; pwilliams@baileykennedy.com; DKennedy@baileykennedy.com; Valente, Nicole; Baum, Rosa |
| **Cc:** | jwhelan@ag.nv.gov; Rory K. Schneider; Miranda Z. Katz; A. G. Burnett; Thad Houston; Jacqueline Carstenbrook; Nicole A. Saharsky; Minh Olivier Nguyen-Dang; Jane E. Susskind; Adam Hosmer-Henner |
| **Subject:** | RE: RE: Kalshiex, LLC v. Hendrick et al. |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**CAUTION:** External Email - Only click on contents you know are safe.

Alexander,

We are not available tomorrow during the windows that you provided. However, we are available to meet and confer during the following windows on Thursday and Friday:

- Thursday, October 23: 10:30-11:30 am EST or 2:00-5:00 pm EST
- Friday, October 24: 11:00 am-3:00 pm EST

Please let us know what works best for you.

Thanks,
Katie

Katie Cassidy-Ginsberg | Milbank | Associate
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5030
KCassidy-Ginsberg@milbank.com | milbank.com

---

**From:** Mendelson, Alexander <AMendelson@mayerbrown.com>
**Sent:** Monday, October 20, 2025 9:56 AM
**To:** Cassidy-Ginsberg, Katie <KCassidy-Ginsberg@milbank.com>; Porter, Andrew <APorter@milbank.com>; Havemann, Will <whavemann@milbank.com>; Sterling, Josh <jsterling@milbank.com>; Mainland, Grant <GMainland@milbank.com>; pwilliams@baileykennedy.com; DKennedy@baileykennedy.com; Valente, Nicole <nvalente@milbank.com>; Baum, Rosa <rbaum@milbank.com>
**Cc:** jwhelan@ag.nv.gov; Schneider, Rory K. <RSchneider@mayerbrown.com>; Katz, Miranda Z. <MZKatz@mayerbrown.com>; A. G. Burnett <agburnett@mcdonaldcarano.com>; Thad Houston <thouston@mcdonaldcarano.com>; Jacqueline Carstenbrook <jcarstenbrook@mcdonaldcarano.com>; Saharsky, Nicole A. <NSaharsky@mayerbrown.com>; Nguyen-Dang, Minh Olivier <MNguyen-Dang@mayerbrown.com>; Jane E. Susskind <jsusskind@mcdonaldcarano.com>; Adam Hosmer-Henner <ahosmerhenner@mcdonaldcarano.com>
**Subject:** [EXT] RE: Kalshiex, LLC v. Hendrick et al.

Counsel,

1

We are in receipt of Kalshi's Responses and Objections to State Defendants' Second Set of Requests for Production in the above-referenced action and would like to meet and confer.

Of the 21 requests for production included in the Second Set, Kalshi has only specifically agreed to produce at this time documents responsive to one request. *See* Response No. 23. For all other requests, Kalshi either directs to prior productions, to responses to State Defendants' First Set of Requests for Production and Interrogatories, or to publicly available documents (Response Nos. 11, 12, 13, 14, 16, 22, 23, 24, 28, 29, 30); points to previously identified search terms, including those that are the subject of a pending motion to compel (Response Nos. 16, 20, 25, and 26); expresses willingness to meet and confer (Response Nos. 19 and 21); or outright refuses to produce responsive materials (Response Nos. 15, 16, 17, 18, 27).

State Defendants disagree with each of Kalshi's objections, reserves all rights and waives none. For the sake of efficiency and expediency, State Defendants believe it would be worthwhile to meet and confer to discuss Kalshi's responses and objections to the definitions and instructions and to Request Nos. 12, 13, 15, 16, 24, 28, and 30.

We are also in receipt of your October 16, 2025, email concerning advertisements and metadata. State Defendants accept Kalshi's offer to produce advertisements placed directly by Kalshi on the specified platforms during the agreed upon dates, and expect Kalshi to promptly produce such materials. We believe a meet and confer is nonetheless in order to further discuss Kalshi's basis for excluding advertisements placed by third party agents, and that such a discussion can be held before advertisements placed by Kalshi are produced. Likewise, we believe a meet and confer is in order to discuss the timing and volume of production of other agreed upon categories, including Kalshi's communications with the CFTC, and Kalshi's investigation of the metadata missing from its initial productions of self-certification documents.

Please let us know your earliest availability for a meet and confer during the following windows.

1. Tuesday, October 21, 2025
    1. 10:00 AM EST to 11:00 AM EST
    2. 3:00 PM EST to 4:00 PM EST
2. Wednesday, October 22, 2025
    1. 10:00 AM EST to 11:00 AM EST
    2. 12:00 PM EST to 4:30 PM EST

Thank you,
Alex

_____

**Alexander S. Mendelson**
*Associate*
*Pronouns: he/him*
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001
United States of America
T +1 212 506 2152 | M +1 516 902 5416
mayerbrown.com

Please consider the environment before printing this e-mail. If you need to print it, consider printing it double-sided.

_____
This email and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.

Mayer Brown is a global legal services provider comprising an association of legal practices that are separate entities, including Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown Hong Kong LLP (a Hong Kong limited liability partnership) and Tauil & Chequer Advogados (a Brazilian partnership).

Information about how we handle personal information and our use of relationship insight tools in conjunction with email is available in our [Privacy Notice](#).

====================================== IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message from Milbank LLP is not intended or written to be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed. Some of that advice may have been written to support the promotion or marketing of the transactions or matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor.
====================================== This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.