AARON D. FORD
  Attorney General
Jessica E. Whelan (Bar No. 14781)
  Chief Deputy Solicitor General—
  Litigation
Sabrena K. Clinton (Bar No. 6499)
  Senior Deputy Attorney General
State of Nevada,
  Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
(702) 486-3420 (phone)
(702) 486-3773 (fax)
jwhelan@ag.nv.gov
sclinton@ag.nv.gov

Nicole A. Saharsky (*pro hac vice*)
Minh Nguyen-Dang (*pro hac vice*)
Mayer Brown LLP
1999 K Street, NW
Washington, D.C. 20006
(202) 263-3000 (phone)
nsaharsky@mayerbrown.com
mnguyen-dang@mayerbrown.com

Rory K. Schneider (*pro hac vice*)
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 506-2500 (phone)
rschneider@mayerbrown.com

*Attorneys for Mike Dreitzer, George Assad, Chandeni K. Sendall,*
*The Nevada Gaming Control Board, Jennifer Togliatti, Rosa Solis-Rainey, Brian Krolicki,*
*George Markantonis, Abbi Silver, The Nevada Gaming Commission, and Aaron D. Ford*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

KALSHIEX, LLC,

        *Plaintiff,*

        v.

MIKE DREITZER, in his official capacity as Chairman of the Nevada Gaming Control Board, et al.,

        *Defendants,*

        v.

NEVADA RESORT ASSOCIATION,

        *Intervenor-Defendant*.

Case No. 2:25-cv-00575-APG-BNW

**UNOPPOSED MOTION AND [PROPOSED] ORDER TO CONTINUE HEARING AND CONDUCT HEARING IN VIRTUAL FORMAT**

State Defendants respectfully request that the Court reschedule the hearing on Kalshi's Motion to Compel (ECF No. 269), currently scheduled for Tuesday, April 14, 2026 at 11:00 AM PST, and conduct the hearing remotely. Kalshi consents to these requests.

Good cause exists to reschedule and hold the hearing remotely. Undersigned counsel for State Defendants has an immovable conflict with the current date and time. Specifically, undersigned counsel is due to present oral argument in an unrelated appeal in New York state court on April 14, 2026. Undersigned counsel also recently underwent a medical procedure that prevents air travel for at least another month.

Counsel for State Defendants conferred with counsel for Kalshi, who consented to these requests. Counsel for the parties are jointly available for a remote hearing at the following alternative times should any align with the Court's schedule: Friday, April 17, 2026 from 9:00 AM – 12:30 PM PST; Monday, April 20, 2026 after 12:00 PM PST; Tuesday, April 21, 2026 from 9:00 AM – 1:00 PM PST; and Friday, April 24, 2026 from 10:00 AM – 12:00 PM PST.

State Defendants additionally note that they filed their own Motion to Compel (ECF No. 268) on the same date as Kalshi filed the Motion currently set for hearing, in the event the Court wishes to hear further from the parties on State Defendants' Motion as well.

**ORDER**

This Court GRANTS the unopposed motion to continue hearing and conduct the hearing in a virtual format. The hearing on motions to compel (ECF Nos. 268 and 269) is CONTINUED to 4/20/2026 at 2:00 PM before Magistrate Judge Brenda Weksler. To set up virtual hearing, parties are kindly directed to contact courtroom administrator Elvia Garcia at elvia_garcia@nvd.uscourts.gov no later than noon on the day prior to the hearing and no sooner than one week prior to the hearing.

HONORABLE BRENDA WEKSLER
MAGISTRATE JUDGE


DATED: _April 3, 2026_

Respectfully Submitted: April 2, 2026

*/s/ Dennis L. Kennedy*                    */s/ Rory K. Schneider*

Dennis L. Kennedy                          AARON D. FORD
Nevada Bar No. 1462                        Attorney General
Paul C. Williams
Nevada Bar No. 12524                       Jessica E. Whelan (Bar No. 14781)
Bailey Kennedy                                 Chief Deputy Solicitor General—Litigation
8984 Spanish Ridge Avenue                  Sabrena K. Clinton (Bar No. 6499)
Las Vegas, NV 89148                            Senior Deputy Attorney General
(702) 562-8820 (phone)                     State of Nevada
(702) 562-8821 (fax)                       Office of the Attorney General
dkennedy@baileykennedy.com                 1 State of Nevada Way, Suite 100
pwilliams@baileykennedy.com                Las Vegas, NV 89119
                                           (702) 486-3420 (phone)
Neal Kumar Kaytal                          (702) 486-3773 (fax)
(Admitted *pro hac vice*)                  jwhelan@ag.nv.gov
Joshua B. Sterling                         sclinton@ag.nv.gov
(Admitted *pro hac vice*)
William E. Havemann                         Nicole A. Saharsky (*pro hac vice*)
(Admitted *pro hac vice*)                  Minh Nguyen-Dang (*pro hac vice*)
Milbank LLP                                Mayer Brown LLP
1950 K Street, Suite 1100                  1999 K Street, NW
Washington, D.C. 20006                     Washington, D.C. 20006
(202) 835-7500 (phone)                     (202) 263-3000 (phone)
(202) 263-7586 (fax)                       nsaharsky@mayerbrown.com
                                           mnguyen-dang@mayerbrown.com
Grant R. Mainland
(Admitted *pro hac vice*)                  Rory K. Schneider (*pro hac vice*)
Katherine Kelly Fell                       Mayer Brown LLP
(Admitted *pro hac vice*)                  1221 Avenue of the Americas
Andrew L. Porter                           New York, NY 10020
(Admitted *pro hac vice*)                  (212) 506-2500 (phone)
Nicole D. Valente                          rschneider@mayerbrown.com
(Admitted *pro hac vice*)                  *Attorneys for State Defendants*
Katrin A. Cassidy-Ginsberg
(Admitted *pro hac vice*)
Victor Hollenberg
(Admitted *pro hac vice*)
Milbank LLP
55 Hudson Yards
New York, NY 10001
(212) 530-5000 (phone)
(212) 822-5251 (fax)
*Attorneys for KalshiEX, LLC*

**CERTIFICATE OF SERVICE**

I certify that on April 2, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel or parties of record electronically by CM/ECF.

Dated: April 2, 2026

By: */s/ Rory K. Schneider*

AARON D. FORD
Attorney General

Jessica E. Whelan (Bar No. 14781)
  Chief Deputy Solicitor General—Litigation
Sabrena K. Clinton (Bar No. 6499)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
(702) 486-3420 (phone)
(702) 486-3773 (fax)
jwhelan@ag.nv.gov
sclinton@ag.nv.gov

Nicole A. Saharsky (*pro hac vice*)
Minh Nguyen-Dang (*pro hac vice*)
Mayer Brown LLP
1999 K Street, NW
Washington, D.C. 20006
(202) 263-3000 (phone)
nsaharsky@mayerbrown.com
mnguyen-dang@mayerbrown.com

Rory K. Schneider (*pro hac vice*)
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 506-2500 (phone)
rschneider@mayerbrown.com
*Attorneys for State Defendants*