AARON D. FORD
  Attorney General
Jessica E. Whelan (Bar No. 14781)
  Chief Deputy Solicitor General—
  Litigation
Sabrena K. Clinton (Bar No. 6499)
  Senior Deputy Attorney General
State of Nevada,
  Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
(702) 486-3420 (phone)
(702) 486-3773 (fax)
jwhelan@ag.nv.gov
sclinton@ag.nv.gov

Nicole A. Saharsky (*pro hac vice*)
Minh Nguyen-Dang (*pro hac vice*)
Mayer Brown LLP
1999 K Street, NW
Washington, D.C. 20006
(202) 263-3000 (phone)
nsaharsky@mayerbrown.com
mnguyen-dang@mayerbrown.com

Rory K. Schneider (*pro hac vice*)
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 506-2500 (phone)
rschneider@mayerbrown.com

*Attorneys for Mike Dreitzer, George Assad, Chandeni K. Sendall,*
*The Nevada Gaming Control Board, Jennifer Togliatti, Rosa Solis-Rainey, Brian Krolicki,*
*George Markantonis, Abbi Silver, The Nevada Gaming Commission, and Aaron D. Ford*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KALSHIEX, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MIKE DREITZER, in his official capacity as Chairman of the Nevada Gaming Control Board, et al.,<br><br>Defendants,<br><br>v.<br><br>NEVADA RESORT ASSOCIATION,<br><br>Intervenor-Defendant. | Case No.: 2:25-cv-00575-APG-BNW<br><br><br>**STATE DEFENDANTS' MOTION TO PROVISIONALLY FILE UNDER SEAL PURSUANT TO ECF NO. 131** |

Defendants Mike Dreitzer, George Assad, Chandeni K. Sendall, the Nevada Gaming Control Board, Jennifer Togliatti, Rosa Solis-Rainey, Brian Krolicki, George Markantonis, Abbi Silver, the Nevada Gaming Commission, and Aaron D. Ford (State Defendants) respectfully move the Court for permission to redact portions of State Defendants' Motion to Compel, dated April 13, 2026 (the Motion), and to file under seal two exhibits to the Declaration of Rory K. Schneider in Support of State Defendants' Motion to Compel, dated April 13, 2026 (the Exhibits), pursuant to the Stipulated Confidentiality Agreement and Protective Order in this Action (ECF No. 131).

This motion is based on the following memorandum of points and authorities, the referenced pleadings and exhibits, and any oral argument the Court may entertain.

**MEMORANDUM OF POINTS AND AUTHORITIES**

Under Local Rule IA 10-5(a), "[u]nless otherwise permitted by statute, rule, or prior court order, papers filed with the court under seal must be accompanied by a motion for leave to file those documents under seal. . . . All papers filed under seal will remain sealed until the court either denies the motion to seal or enters an order unsealing them."

The Stipulated Confidentiality Agreement and Protective Order entered in this case on September 16, 2025, provides in pertinent part that "if a Receiving Party intends to incorporate, reflect, describe, or attach any Confidential Information or Outside Counsel Information (the 'Sealed/Redacted Information'), in whole or in part, in any pleading, motion, memorandum, appendix, or other judicial filing . . . counsel for the Receiving Party shall . . . file the Sealed/Redacted Information under seal in compliance with Local Rule IA 10-5 . . . . The Supplying Party shall then promptly move to maintain the seal and/or redactions in accordance with Local Rule IA 10-5 and the requirements set forth in *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1176 (9th Cir. 2006)." ECF No. 131 (the Protective Order) ¶ 24.

Two documents relied upon as exhibits in the Motion were produced by Plaintiff KalshiEX, LLC (Kalshi) in this litigation and were designated as "Confidential – Outside Counsel Only" pursuant to the Protective Order. *See* ECF No. 131, ¶¶ 3–4, 13–14. State Defendants accordingly propose to provisionally file those two documents under seal, and to redact the limited portions of the Motion and Declaration of Rory K. Schneider that discuss the information in those documents.

At this time, State Defendants take no position on the propriety of Kalshi's designation of those documents as "Confidential – Outside Counsel Only," on the propriety of sealing the documents, or on the propriety of redacting information contained therein; State Defendants file this motion pursuant to the Protective Order to grant Kalshi time to "promptly move to maintain the seal" and articulate the bases for such sealing and redaction under the relevant standard set forth in *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1176 (9th Cir. 2006). ECF No. 131, ¶ 24; *see Urbina v. Nat'l Bus. Factors, Inc.*, 2018 WL 11352370, at *2 (D. Nev. Jan. 5, 2018)

(describing the "typical[]" process whereby a litigant "file[s] the documents she seeks to have sealed with the motion for leave to file them under seal, which the Clerk's Office would then provisionally seal while a determination on the motion for leave is pending" (emphasis omitted)).

Accordingly, State Defendants respectfully request that the Court grant leave to provisionally redact portions of the Motion, and to provisionally file the Exhibits and the unredacted Motion under seal pending Kalshi's anticipated motion to seal.

DATED this 13th day of April, 2026.

By: /s/ *Rory K. Schneider*

AARON D. FORD
  Attorney General

Jessica E. Whelan (Bar No. 14781)
  Chief Deputy Solicitor General—Litigation
Sabrena K. Clinton (Bar No. 6499)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
(702) 486-3420 (phone)
(702) 486-3773 (fax)
jwhelan@ag.nv.gov
sclinton@ag.nv.gov

Nicole A. Saharsky (*pro hac vice*)
Minh Nguyen-Dang (*pro hac vice*)
Mayer Brown LLP
1999 K Street, NW
Washington, D.C. 20006
(202) 263-3000 (phone)
nsaharsky@mayerbrown.com
mnguyen-dang@mayerbrown.com

Rory K. Schneider (*pro hac vice*)
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 506-2500 (phone)
rschneider@mayerbrown.com

*Attorneys for Mike Dreitzer, George Assad, Chandeni K. Sendall, The Nevada Gaming Control Board, Jennifer Togliatti, Rosa Solis-Rainey, Brian Krolicki, George Markantonis, Abbi Silver, The Nevada Gaming Commission, and Aaron D. Ford*

**CERTIFICATE OF SERVICE**

I certify that on April 13, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of parties of record electronically by CM/ECF.

I further certify pursuant to Local Rule IA 10-5(c)–(d) and Local Rule IC 4-1(c)(4) that the unredacted Motion and Exhibits referenced herein was served on opposing counsel via email on April 13, 2026.

DATED this 13th day of April, 2026.

By: /s/ *Rory K. Schneider*
Rory K. Schneider