**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KALSHIEX, LLC, | Case No.: 2:25-cv-00575-APG-BNW |
| Plaintiff | **Order Granting Motions to seal** |
| v. | [ECF Nos. 171, 185, 200, 235, 252] |
| KIRK D. HENDRICK, et al., | |
| Defendants | |

I ORDER that plaintiff KalshiEX, LLC's motions to seal **(ECF Nos. 171, 185, 200, 235, 252) are GRANTED**.

DATED this 15th day of April, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE