# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Kalshiex, LLC
_____ ,
Plaintiff(s)

v.

Hendrick
_____ ,
Defendant(s).

Case No.: 2:25-cv-00575 _____

**NON-PARTY REQUEST
FOR REMOTE ACCESS
TO CIVIL PROCEEDING**

I, _____ Maurice Bransfield _____, request permission for live
(name of requestor)

remote public access to the civil proceeding set for _____ April 20, 2026 _____
(date)

at ___ 2:00 pm ___ before Judge _____ Weksler _____.
(time)                                    (name of judge)

I understand that I am prohibited from recording, photographing, or retransmitting any part of the

proceeding.

Date of Request: 4/19/2026 _____

Requestor's Full Name: Maurice Declan Bransfield IV _____

Mailing Address: 706 Plaza Drive, Pleasant Hills, PA 15236 _____

_____

Telephone number: 703-597-6764 _____

E-mail address: mick@mickbransfield _____

**SUBMIT THIS FORM IN PERSON, BY U.S. MAIL OR EMAIL TO:**
**The Clerk of Court**
**333 Las Vegas Blvd. South, Las Vegas, NV 89101 or**
**400 S. Virginia Street, Reno, Nevada 89501**
lv_public_docketing@nvd.uscourts.gov
reno_public_docketing@nvd.uscourts.gov

*Notice:* _This form and the information provided will be public record._