Dennis L. Kennedy (Bar No. 1462)
Paul C. Williams (Bar No. 12524)
Bailey Kennedy
8984 Spanish Ridge Avenue
Las Vegas, NV 89148
Telephone: (702) 562-8820
dkennedy@baileykennedy.com
pwilliams@baileykennedy.com

Neal Kumar Katyal (*pro hac vice*)
Joshua B. Sterling (*pro hac vice*)
William E. Havemann (*pro hac vice*)
Milbank LLP
1101 New York Avenue NW
Washington, DC 20005
Telephone: (202) 835-7505
nkatyal@milbank.com
jsterling@milbank.com
whavemann@milbank.com

Grant R. Mainland (*pro hac vice*)
Andrew L. Porter (*pro hac vice*)
Katherine K. Fell (*pro hac vice*)
Nicole Valente (*pro hac vice*)
Katrin Cassidy-Ginsberg (*pro hac vice*)
Victor Hollenberg (*pro hac vice*)
Milbank LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5000
gmainland@milbank.com
aporter@milbank.com
kfell@milbank.com
nvalente@milbank.com
kcassidy-ginsberg@milbank.com
vhollenberg@milbank.com

*Attorneys for Plaintiff KalshiEX LLC*

Aaron D. Ford
Attorney General
John S. Michela
Senior Deputy Attorney General
Abigail L. Pace
Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
Telephone: (702) 486-3420
jmichela@ag.nv.gov
apace@ag.nv.gov

Nicole A. Saharsky (*pro hac vice*)
Minh Nguyen-Dang (*pro hac vice*)
Mayer Brown LLP
1999 K Street NW
Washington, D.C. 20006
Telephone: (202) 263-3000
nsaharsky@mayerbrown.com
mnguyen-dang@mayerbrown.com

Rory K. Schneider (*pro hac vice*)
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 506-2500
rschneider@mayerbrown.com

*Attorneys for State Defendants*

Adam Hosmer-Henner (Bar. No. 12779)
A.G. Burnett (Bar No. 5895)
Jane Susskind (Bar No. 15099)
Katrina Weil (Bar No. 16152)
**McDonald Carano LLP**
100 West Liberty Street, 10th Floor
Reno, NV 89501
Telephone: (775) 788-200
ahosmerhenner@mcdonaldcarano.com
agburnett@mcdonaldcarano.com
jsusskind@mcdonaldcarano.com
kweil@mcdonaldcarano.com

*Attorneys for Intervenor-Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

KALSHIEX, LLC,

Plaintiff,

v.

MIKE DREITZER, in his official capacity as Chairman of the Nevada Gaming Control Board, et al.,

Defendants,

v.

NEVADA RESORT ASSOCIATION,

Intervenor-Defendant.

Case No. 2:25-cv-00575-APG-BNW

**STIPULATION AND ~~[PROPOSED]~~ ORDER REGARDING STAY OF DISCOVERY**

Plaintiff KalshiEX, LLC ("Kalshi") and Defendants Mike Dreitzer, George Assad, Chandeni K. Sendall, Nevada Gaming Control Board, Jennifer Togliatti, Rosa Solis-Rainey, Brian Krolicki, George Markantonis, Abbi Silver, Nevada Gaming Commission, and Aaron D. Ford (collectively, "State Defendants"), and Intervenor-Defendant Nevada Resort Association (the "NRA"), by and through their undersigned counsel, hereby stipulate and respectfully request that the Court stay all discovery in this action in accordance with the terms set forth below. In support thereof, the parties state as follows:

1. The current deadline for the close of fact discovery in the above-captioned case is October 30, 2026.

2. On August 28, 2026, the United States Court of Appeals for the Ninth Circuit issued its decision in *KalshiEX, LLC v. Assad*, No. 25-0516. On September 9, 2026, Kalshi filed a Petition for Rehearing & Rehearing En Banc.

3. There are also three pending petitions for writs of certiorari presenting similar questions now docketed in the Supreme Court of the United States: *Flaherty v. KalshiEX, LLC*, No. 25-1922; *N. Am. Derivatives Exch., Inc. v. Nevada*, No. 25-7187; and *Robinhood Derivatives, LLC v. Dreitzer*, No. 25-7831 (collectively, the "Pending Certiorari Petitions").

4. The parties agree that good cause exists to stay discovery in this matter, and that such a stay will not prejudice any party. Party document discovery in this action is substantially complete. Because the parties have already exchanged the bulk of their document productions, a temporary stay will conserve the parties' and the Court's resources without materially prejudicing any party or requiring the parties to duplicate work already performed.

5. Although the parties agree that document discovery is substantially complete, there is a limited amount of outstanding document production to be completed. Also, the parties have certain outstanding document discovery disputes that may require resolution upon the expiration of the stay, including motions to compel concerning documents marked privileged. The parties agree to hold those disputes and all other discovery-related deadlines in abeyance for the duration of the stay. Each party reserves all rights, objections, and positions with respect to any dispute or outstanding document production, and the parties will confer in good faith regarding a schedule for prompt resolution upon expiration of the stay.

6. To the extent that (i) fact discovery resumes after the expiration of the stay and (ii) a party agrees or is ordered to produce a witness for deposition in this action and one or more other federal actions in this Court involving similar challenges to state regulation of prediction markets, the parties agree to confer and consider in good faith potential coordination of deponents in order to avoid duplicative depositions of the same witness.

7. The parties agree to stay all discovery in this action and further proceedings until the earlier of: (i) five (5) months from the date of the order granting this Stipulation by the Court, or (ii) the date on which the Supreme Court decides the last of the Pending Certiorari Petitions, whether by grant or denial of certiorari (the "Stay Expiration Date").

8. Within 14 days of the Stay Expiration Date, the parties agree to either (i) submit a joint status report to the Court reflecting the parties' agreement to further stay proceedings or (2) absent such agreement, propose a new scheduling order for the completion of discovery.

9. Each party reserves all objections, defenses, and positions with respect to the outstanding discovery disputes described in Paragraph 4, and nothing in this Stipulation, or any production of materials made pursuant to it, shall constitute a waiver of any such objection, defense,

or position, except as expressly provided herein. This Stipulation is entered into solely to affect the temporary stay described herein and shall not be cited or used as precedent in any other discovery dispute in this or any other action.

10. The parties therefore respectfully request that the Court so-order this Stipulation and stay discovery on the terms set forth herein.

[ELECTRONIC SIGNATURES FOLLOW ON PAGE 5]

Respectfully submitted on September 23, 2026.

/s/ Paul C. Williams
Dennis L. Kennedy (Bar No. 1462)
Paul C. Williams (Bar No. 12524)
Bailey Kennedy
8984 Spanish Ridge Avenue
Las Vegas, NV 89148
Telephone: (702) 562-8820
dkennedy@baileykennedy.com
pwilliams@baileykennedy.com

Neal Kumar Katyal (*pro hac vice*)
Joshua B. Sterling (*pro hac vice*)
William E. Havemann (*pro hac vice*)
Milbank LLP
1101 New York Avenue NW
Washington, DC 20005
Telephone: (202) 835-7505
nkatyal@milbank.com
jsterling@milbank.com
whavemann@milbank.com

Grant R. Mainland (*pro hac vice*)
Andrew L. Porter (*pro hac vice*)
Katherine Kelly Fell (*pro hac vice*)
Nicole D. Valente (*pro hac vice*)
Katrin Cassidy-Ginsberg (*pro hac vice*)
Victor Hollenberg (*pro hac vice*)
Milbank LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5000
gmainland@milbank.com
aporter@milbank.com
kfell@milbank.com
nvalente@milbank.com
kcassidy-ginsberg@milbank.com
vhollenberg@milbank.com

*Attorneys for Plaintiff KalshiEX LLC*

/s/ *Rory Schneider*
Aaron D. Ford
Attorney General
John S. Michela
Senior Deputy Attorney General
Abigail L. Pace
Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
Telephone: (702) 486-3420
jmichela@ag.nv.gov
apace@ag.nv.gov

Nicole A. Saharsky (*pro hac vice*)
Minh Nguyen-Dang (*pro hac vice*)
Mayer Brown LLP
1999 K Street NW
Washington, D.C. 20006
Telephone: (202) 263-3000
nsaharsky@mayerbrown.com
mnguyen-dang@mayerbrown.com

Rory K. Schneider (*pro hac vice*)
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 506-2500
rschneider@mayerbrown.com

*Attorneys for State Defendants*

/s/ *Adam Hosmer-Henner*
Adam Hosmer-Henner (Bar. No. 12779)
A.G. Burnett (Bar No. 5895)
Jane Susskind (Bar No. 15099)
Katrina Weil (Bar No. 16152)
**McDonald Carano LLP**
100 West Liberty Street, 10th Floor
Reno, NV 89501
Telephone: (775) 788-200
ahosmerhenner@mcdonaldcarano.com
agburnett@mcdonaldcarano.com
jsusskind@mcdonaldcarano.com
kweil@mcdonaldcarano.com

*Attorneys for Intervenor-Defendant*

**IT IS SO ORDERED.**

______________________________
UNITED STATES MAGISTRATE JUDGE

Dated: September 24, 2026