Dennis L. Kennedy (Bar No. 1462)
Paul C. Williams (Bar No. 12524)
Bailey Kennedy
8984 Spanish Ridge Avenue
Las Vegas, NV 89148
Telephone: (702) 562-8820
dkennedy@baileykennedy.com
pwilliams@baileykennedy.com

Neal Kumar Katyal (*pro hac vice*)
Joshua B. Sterling (*pro hac vice*)
William E. Havemann (*pro hac vice*)
Milbank LLP
1101 New York Avenue NW
Washington, DC 20005
Telephone: (202) 835-7505
nkatyal@milbank.com
jsterling@milbank.com
whavemann@milbank.com

Grant R. Mainland (*pro hac vice*)
Andrew L. Porter (*pro hac vice*)
Katherine K. Fell (*pro hac vice*)
Nicole Valente (*pro hac vice*)
Katrin Cassidy-Ginsberg (*pro hac vice*)
Victor Hollenberg (*pro hac vice*)
Milbank LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5000
gmainland@milbank.com
aporter@milbank.com
kfell@milbank.com
nvalente@milbank.com
kcassidy-ginsberg@milbank.com
vhollenberg@milbank.com

*Attorneys for Plaintiff KalshiEX LLC*

J. Benjamin Dolan (Bar No. 16692)
Dickinson Wright PLLC
3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV 89169
Telephone: 702-550-4400

*Attorney for Circa Hospitality Group LLC, Circa Hospitality Group I LLC, Circa Hospitality Group II LLC, and Circa Hospitality Group III LLC*

Adam Hosmer-Henner (Bar. No. 12779)
A.G. Burnett (Bar No. 5895)
Jane Susskind (Bar No. 15099)
Katrina Weil (Bar No. 16152)
Thaddeus C. Houston (Bar No. 17215)
McDonald Carano LLP
100 West Liberty Street, 10th Floor
Reno, NV 89501

*Attorneys for Caesars Entertainment, Inc., William Hill Nevada I, William Hill Nevada II, PENN Entertainment, Inc., and LVGV, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KALSHIEX, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>MIKE DREITZER, in his official capacity as Chairman of the Nevada Gaming Control Board, et al.,<br><br>Defendants,<br><br>vs.<br><br>NEVADA RESORT ASSOCIATION,<br><br>Intervenor-Defendant. | Case No. 2:25-cv-00575-APG-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING THIRD PARTY DISCOVERY** |

Plaintiff KalshiEX, LLC ("Kalshi") and Circa Hospitality Group LLC, Circa Hospitality Group I LLC, Circa Hospitality Group II LLC, Circa Hospitality Group III LLC (collectively, the "Circa Entities"), Caesars Entertainment, Inc. ("Caesars"), William Hill Nevada I and William Hill Nevada II (collectively, the "William Hill Entities"), PENN Entertainment, Inc. ("PENN"), and LVGV, LLC ("LVGV" and together with PENN, the "PENN Entities") (collectively, the "Third Parties," and together with Kalshi, the "Stipulation Parties"), by and through their undersigned counsel, hereby stipulate and request that the Court enter an order approving the terms set forth below governing the Third Parties' discovery obligations. In support thereof, the Stipulation Parties state as follows:

1. Kalshi served subpoenas on the Circa Entities and Caesars on January 23, 2026; PENN on January 27, 2026; the William Hill Entities on January 30, 2026; and LVGV on February 2, 2026 (the "Subpoenas" and the document requests therein, the "Requests").

2. In February 2026, Kalshi and the Third Parties met and conferred regarding the Requests.

3. In March 2026, Kalshi and the Third Parties reached an agreement in principle regarding the scope of production of the Third Parties in response to the Requests, to be memorialized in writing and confirmed by the parties.

4. On March 24, 2026, the Third Parties agreed to hold Kalshi's deadline to move to compel production in response to the Subpoenas in abeyance pending confirmation and memorialization of the agreement in principle.

5. On March 30, 2026, counsel for the Third Parties sent a memorialization of their understanding of the agreement between the parties regarding the Third Parties' production in response to the Requests.

6. On June 2, 2026, Kalshi responded to the Third Parties' March 30 letter, accepting the majority of the Third Parties' proposal and proposing certain modifications.

7. On August 12, 2026, Kalshi sent an e-mail to the Third Parties asking them to respond to Kalshi's June 2 proposal.

8. On August 20, 2026, Kalshi sent an e-mail to the Third Parties advising them that it intended to make a motion to compel compliance with the Subpoenas consistent with its June 2 proposal.

9. On August 21, 2026, Kalshi and the Third Parties met and conferred, and confirmed their agreement in principle to the proposal set forth in Kalshi's June 2 letter, with certain clarifications.

10. On August 28, 2026, the United States Court of Appeals for the Ninth Circuit issued its decision in *KalshiEX, LLC v. Assad*, No. 25-0516. On September 9, 2026, Kalshi filed a Petition for Rehearing & Rehearing En Banc.

11. There are also three pending petitions for writs of certiorari presenting similar questions now docketed in the Supreme Court of the United States: *Flaherty v. KalshiEX, LLC*, No. 25-1922; *N. Am. Derivatives Exch., Inc. v. Nevada*, No. 25-7187; and *Robinhood Derivatives, LLC v. Dreitzer*, No. 25-7831 (collectively, the "Pending Certiorari Petitions").

12. Kalshi and Defendants Mike Dreitzer, George Assad, Chandeni K. Sendall, Nevada Gaming Control Board, Jennifer Togliatti, Rosa Solis-Rainey, Brian Krolicki, George

Markantonis, Abbi Silver, Nevada Gaming Commission, and Aaron D. Ford (collectively, "State Defendants"), and Intervenor-Defendant Nevada Resort Association (the "NRA") (collectively, the "Litigation Parties") agreed that good cause exists to stay discovery in this matter, and that such a stay will not prejudice any party, and submitted a stipulation to that effect, which the Court granted and so-ordered on September 24, 2026 (ECF No. 311).

13. The Litigation Parties have stipulated, and the Court has ordered, to stay all discovery in this action and further proceedings until the earlier of: (i) five (5) months from September 24, 2026, the date of the Court's order granting the Litigation Parties' stipulation, or (ii) the date on which the Supreme Court decides the last of the Pending Certiorari Petitions, whether by grant or denial of certiorari (the "Stay Expiration Date").

NOW, THEREFORE, KALSHI AND THE THIRD PARTIES AGREE AND STIPULATE AS FOLLOWS:

14. To the extent discovery in this action resumes after the Stay Expiration Date, Kalshi and the Third Parties will finish negotiating search terms and custodians in order to produce Documents responsive to Request Nos. 1-8 and 13 in the Subpoenas, as narrowed in Kalshi's June 2 proposal, including but not limited to responsive, non-privileged internal communications, but need not review communications involving outside counsel unless a third party participated in them. No deadline for the Third Parties' production is set at this time, and the Third Parties' obligation to produce is deferred until the Stay Expiration Date.

15. To the extent discovery in this action resumes after the Stay Expiration Date, within thirty (30) days after discovery reopens, Kalshi and the Third Parties will meet and confer in good faith regarding a schedule for the completion of the Third Parties' productions and privilege logs and will submit a stipulated proposed discovery schedule to the Court. If the Stipulation Parties are unable to agree, any of them may seek relief from this Court.

16. In exchange for the Third Parties' agreement set forth in Paragraph 15, Kalshi will withdraw the Subpoenas with prejudice within five (5) days of the Court's entry of this Stipulation, except as provided in paragraph 17.

17. The withdrawal of the Subpoenas does not waive, limit, or otherwise affect the Third Parties' production obligations under Paragraphs 14 and 15 of this Stipulation, which remain binding. The Stipulation Parties agree that any disputes regarding the obligations in Paragraphs 14 and 15 may be resolved by this Court. To the extent discovery resumes in this action, Kalshi expressly reserves the right to reissue subpoenas to the Third Parties seeking documents responsive to Request Nos. 9-12 after the Stay Expiration Date, and the Third Parties agree not to oppose any such reissued subpoenas on the ground that the Subpoenas were withdrawn or on the ground of untimeliness. The Third Parties otherwise reserve all objections to any reissued subpoenas, and Kalshi reserves all rights to seek to compel compliance with them.

18. Kalshi and the Third Parties hereby submit themselves to the jurisdiction of the United States District Court for the District of Nevada to address any dispute regarding the Third Parties' responses to the Requests as described in this Stipulation, and any other issue related to those productions or to this Stipulation.

Respectfully submitted on October 13, 2026.

*/s/ Paul C. Williams*
Dennis L. Kennedy (Bar No. 1462)
Paul C. Williams (Bar No. 12524)
Bailey Kennedy
8984 Spanish Ridge Avenue
Las Vegas, NV 89148
Telephone: (702) 562-8820
dkennedy@baileykennedy.com
pwilliams@baileykennedy.com

Neal Kumar Katyal (*Pro Hac Vice*)
Joshua B. Sterling (*Pro Hac Vice*)
William E. Havemann (*Pro Hac Vice*)
Milbank LLP
1101 New York Avenue NW
Washington, DC 20005
Telephone: (202) 835-7505
nkatyal@milbank.com
jsterling@milbank.com
whavemann@milbank.com

Grant R. Mainland (*Pro Hac Vice*)
Katherine Kelly Fell (*Pro Hac Vice*)
Andrew L. Porter (*Pro Hac Vice*)
Nicole Valente (*Pro Hac Vice*)
Katrin Cassidy-Ginsberg (*Pro Hac Vice*)
Victor Hollenberg (*Pro Hac Vice*)
Milbank LLP
55 Hudson Yards
New York, N.Y. 10001
Telephone: (212) 530-5000
gmainland@milbank.com
kfell@milbank.com
aporter@milbank.com
nvalente@milbank.com
kcassidy-ginsberg@milbank.com
vhollenberg@milbank.com

*Attorneys for Plaintiff KalshiEX LLC*

*/s/ J. Benjamin Dolan*
J. Benjamin Dolan (Bar No. 16692)
Dickinson Wright PLLC
3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV 89169
Telephone: 702-550-4400

*Attorney for Circa Hospitality Group LLC, Circa Hospitality Group I LLC, Circa Hospitality Group II LLC, and Circa Hospitality Group III LLC*

*/s/ Adam Hosmer-Henner*
Adam Hosmer-Henner (Bar. No. 12779)
A.G. Burnett (Bar No. 5895)
Jane Susskind (Bar No. 15099)
Katrina Weil (Bar No. 16152)
Thaddeus C. Houston (Bar No. 17215)
McDonald Carano LLP
100 West Liberty Street, 10th Floor
Reno, NV 89501

*Attorneys for Caesars Entertainment, Inc., William Hill Nevada I, William Hill Nevada II, PENN Entertainment, Inc., and LVGV, LLC*

**IT IS SO ORDERED.**

______________________________
UNITED STATES MAGISTRATE JUDGE

Dated: October 14, 2026